1            UNITED STATES DISTRICT COURT

2            CENTRAL DISTRICT OF CALIFORNIA

3

4   ARJANG PANAH,                    )
                                     )
5              Plaintiff,            )
                                     )   CASE NO. CV 09-06535-
6        vs.                         )        GAF (PLAx)
                                     )
7   UNITED STATES OF AMERICA,        )
                                     )
8              Defendant.            )
    _____ )

9

10

11

12          DEPOSITION OF ARJANG PANAH, taken on behalf

13   of the Defendant, at the Law Offices of Feldman Wallach,

14   606 Venice Boulevard, Suite C, Venice, California,

15   commencing at 10:33 a.m., Tuesday, May 17, 2011, before

16   ANN BONNETTE-SMITH, California C.S.R. No. 6108, Louisiana

17   C.S.R. No. 85135, Registered Professional Reporter No.

18   22501, Certified LiveNote Reporter No. 060604-01,

19   Certified Manager of Reporting Services, pursuant to

20   Notice.

21                        * * *

22

23

24

25

```
 1    APPEARANCES:

 2


 3    For Plaintiff:

 4    FELDMAN WALLACH
      BY:  IAN WALLACH, Attorney at Law
 5              and
      JASON FELDMAN, Attorney at Law
 6    606 Venice Boulevard
      Suite C
 7    Venice, California  90291
      (310) 564-2004
 8


 9    For Defendant:

10    U.S. DEPARTMENT OF JUSTICE
      UNITED STATES ATTORNEY'S OFFICE
11    BY:  JOANNE S. OSINOFF, Assistant U.S. Attorney
      300 North Los Angeles Street
12    Suite 7516
      Los Angeles, California  90012
13    (213) 894-6880

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2    WITNESS              EXAMINATION                PAGE

 3    ARJANG PANAH          By Ms. Osinoff              4

 4

 5

 6

 7

 8                   E X H I B I T S

 9    DEFENDANT'S                                     PAGE

10      1 - Driver's License                           18

11      2 - Diagram                                   142

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ARJANG PANAH MAY 17, 2011

```
 1              VENICE, CALIFORNIA, TUESDAY, MAY 17, 2011

 2                          10:33 a.m.

 3

 4                        ARJANG PANAH,

 5     called as a witness on behalf of the Defendant, having

 6     been administered an oath in accordance with C.C.P.

 7     Section 2094, was examined and testified as follows:

 8

 9                         EXAMINATION

10     BY MS. OSINOFF:

11        Q     Good morning, Mr. Panah.  Just for the record,

12     let me introduce myself formally to you.  I'm Joanne

13     Osinoff.  I'm an Assistant United States Attorney in the

14     Los Angeles office of the U.S. Attorney.  I work for the

15     Department of Justice, and I am here to defend the

16     United States in the lawsuit that you have filed.

17              I'm going to ask you some questions today.  The

18     process is called a deposition.  I just want you to be at

19     ease with the process, and·I want to explain some of the

20     ground rules.

21              Have you ever had your deposition taken before?

22        A     Yes, ma'am.

23        Q     You have?  Okay.  Was it recently?

24        A     About -- I would say about 20 years ago.

25        Q     Okay.
```

ARJANG PANAH MAY 17, 2011

1   federal facilities prior to coming to Taft?

2        A    Correct.

3        Q    Correct?

4             Okay.  So what I'd like to do is ask you

5    questions, some of which are going to say prior to your

6    incarceration, and that would be prior to your

7    incarceration in a federal facility.

8             So that would be -- my understanding is that the

9    plea was in 2004 and that on May 10, 2004, you were

10   sentenced -- you were first incarcerated in New York and

11   then transferred to Taft.  Is that all correct, sir?

12        A    Yes, ma'am.

13        Q    Okay.  So if I say "prior to your incarceration

14   in a federal institution," will that be okay with you, or

15   is that going to be confusing, do you think?

16        A    No.  It would be okay.

17        Q    Okay.  Were you living with anyone prior to your

18   incarceration in the federal facility?

19             MR. WALLACH:  I'm going to object.  Objection.

20   Vague as to time.

21             THE WITNESS:  No, ma'am.

22        Q    BY MS. OSINOFF:  Were you living with anyone

23   prior to 2004?

24        A    No, ma'am.

25        Q    In 2004, were you living in New York?

ARJANG PANAH MAY 17, 2011

```
1      A     No, ma'am.

2      Q     Where were you living at that time?

3      A     Redondo Beach, California.

4      Q     What was the specific address in Redondo Beach,

5    please?

6      A     708 North Juanita.

7      Q     Okay.  Was that a house or an apartment?

8      A     Condo.

9      Q     Did you own it?

10     A     No.

11     Q     Do you have any children, sir?

12     A     No, I do not.

13     Q     Where were you born?

14     A     Tehran, Iran.

15     Q     And what is your date of birth?

16     A     7/22/68.

17           I'm sorry, but I was actually born in Masjed

18   Soleiman, but on my birth certificate it says Tehran,

19   Iran.

20     Q     Okay.

21           MR. WALLACH:  Just -- you may need to speak --

22   I'm watching the court reporter nod her head.

23           THE WITNESS:  Okay.

24           MR. WALLACH:  So if you could repeat that slowly.

25   You may need to spell the name of your birthplace for the
```

ARJANG PANAH MAY 17, 2011

1    Q    You learned you would be receiving it.  And when

2  did you complete the credits necessary for the Ph.D.?

3    A    2008.

4    Q    In 2008?

5    A    Yes, ma'am.

6    Q    It's my understanding, sir, that you were

7  released from federal custody on August 19, 2008; is that

8  correct?

9    A    No.

10   Q    Oh?

11   A    Kind of gets tricky.  I was released from federal

12  custody in February of '08 and I was sent to a halfway

13  house in El Monte.  At that point, I completed six months

14  at the halfway house.  Once I was done with the halfway

15  house is when they considered me actually being released

16  from Bureau of Prison custody.  While at the halfway

17  house, I'm considered in custody.

18   Q    Yes.

19   A    Although I'm not.  I mean, I'm not incarcerated.

20  I'm sorry.

21   Q    Okay.

22   A    But I was still in custody of the Bureau of

23  Prisons.

24   Q    Yes.  Okay.

25   A    I just wanted to clarify that with you.

ARJANG PANAH MAY 17, 2011

```
 1      Q     I appreciate that.
 2            So when you finished, then, at the halfway house
 3   in El Monte, would that date have been August 19, 2008?
 4      A     Yes, ma'am.  Correct.
 5      Q     Okay.  And so just so that we're both working
 6   with the same words, you would consider yourself released
 7   from custody as of August 19, 2008?
 8      A     Yes, ma'am.
 9      Q     And released from incarceration as of
10   February 2008; correct?
11      A     Correct.
12      Q     Okay.  And the halfway house in El Monte, did it
13   have a name or a title?
14      A     It did.
15      Q     Do you recall it?
16      A     I don't.  I apologize.
17      Q     That's okay.
18            Do you recall the address?
19      A     On Ramona Road.
20      Q     Okay.  And how many individuals lived in the
21   halfway house at the time that you were there?
22      A     I would estimate --
23      Q     Yes.
24      A     -- about 30.
25      Q     Okay.  And am I correct, sir, that you lived in
```

ARJANG PANAH MAY 17, 2011

1   housed in between Victorville and Taft?

2      A    No, ma'am.

3      Q    Okay.  Okay.  Now, it's my understanding that you

4   were at Taft from April 1, 2005 until May 15, 2006, when

5   you transferred to La Tuna -- is that correct, sir? -- to

6   the best of your knowledge?

7      A    Are you sure it was May 15 of 2006?  I thought it

8   was 2007.

9      Q    Well, you know -- okay.  So it's my understanding

10  that you were at Taft for a little bit longer than a year?

11     A    Correct.

12     Q    And it's your memory that you were there a little

13  bit longer than two years?

14     A    A little bit longer than a year, but I don't

15  remember exactly if it was in '05 or '06.  For some

16  reason, I reach catching Valley fever in '06.

17     Q    That's what I have as well, sir, that you were

18  first diagnosed in January '06.

19     A    I was at Taft --

20     Q    Yes.

21     A    -- in '06.  You just mentioned that I had left

22  Taft.

23     Q    Oh, no.  I'm sorry.  I didn't mean to confuse

24  you.

25          My understanding, sir, is that you went to Taft

ARJANG PANAH MAY 17, 2011

```
 1   in April of 2005, that you were diagnosed with Valley

 2   fever in January of 2006, and then you transferred to

 3   La Tuna in May of 2006?

 4        A    Correct.

 5        Q    That's correct?

 6        A    Sure.

 7        Q    Great.  Okay.

 8        A    That's what paperwork says.

 9        Q    And then that -- and then it's my understanding

10   that you were in La Tuna for approximately two years.

11   Because what I showed prior to your giving me the

12   information about the halfway house, I showed you at

13   La Tuna from May of 2006 'til August of 2008.  But today

14   you corrected that for me and told me that you went to a

15   halfway house in February of 2008.  So that would put you

16   in La Tuna for just slightly less than two years.

17        A    That is correct.

18        Q    That's correct.  Okay?

19        A    I got the disease in '05, not '06.  I thought

20   I --

21             MR. WALLACH:  There's no question pending.

22             THE WITNESS:  Sorry.

23        Q    BY MS. OSINOFF:  That's all right.  If you want

24   to go off the record and review it with your counsel,

25   that's fine.  But I can tell you that my understanding of
```

ARJANG PANAH MAY 17, 2011

1   available in the program.

2        Q    Space available in which program?   In the drug

3   program?

4        A    Correct.   In the drug program.

5        Q    And it's called R-DAP?

6        A    Correct.

7        Q    Which are the abbreviations for Residential Drug

8   Abuse Program; right?

9        A    Correct.

10       Q    Do you still have a copy of the letter that you

11  received from Taft regarding the R-DAP program?

12       A    I don't have one -- I don't believe so, but it is

13  on my central file.

14       Q    Okay.   Okay.

15            During the period that you were incarcerated at

16  Taft, how many buildings, physical buildings, were there

17  that housed inmates, if you know?

18       A    Three.

19       Q    Okay.   And Taft is a medium security --

20       A    Actually --

21       Q    -- facility?

22       A    -- low.

23       Q    It was a low?

24            MR. WALLACH:   Let me make an objection.

25  Foundation.

ARJANG PANAH MAY 17, 2011

1   then, am I correct that those 120 inmates in your unit

2   would all go to the cafeteria at the same time?

3       A    Correct.

4       Q    Okay.  And is it also accurate that you had

5   approximately an hour of time within which to wake up

6   dressed, have breakfast, and then be at work at 7:30?

7       A    Correct.

8       Q    Okay.  And what work were you assigned, sir?

9       A    At Taft, I was a G.E.D. teacher.

10      Q    Pardon me, please.  When were you first given

11  that work assignment at Taft?

12      A    I believe it was upon my arrival.

13      Q    Okay.  And did you hold that position at -- that

14  work assignment for the entire duration of your stay at

15  Taft?

16      A    I believe so, yes.

17      Q    Explain to me, please, what your duties were as a

18  G.E.D. teacher.

19      A    Educate the inmates and prepare them to take

20  their G.E.D. tests.

21      Q    And how many inmates did you work with?

22      A    Each class had approximately, I'd say, about

23  20 inmates.

24      Q    Okay.  Did you have a specific curriculum that

25  you were supposed to teach?

ARJANG PANAH MAY 17, 2011

1    would you get the books?  Let's say you were not reading

2    for school, since you already told me that those books

3    would be mailed to you.

4        A    There were two libraries available to all

5    inmates.  There was a small library about, I would say,

6    200 square feet inside each unit.

7        Q    Okay.

8        A    And where you could access, you know, a limited

9    number of reading material.  And then there was the larger

10   library that was inside the education department where you

11   could go and check out a book and take it back to your

12   unit and keep it for a period of time.

13       Q    Okay.  And that large library, was that in the

14   education building?

15       A    Yes, it was.

16       Q    Did you have the option, sir, when you were

17   incarcerated at Taft, after you finished teaching a class

18   and it was approximately 10:00 o'clock and you had time

19   before lunch, could you have opted to go to the library in

20   the education building rather than returning to your unit?

21       A    No.

22       Q    Okay.  So after you finished teaching the class,

23   you were expected to return to your unit?

24       A    That is correct.

25       Q    Were you, in fact, required to return to your

ARJANG PANAH MAY 17, 2011

```
1            MS. OSINOFF:  If he knows.

2            THE WITNESS:  I don't know.

3            MS. OSINOFF:  Okay.

4            THE WITNESS:  I can speculate and say either the

5    B.O.P. or GEO.

6        Q    BY MS. OSINOFF:  I don't want you to speculate.

7        A    Okay.

8        Q    But tell me who was GEO, G-E-O.

9        A    That was the contracting company that ran Taft on

10   behalf of the Bureau of Prison.

11       Q    And did you know about the existence of GEO when

12   you were incarcerated at Taft?

13       A    Yes.

14       Q    Okay.  So you knew that GEO was a contracting

15   company when you were there at Taft.  That's not something

16   you learned after your release; correct?

17           MR. WALLACH:  Objection, foundation.

18           MS. OSINOFF:  Okay.

19           MR. WALLACH:  And I'll also make a legal

20   conclusion objection as well.  We'll figure that out

21   later.

22           MS. OSINOFF:  Whatever you want.

23       Q    BY MS. OSINOFF:  Were there people at Taft --

24   were there staff people at Taft that wore any type of

25   uniform with the initials GEO on it?
```

ARJANG PANAH MAY 17, 2011

1    for the yard?

2        A    (Witness complies.)

3        Q    Now, going to the yard, was that optional or was

4    that required?

5        A    It was optional.

6        Q    Okay.  Was there any point in time during your

7    stay at Taft where going to the yard was required?

8        A    No.

9        Q    Okay.  Were there any type of athletic facilities

10   on the yard?

11       A    Yes.

12       Q    Okay.  Can you describe them for me, please?

13       A    There was a tennis court, basketball court,

14   handball court, some push-up bars, two football courts,

15   the baseball diamond, and a walking track.

16       Q    Wow.  Okay.

17            A tennis court, a basketball court, a handball

18   court, two football fields, and a track?

19       A    And a baseball diamond.

20       Q    And a baseball diamond.  Okay.

21       A    Now, there was more than one handball court.

22       Q    Okay.

23       A    And more than one tennis -- I mean, more than one

24   basketball court.

25       Q    Okay.

ARJANG PANAH MAY 17, 2011

```
1      A     There was three basketball courts and about four

2   handball courts --

3      Q     Okay.  And how many tennis courts?

4      A     One.

5      Q     One.

6            And if you wanted to play tennis, did you need to

7   have your own racket?

8      A     No.  You could check out the racket from

9   recreation staff.

10     Q     And when you say you could check it out from

11  recreation, what does that mean exactly?

12     A     You would have to give them your prison ID, and

13  if there was a racket available, they would give it to

14  you.

15     Q     Okay.  And what if you wanted to play basketball,

16  where would you get the basketball?

17     A     From the same staff.

18     Q     And where was the recreation staff located?

19     A     In the same yard.

20     Q     Did they have a building?

21     A     Yes.

22     Q     Would you draw it, please?

23     A     Right here (indicating).

24     Q     Okay.

25           MR. WALLACH:  And for the record, he has also
```

37

ARJANG PANAH MAY 17, 2011

1   indicated by writing "recreation staff" on the --

2           MS. OSINOFF:  Perfect.

3           MR. WALLACH:  -- on the side.

4           MS. OSINOFF:  Thank you, sir.

5       Q    And as I recall in your testimony, I believe you

6   said that the yard was on the northern boundary?

7       A    Yes, ma'am.

8       Q    Okay.  So -- perfect.

9           Did you go to the yard for recreation while you

10  were incarcerated at Taft?

11      A    Yes.

12      Q    Did you go daily to the yard?

13      A    I tried to.

14      Q    Okay.  When you would leave your unit and walk to

15  the cafeteria, did you walk on sidewalks?

16      A    Yes.

17      Q    Okay.  And when you left your unit to walk to the

18  education building, were there also sidewalks that went to

19  the education building?

20      A    By "sidewalks," you mean paved walkways; correct?

21      Q    Yes.

22      A    Yes.

23      Q    Okay.  Thank you.  That's a much better way to

24  describe it.

25          And were there also paved walkways that you could

ARJANG PANAH MAY 17, 2011

```
 1    use to go to the yard?

 2         A    Yes, ma'am.

 3         Q    And was the yard completely paved and marked as

 4    either a basketball court, a tennis court, a baseball

 5    diamond, as you had described?

 6         A    Well, baseball diamond was grass.

 7         Q    Would be grass.

 8         A    And football fields would be grass.  And I also

 9    mentioned there was a walking track.

10         Q    And was the track grass as well?

11         A    No.  The track was gravel.

12         Q    Okay.  Was there any type fencing that would

13    separate one field from the another?

14         A    No.

15         Q    Was there any type of garden in the yard?

16         A    Yes.  Various shrubs.

17         Q    Was there an option to garden in your free time

18    while at Taft?

19         A    No.  Unless you wanted to be...

20              MR. WALLACH:  Never mind.

21         Q    BY MS. OSINOFF:  If you were walking from your

22    unit to the cafeteria and there was a cement walkway, were

23    there other areas around the cement walkway that were not

24    cemented?

25         A    Yes, ma'am.
```

ARJANG PANAH MAY 17, 2011

1    Q    Okay.  Were the uncemented areas between your

2  unit and the cafeteria -- were those gravel?

3    A    There was a bunch of different -- there was

4  gravel, there was sand, there was grass, there was

5  flowers, there was plants.

6    Q    Okay.

7    A    Various different terrain.

8    Q    Okay.

9        MS. OSINOFF:  Would you read back to me, please,

10 his response, gravel, sand, plants?  I didn't get them

11 all.

12        (The record was read by the reporter as

13        follows:

14 "A  There was a bunch of different -- there was gravel,

15 there was sand, there was grass, there was flowers, there

16 was plants.  Various different terrain.")

17        MS. OSINOFF:  Perfect.  Thank you so much.

18   Q    And, Mr. Panah, was that also true when you would

19 walk from your unit to the education building --

20   A    Yes, ma'am.  Yes, ma'am.

21   Q    Okay.  Got to let me -- I was going to add a

22 little bit more.  You're right, the question would have

23 been good enough, finished when you answered.  But I'll

24 just add a little bit more.

25        So the terrain that you could see when you walked

ARJANG PANAH MAY 17, 2011

1    from your unit to the education building would also be

2    varied, gravel, sand, plants, grass, and flowers, as you

3    just described; correct?

4        A    You are correct.

5        Q    Okay.  And would that also be true, sir, when you

6    walked from your unit to the yard?

7        A    Yes, ma'am.

8        Q    Okay.  Now, were there any other buildings at

9    Taft that you would go to when you were there -- strike,

10   please.  I'm sorry.  I know what I'll ask you instead.

11           If you required medical attention while you were

12   at Taft, where would you obtain that?

13       A    To the medical building.

14       Q    Okay.  And where physically was the medical

15   building, if you put it on the diagram?

16       A    The far east of the compound was the medical

17   building.

18       Q    Okay.  And would you walk outside to go from your

19   unit to the medical building?

20       A    Yes, ma'am.

21       Q    Okay.  And going from your unit to the medical

22   building, would there be cement walkways?

23       A    Yes.

24       Q    And would there also be other terrain, areas of

25   other terrain on the way to the medical building,

ARJANG PANAH MAY 17, 2011

```
 1    including gravel, sand, grass, plants, and flowers?
 2        A    I believe so, yes.
 3        Q    Okay.  And if you required medical attention and
 4    needed to go to the -- or wanted to go to the medical
 5    building, how would you indicate that to a guard or to a
 6    staffer?
 7        A    You would just go up to them and request to go
 8    see medical.  If it was an emergency, that's what you
 9    would do.  Otherwise, you would have to put a -- write
10    what was called a cop-out, which was a request for
11    permission.
12        Q    Uh-huh.
13        A    And you would send a cop-out to medical,
14    explaining to them what your problem was.  Then they would
15    call you in based on availability.
16        Q    Okay.  And you, on occasion, went to the medical
17    building; correct, sir?
18        A    Yes, ma'am.
19        Q    And when you went to the medical building, did
20    the individual staff at the medical building -- were they
21    wearing the GEO symbol on their clothing?
22        A    No, they were not.
23        Q    And at the time that you were at Taft, was it
24    your understanding that the staff in the medical building
25    were GEO contracting?
```

ARJANG PANAH MAY 17, 2011

```
 1    would be expected to be back in the unit?

 2        A    That's correct.

 3             MS. OSINOFF:  Do we need a break?

 4             MR. WALLACH:  No, no, no, no.  This is --

 5             MS. OSINOFF:  No, no.  It's fine.  I just -- you

 6    know...

 7        Q    I'm about to give your diagram to the court

 8    reporter to mark as Exhibit No. 2, if it's complete.

 9             Are there any other buildings that you might have

10    gone to or -- strike, please -- that you did go to while

11    you were an inmate at Taft?

12        A    This was the reception building where you would

13    come in and your properties and your mail room would be

14    here (indicating).  This would be visitation, which I

15    would go to every once in a while (indicating).  And this

16    is not to scale, obviously.

17        Q    Yes.  I know that, sir.

18        A    And commissary, you would never actually go into

19    the commissary building.  You would stand outside to get

20    your food.

21             MR. WALLACH:  When you say "here," I'm sorry, can

22    you just mark --

23             MS. OSINOFF:  It was in the cafeteria building?

24             THE WITNESS:  No.  Commissary was attached.  This

25    is commissary (indicating).
```

ARJANG PANAH MAY 17, 2011

1     A     Yes.

2     Q     And you said you occasionally went to visitation.

3  When was visitation allowed?

4     A     Only on the weekends.  Visitation was allowed

5  Thursday through Sunday, but I went to visitation normally

6  on the weekends.

7     Q     Okay.  Were there specific hours during the days

8  of Thursday through Sunday where visitation was allowed?

9     A     Yes, ma'am.

10    Q     What was that?

11    A     I don't remember.

12    Q     Do you remember if it was in the evening?

13    A     Thursday and Friday was in the evenings.

14  Saturday, Sunday was all day.  I don't know the exact

15  hours.

16    Q     Okay.  And in the course of walking to the

17  visitation area, did you also walk on cement walkways?

18    A     Yes, ma'am.

19    Q     And were the other areas around those cement

20  walkways similar to the ones that you described, meaning

21  that they were gravel and sand and grass and plants and

22  shrubs?

23    A     Yes, ma'am.

24    Q     Okay.  And would that also be true, sir, for the

25  times that you went to the reception building, that you

ARJANG PANAH MAY 17, 2011

1    would walk on cement walkways?

2        A    Yes, ma'am.

3        Q    And would the other areas on the way to the

4    reception be either gravel, sand, grass, plants, or

5    flowers?

6        A    Yes, ma'am.

7        Q    Thank you.

8             Did your family visit you while you were in Taft?

9        A    Yes, they did.

10       Q    Can you estimate for me the time it might take by

11   car to go from your home, your parents' home, to Taft?

12       A    About two hours.

13       Q    Okay.  Shorter drive than if they came to visit

14   you in New York?

15       A    Yes.

16       Q    Now, if you recall your medication when you were

17   at Taft, was there a pill line?

18       A    Yes.  Inside the medical facility.

19       Q    Inside the medical facility.  Okay.

20            Would you be allowed to take medication to your

21   unit?

22       A    Certain medications, you were allowed to take,

23   yes.

24       Q    Give me an example of something that you were

25   allowed to have in your unit.

ARJANG PANAH MAY 17, 2011

```
1      A     Pain relievers.

2      Q     Ibuprofen?

3      A     Yes.

4            I'm trying to think if they would allow you to

5      take antibiotics back to your unit.  Cough syrup, they

6      would allow you to take back.

7      Q     Okay.

8      A     Antifungal medications, they would allow you to

9      take back.  I guess nonhabit-forming drugs.

10     Q     Okay.  Did you ever have any type of job while

11     you were at Taft that required you to work with dirt or

12     work with the soil?

13     A     No.

14           MS. OSINOFF:  I need one short break.

15           MR. WALLACH:  Off the record.

16           MS. OSINOFF:  Let's go off the record for a

17     second.

18           (A recess was taken from 3:08 p.m.

19            to 3:28 p.m.)

20     Q     BY MS. OSINOFF:  Is our diagram complete?

21     A     Yes, as far as I'm concerned.

22     Q     No other buildings that you went to from your

23     unit?

24     A     No, ma'am.

25           MS. OSINOFF:  Okay.  Let me hand it to the court
```

ARJANG PANAH MAY 17, 2011

1     A     Yes, ma'am.

2     Q     When did you first -- what -- strike, please.

3           What do you understand the symptoms of Valley

4     fever to be?

5     A     Horrible coughing, shortness of breath, night

6     sweats, lesions, loss of appetite, pain all over, flu-like

7     symptoms, exhaustion, to think of a few.

8     Q     Okay.  When do you first recall experiencing any

9     of the symptoms that you just described?

10    A     I believe it was the end of 2005, December of

11    2005.

12    Q     And what symptoms do you recall experiencing

13    first?

14    A     All of those.  Oh, first, I woke up with the

15    flu-like symptoms and horrific coughing.  Probably once

16    every 30 seconds I would cough.  And it was not something

17    that went away.  It was just consistently.

18    Q     And did you seek out medical attention?

19    A     I did.

20    Q     And in what way did you do that?  Did you speak

21    to a guard?

22    A     Yes.  I went to a guard and I said that, "I don't

23    feel well at all.  I need to go as an emergency to

24    medical."

25    Q     Was that emergency request honored?

ARJANG PANAH MAY 17, 2011

1    A    Yes, it was.

2    Q    And did you go -- were you able to go to the

3  medical unit on your own or did you require someone to

4  take you there?

5    A    Actually, an inmate fellow took me there because

6  I was feeling so badly that I could not -- I was very

7  discombobulated so one of my friends escorted me down.  He

8  could see that I could barely stand on my own two feet.

9  And the guard gave him permission to take me.

10   Q    And once you arrived at the medical unit, what do

11  you recall happening next?

12   A    They drew blood to see if I had Valley fever.

13  They gave me some temporary antibiotic or medicine, I

14  guess you can say.  They gave me some medicine and they

15  asked me to check back in a couple days with them to see

16  how I was feeling, if I had Valley fever or not.

17   Q    Okay.  Do you recall the individual that you saw

18  at the medical unit?

19   A    I do not.

20   Q    Do you recall if it was a man or a woman?

21   A    I do not.  I was not feeling well at all.  I

22  barely remember names and faces.  I just know that I was

23  in no shape whatsoever.

24   Q    Okay.  Were you told at the time that the blood

25  test was to determine whether you had Valley fever or not?

ARJANG PANAH MAY 17, 2011

1    A    When they drew it, yes.

2    Q    Was there difficulty drawing the blood?

3    A    I don't remember.

4    Q    Did you have any type of complication from the

5    blood draw?

6    A    I don't remember.

7    Q    Did you then return to your unit or --

8    A    I did.

9    Q    Did the fellow inmate who brought you to the

10   medical unit -- did he stay with you while you were there?

11   A    I don't remember.

12   Q    Did he escort you back?  Do you remember?

13   A    I think he did, yes.

14   Q    Did you stay in bed?

15   A    Yes.

16   Q    Do you recall if this was a weekday or weekend?

17   A    I do not.

18   Q    Did your condition improve?

19   A    It did not.

20   Q    Did it stay the same?

21   A    No.  It got worse.

22   Q    How did your condition worsen?

23   A    All the symptoms I just told you got multiplied

24   in intensity.

25   Q    Okay.  So what you told me was the first time you

```
1   STATE OF CALIFORNIA      )
                             ) ss.
2   COUNTY OF LOS ANGELES    )

3

4        I, ANN BONNETTE-SMITH, C.S.R. No. 6108, do hereby

5   certify:

6        That prior to being examined, the witness named

7   in the foregoing deposition, Arjang Panah            ,

8   was by me administered an oath to testify the truth, the

9   whole truth, and nothing but the truth;

10       That said deposition was taken before me at the

11  time and place therein set forth and was taken down by

12  me in shorthand and transcribed into computer-generated

13  text under my direction and supervision; and I hereby

14  certify the foregoing transcript of my shorthand notes

15  so taken.

16       I further certify that I am neither counsel for

17  nor related to any party to said action nor in any way

18  interested in the outcome thereof.

19       IN WITNESS WHEREOF, I have hereunto subscribed my

20  name this  2nd   day of  June            , 2011.

21

22

23                          ANN BONNETTE-SMITH

24

25
```

HUNTINGTON COURT REPORTERS & TRANSCRIPTION, INC.
Court Reporting (626) 792-6777 Transcription (626) 792-7250