DECLARATION OF RICHARD A. COHN

I, RICHARD A. COHN hereby declare and state:

1. I am the Chief of the Capacity Planning and Site Selection Branch, in the Administration Division of the Federal Bureau of Prisons (BOP), United States Department of Justice (DOJ). I have been employed by the BOP since August 1986. I have held this position for 2 ½ years. The duties and responsibilities of the Capacity Planning and Site Selection Branch include monitoring the growth of the inmate population, preparing reports on population growth trends for the Executive Staff to assist in sound decision making, conducting quarterly meetings of the Capacity Planning Committee (made up of Agency Executives), maintaining the BOP's Long Range Capacity Plan in support of annual budget submissions, monitoring the activation of new institutions and maintaining the integrity of the BOP's rated capacity. The Branch's functions also include site identification for new correctional facilities, coordinating environmental studies and public hearings in compliance with the National Environmental Protection Act (NEPA), and acquisition of property. My responsibilities as the Branch Chief include managing the day-to-day operations of the branch.

2. I make this declaration from my own personal knowledge and from my

1

review of official records of the BOP.

3. Taft Correctional Institution (TCI Taft) is a federal prison located in Taft, California. Since 1997, it has been operated by a private contractor, as directed by Congress.

4. There are no statutes, regulations or BOP program statements which mandate specific locations for federal prisons. Decisions about locating a federal correctional institution involve broad policy considerations, balancing protection of the public, inmate population growth needs and secure facility requirements with available resources, including land, manpower, budgetary and otherwise.

5. In selecting a site for a prison, the BOP exercises judgment in light of its mission, i.e., to protect society by confining offenders in the controlled environments of prisons. BOP balances numerous factors when choosing to locate and/or construct a new correctional institution. These factors include but are not limited to: a) locations in an area of the country where the BOP is experiencing current overcrowding or a region where projections indicate large numbers of federal offenders entering the BOP in the future; b) the availability of land at low or no cost to the government; c) adequate available public services; and d) community support.

6. Similarly, there are no statutes, regulations or BOP program statements

which mandate the closing of a federal prison.

7.  In choosing to close a federal prison, the BOP exercises it judgment, balancing broad policy considerations, security, and inmate needs for the facility with available resources, including land, staffing, budgetary and otherwise. BOP considers numerous factors when choosing to close a federal correctional institution including but not limited to a) the cost or rising costs of operating a facility; b) the current prison population and projections for future offenders entering the system; c) loss or change in available facilities in area; d) cost and availability of staffing and other manpower needs.

I declare that the foregoing is true and correct.

Executed this 20th day of June, 2011,
in Washington, D.C.

RICHARD A. COHN
Chief, Capacity Planning and
Site Selection Branch,
Administration Division
Federal Bureau of Prisons

3