# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARJANG PANAH,** | CASE NO. **CV-09-6535 GAF (PLAx)** |
| **Plaintiff,** | **DECLARATION OF IAN WALLACH** |
| **V.** | |
| **UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

I, Ian Wallach, do hereby state and swear as follows, under penalty of perjury:

1.     I am a counsel to Plaintiff Arjang Panah in this action. I am an attorney licensed to practice law in the courts of the State of California since 2005, and was admitted to practice in this Court in 2010.  I am also admitted to practice before the Courts of the State of New York, The United States District Court for the Southern District of New York, The United States District Court for the Eastern District of New York, The United States Court of Appeals for the Second Circuit, and the United States Supreme Court.  I have personal knowledge of the matters stated herein, except as otherwise stated.

2.     All documents attached to this declaration that bear Bates-Stamp numbers beginning with "US" were produced by Defendant United States of America ("Defendant") in response to Requests for Documents in this action. Documents bearing Bates-Stamp numbers beginning with "CF", "MD" and "BP" were obtained via a FOIA request submitted by Plaintiff's counsel Stephen Petix (with the Bates-Stamp numbers being added subsequently by Plaintiff's counsel).

1    Attached hereto as Exhibit A is a declaration by Stephen Petix, Esq., associated
2    counsel to Plaintiff, relating to the documents obtained via FOIA requests.

3        3.    Attached as Exhibit B is a true and correct copy of "Memorandum re:
4    Epi-Aid Trip Report: Increased Incidence of Coccidioidomycosis, from Lauren A.
5    Burwell, M.D. Ph.D., Director Epidemic Intelligence Service Program, March 8,
6    2005" (Bate-stamped US113-131).

7        4.    Attached as Exhibit C is a true and correct copy of "Memorandum to
8    Rich Cherwinski, Privatization Field Administrator, from the U.S. Department of
9    Justice, Federal Bureau of Prisons, Office of the Contract Oversight Specialist, Taft
10   California, September 17, 2004" (Bate-stamped US7-12).

11       5.    Attached as Exhibit D is a true and correct copy of "Valley Fever
12   Transfer Procedures (2004) Edition" , contained within  an E-mail related to Taft
13   inmates from Dan Jones, RN, Taft, CI, to Yvonne Phillips, BOP, August 28, 2008
14   (Bate-stamped BP000822-823).

15       6.    Attached as Exhibit E is a true and correct copy of " E-mail from
16   Newton Kendig, M.D. to Joseph Gunja, et al. (and copied to James K. Pelton, M.D.,
17   CDC, and Declarant for the Defendant in this action), May 25, 2005" (Bate-stamped
18   US87).

19       7.    Attached as Exhibit F is a true and correct copy of "Memorandum from
20   Center for Disease Control and Prevention ("CDC"), Department of Health and
21   Human Services, from Lauren A. Burwell, M.D., CDC, to Newton Kendig, M.D.,
22   BOP, September 27, 2005" (Bates-stamped US69-77).

23       8.    Attached as Exhibit G is a true and correct copy of "Contracting for
24   Imprisonment in the Federal Prison System, Cost and Performance of the Privately
25   Operated Taft Correctional Institution, prepared for the U.S. Department of Justice,
26   by Douglas C. McDonald, Ph.D., and Kenneth Carlson, October 1, 2005" (Relevant
27   portions attached, entire report on file with the undersigned counsel).

28

DECLARATION OF IAN WALLACH

9.     Attached as Exhibit H is a true and correct copy of "Memorandum for all BOP Health Services Staff re: Health Services Quality Improvement News, from Thomas J. Gora, Chief Office of Quality Management through Capt. Newton E. Kendig, M.D., Medical Director, January 2004" (Bates-stamped US95-101).

10.     Attached as Exhibit I is a true and correct copy of "Multi-Level Mortality Review, U.S. Department of Justice, BOP, to the Office of Quality Management, September 5, 2007" (Bates-stamped US78-85).

11.     Attached as Exhibit J is a true and correct copy of "E-mail from Scott Fridkin, M.D., CDC, to Jon Rosenberg, Department of Health and Human Services, and copied to James K. Pelton, M.D., BOP, September 27, 2004" (Bates-stamped US65).

12.     Attached as Exhibit K is a true and correct copy of "E-mail from Newton Kendig, M.D., BOP, to James K. Pelton, M.D., BOP, forwarding an E-mail from Scott Fridkin, M.D., CDC, September 24, 2004" (Bates-stamped US68).

13.     Attached as Exhibit L is a true and correct copy of "E-mail from Newton Kendig, M.D., to Paul Laird, September 23, 2004" (Bates-stamped US56).

14.     Attached as Exhibit M is a true and correct copy of "Coccidioidomycosis: A Reemerging Infectious Disease, by Theo M. Kirkland, UCSD School of Medicine and Joshua Fierer, M.D., UCSD School of Medicine, September 1996" (1-13).

15.     Attached as Exhibit N is a true and correct copy "E-mail from Scott Fridkin, M.D., CDC, to Newton E. Kendig, BOP, October 20, 2004" (Bates-stamped US53).

16.     Attached as Exhibit O is a true and correct copy of "Outcomes among Inmates Treated for Coccidioidomycosis at a Correctional Institution during a Community Outbreak, Kern County, California, 2004, by Lauren A. Burwell, *et al.*, November 2, 2009" (Bates-stamped US146-152).

17.     Attached as Exhibit P is a true and correct copy of "Medical Record, Report of Medical Examination, February 5, 2004" (Bates-stamped MD000014-15).

18.     Attached as Exhibit Q is a true and correct copy of "Duty Status Assignments, The GEO Group, Inc., Health Services, Taft Correctional Institution, April 1, 2005" (Bates-stamped MD000212).

19.     Attached as Exhibit R is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., December 20, 2005" (Bates-stamped MD000093).

20.     Attached as Exhibit S is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., December 29, 2005" (Bates-stamped MD000091).

21.     Attached as Exhibit T is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., December 24, 2005" (Bates-stamped MD000092).

22.     Attached as Exhibit U is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., December 27, 2005" (Bates-stamped MD000088).

23.     Attached as Exhibit V is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., January 8, 2006" (Bates-stamped MD000089).

24.     Attached as Exhibit W is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., January 9, 2006" (Bates-stamped MD000087).

25.     Attached as Exhibit X is a true and correct copy of "Chronological Record of Medical Care, Medical Record" (Bates-stamped MD000080-81).

26.     Attached as Exhibit Y is a true and correct copy of "Health Services Nursing Assessment Protocol, The GEO Group, Inc., January 11, 2006" (Bates-stamped MD000083).

27. Attached as Exhibit Z is a true and correct copy of "FSL La Tuna Medical Duty Status, June 12, 2006" (Bates-stamped MD000213).

28. Attached as Exhibit AA is a true and correct copy of "Disease Clouds A Prison's Future, by A. Furillo, *Sacramento Bee*, September 9, 2007" (1-4).

Respectfully Submitted,

Dated: July 13, 2011

Los Angeles, CA

Ian Wallach, Esq.

A

1   FELDMAN & WALLACH
    Ian Wallach, Esq.  SBN 237849
2   Email: IAN@FELDMANWALLACH.COM
    606 Venice Boulevard, Suite C
3   Venice, CA 90291
    Telephone: (310) 577-2001
4   Facsimile: (310) 564-2004

5   QUINTON & PETIX
    Stephen V. Petix, Esq. SBN 052706
6   Email:  petix@quintonpetix.com
    402 West Broadway, Suite 400
7   San Diego, California 92101
    Telephone:  (619) 234-1113
8   Facsimile:   (619) 595-3147

9   Attorneys for Plaintiff,
    Arjang Panah
10

11                  **UNITED STATES DISTRICT COURT**
12                  **CENTRAL DISTRICT OF CALIFORNIA**
13

14  ARJANG PANAH,                    )   Case No.CV 09-06535-GAF (PLAx)
                                     )
15       Plaintiff,                  )   DECLARATION OF STEPHEN V.
                                     )   PETIX
16  v.                               )
                                     )   Judge: Hon. Gary Allen Feess
17  UNITED STATES OF AMERICA,        )
                                     )
18       Defendant.                  )
                                     )
19

20      I, Stephen V. Petix, hereby make the following declaration of facts:

21      1.      I am an attorney licensed to practice law in the courts of the State of

22  California since June of 1972, and was admitted to practice in this Court shortly

23  before filing this action on behalf of the Plaintiff Arjang Panah.  I am also

24  admitted to practice in the United States District Court for the Southern District of

25  California, the United States Court of Appeals for the Ninth Circuit, and the

26  United States Supreme Court.  I have personal knowledge of the matters stated

27  herein, except as otherwise stated.

28      2.      In the course of my representation of the Plaintiff prior to filing this

1    action, I made a written request to the Federal Bureau of Prisons (BOP) pursuant
2    to the Freedom of Information Act, 5 U. S. Code, Section 552, by letter dated
3    January 7, 2009, for several categories of records that were set forth in said letter,
4    pertaining to BOP policy statements, regulations, internal rules, tort claims,
5    statistical data, medical treatment, and the like, including inmate custody, medical
6    care and management.

7       3. In response to that request, after intervening correspondence
8    concerning the costs and fees required by the BOP to conduct the records search
9    requested, and after paying such charges, I eventually received by mail a formal
10   written response, dated May 4, 2009, from Wanda M. Hunt, Chief, FOIA/PA,
11   Federal Bureau of Prisons, in Washington, D.C.. Enclosed with this response
12   were 1215 pages of documents that Ms. Hunt asserted to be responsive to my
13   request.

14      4. Promptly upon receiving the aforementioned FOIA records, I
15   employed a professional copy service, Copy Graphix, located at 501 West
16   Broadway, Suite 490, San Diego, CA 92101, to scan the documents in the order
17   and condition in which they were received by me, using software that would
18   render them searchable with Adobe ™ software (in .pdf format), and to
19   electronically imprint them with Bates page numbers, including the May 9, 2009,
20   letter response from Ms. Hunt of the BOP, beginning with the number "BP
21   000001." The copy service then copied the resulting .pdf files to a CD-ROM, a
22   copy of which I provided to co-counsel Ian Wallach, when his firm was retained
23   by the Plaintiff in this matter.

24      5. On behalf of Plaintiff Panah, I additionally made a written request to
25   the BOP, by letter dated January 30, 2009, for the BOP Central File and the
26   complete Medical Records of my client, pursuant to the Privacy Act, 5 U. S. Code,
27   Section 552a (which I was later informed would be processed by the BOP under
28   its procedure for handling FOIA requests).

1    6.    In response to that Privacy Act request, after receiving intervening
2    correspondence from BOP informing me that delays would occur due to backlogs
3    of other inmates' similar requests, and after payment of the fees requested by the
4    agency, I eventually received a written response, dated September 9, 2009, from
5    BOP Regional Counsel Jason A. Sickler, of the BOP's South Central Regional
6    Office, located in Dallas, Texas.   Enclosed with this response by Mr. Sickler were
7    225 pages of what he described as all of the records in the Medical File for the
8    Plaintiff in the possession of the BOP, which was being released in its entirety.
9    Also enclosed with Mr. Sickler's letter were 222 pages of records from the
10   Plaintiff's Central File maintained by the BOP, which were being released after
11   the review of said file and the excision of certain information, and the withholding
12   of certain records from release.

13   7.    On September 25, 2009, I again employed Copy Graphix to scan the
14   records received from BOP Regional Counsel in response to my Privacy Act
15   request on behalf of Mr. Panah, in the order and condition in which they were
16   received by me, using software that would render them searchable with Adobe ™
17   software (in .pdf format), and to electronically imprint them with Bates page
18   numbers, including the September 9, 2009, letter response from Regional Counsel
19   Sickler.  I requested that the Medical Records and Central File records each be put
20   into a separate .pdf file, with the Medical Records beginning with the Bates
21   number "MD000001," and with the Central File beginning with the Bates number
22   "CF000001."  The copy service then copied the resulting two .pdf files to a single
23   CD-ROM, a copy of which I provided to co-counsel Ian Wallach, when his firm
24   was retained by the Plaintiff in this matter.

25   8.    I had previously, on December 15, 2009, provided a copy of these
26   two .pdf files containing the Medical Records and Central File of Mr. Panah to
27   Assistant U. S. Attorney Joanne Osinoff, each as an attachment to one of two
28   separate e-mails I sent to her on that day for that purpose.

1   I declare under penalty of perjury under the laws of the United States that
2   the foregoing is true and correct.
3   Executed at San Diego, California, on this 12th day of July, 2011.

4
5   _____
6   Stephen V. Petix
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

B

Date:      March 8, 2005

From:      Lauren A. Burwell, MD, Epidemic Intelligence Service Officer,
           Mycotic Diseases Branch (MDB), Division of Bacterial and Mycotic
           Diseases (DBMD), National Center for Infectious Diseases (NCID)

Subject:   Epi-Aid Trip Report: Increased Incidence of Coccidioidomycosis,
           California (EPI 2005-014)

To:        Douglas Hamilton, MD, PhD, Director Epidemic Intelligence Service
           Program, Division of Applied Public Health Training, Office of
           Workforce and Career Development (MS E92)____

Through:   Judith Aguilar, Acting Director, DBMD, NCID (MS C09)____
           David Warnock, PhD, Chief, MDB, DBMD, NCID (MS G11)____
           Scott K. Fridkin, MD, Team Leader, Epidemiology Unit, MDB, DBMD,
           NCID (MS C09)____

## INTRODUCTION

Coccidioidomycosis is a disease caused by the soil-dwelling fungus *Coccidioides
immitis* which is endemic to the southwestern region of the United States. Inhalation of
dirt containing fungal spores can cause infection. While 60% of those infected do not
have any symptoms, the remainder have flu-like symptoms, including fever and cough,
that typically resolve spontaneously in several weeks. Less than 1% of those infected
will develop disseminated disease.[1]

Outbreaks of coccidioidomycosis have occurred among persons involved in
activities that generate dust, such as archeologists.[2] They have also occurred after
natural disasters that disrupt soil, such as the Northridge, California earthquake in
1994.[3]

1

US113

**BACKGROUND**

Coccidioidomycosis is a reportable disease in the state of California, and Kern County, California is a known endemic area for the disease. Taft Correctional Institution (TCI) is a low and minimum security federal prison located in the city of Taft, a city of approximately 15,000 residents in southwestern Kern County. A total of approximately 2,200 male inmates are housed at TCI. Prison officials and physicians noted an increase in the number of cases of coccidioidomycosis among inmates in 2003 compared to previous years. Since recognition of the increased number of cases of coccidioidomycosis in 2003, the physicians at TCI have begun a program of early diagnosis and treatment of disease.

In addition, the number of cases of coccidioidomycosis in the city of Taft has increased almost four-fold in 2003 compared to 2002, while it has remained relatively stable within the remainder of Kern County.

On November 30, 2004, the California Department of Health Services requested assistance from the Mycotic Diseases Branch of the Centers for Disease Control and Prevention to assist with the investigation of the increased incidence of coccidioidomycosis in Taft and at TCI. On November 30, 2004, Epidemic Intelligence Service Officer Lauren Burwell and Medical Epidemiologist Benjamin Park departed for California to assist in the investigation. Epidemiology Elective Students Kelly Hugunin and Corey Watts joined them on December 1, 2004. The objectives of this investigation were to identify factors associated with the increased incidence of coccidioidomycosis in Taft and to evaluate the program of early diagnosis and treatment of disease among inmates at TCI.

2

## METHODS

Case Definition and Case Ascertainment

A case of coccidioidomycosis was defined as a resident of Kern County who had presented to a health care provider and had a positive serological test for coccidioidomycosis during the 2001-2004 study period. The laboratory at the Kern County Department of Public Health performs all testing for coccidioidomycosis on any samples taken within Kern County. Positive serological tests include the presence of IgM by enzyme immunoassay (EIA), IgM by immunodiffusion (ID), IgG by ID, or IgG by complement fixation (CF) with a titer$\geq$1:2.

Cases were subsequently divided into those who were inmates at TCI and those who were residents of Taft (excluding TCI).

Confirmation and Description of the Epidemic in Taft

In order to confirm and describe the epidemic in the city of Taft (excluding TCI), we calculated incidence using data from the laboratory and from the Kern County Automated Vital Statistics System (AVSS). AVSS contains records of residents within Kern County who have been diagnosed with reportable diseases. The health department retains data including name, address, phone number, race, age, date of diagnosis, and reporting physician on any person with a positive serological test for coccidioidomycosis. All available data from the study period (2001-2004) were reviewed.

Annual incidence of coccidioidomycosis in Kern County was calculated using U.S. Census 2000 data and California Department of Finance data for non-census years. Of note, the inmate population at TCI was not included in the Kern County census data,

3

so an estimated prison population of 2,232 (the population of the prison November 1,
2004) was added to the Kern County census population to approximate total population
for Kern County incidence calculations. The incidence of disease in Taft was calculated
using U.S. Census 2000 data, as well. Age-specific and race-specific incidence rates for
Kern County and Taft were calculated using data reported in U.S. Census 2000. In order
to calculate 2004 incidence, the denominator was multiplied by 0.83 (10/12), as we had
AVSS and laboratory data on the number of cases current only through October 2004 (10
of 12 months). Rate ratios for 2003 were calculated for Kern County and Taft as the ratio
of 2003 incidence to the pooled mean of the 2001 and 2002 incidences.

Observational Assessment of Taft

We spoke with Taft health, school, and government officials in order to learn
more about possible risk factors for coccidioidomycosis in Taft. We asked about Taft
residents' occupations and the recreational activities in which they participated. We
inquired about recent construction projects in the area, as well as weather-related or
environmental factors that could have contributed to an outbreak of disease.

Case-Control Study in Taft

In order to identify risk factors associated with coccidioidomycosis in Taft, we
performed a case-control study. We focused on the epidemic period (2003-2004), as high
rates of disease were confined to this period. A case was defined as a resident of Taft
(zip code 93268) with coccidioidomycosis diagnosed during the epidemic period.

4

Persons who reported a positive test for coccidioidomycosis in any year other than during the epidemic period were excluded.

Phone numbers of cases were obtained from AVSS. However, if the phone number of a case was not documented, we attempted to find the phone number using the internet white pages. Eligible controls were identified randomly using the telephone reverse directory using telephone exchanges for the city of Taft. Cases and controls were contacted by telephone to participate in a standardized questionnaire (Appendices A and B). A total of four attempts were made at differing times throughout the day and early evening to telephone each case and control. Controls were excluded if they reported a history of coccidioidomycosis.

In order to ensure enrollment of at least one control who was 17 years or younger for each case who was 17 years or younger, controls were frequency matched on age group (17 years or younger vs. 18 years or older). On every third interview of a possible control, we asked if there was a person 17 years or younger in the household who could participate in the survey. Persons 17 years or younger were interviewed via a parent proxy.

The telephone survey was administered in English by CDC personnel. It assessed respondents' demographics, residence history, knowledge of the disease, and activities at home, work, and school. In addition, cases were asked about the course, severity, treatment, and outcome of their disease.

5

*Description of the TCI Epidemic*

TCI cases were also identified from the Kern County AVSS. Additionally, the prison administrators documented all coccidioidomycosis cases among inmates in an administrative database. We used the approximate inmate population of 2,232 as the denominator for persons at risk in order to calculate annual incidence at TCI. We calculated 2003 rate ratio as the ratio of the incidence in 2003 to the pooled mean of the incidence in 2001 and 2002. The age and race distribution of the inmate population in November 2004 was used to impute the prison population for each calendar year during 2001-2004 in order to calculate age-specific and race-specific incidence rates. In order to calculate the incidence in 2004, the denominator was multiplied by 0.83, as the AVSS and laboratory data was current only through October 2004 (10 of 12 months).

TCI Evaluation

In order to evaluate the prison's program of early diagnosis and treatment of coccidioidomycosis, we spoke with the two physicians who were working at the TCI clinic regarding the details of the program. In addition, available medical records of TCI cases were reviewed by CDC, Kern County Department of Public Health, and Bureau of Prisons (BOP) personnel. A standardized case form (Appendix C) was used to collect information on inmates' demographics, symptoms and signs, laboratory and radiology results, treatment, and outcome.

6

<u>Statistical Analysis</u>

The descriptive analysis of cases was performed using Microsoft Excel 2002 and SAS version 9.0. For the case-control study, univariate analysis was performed in SAS version 9.0. Multivariable logistic regression using the score selection method was also performed using SAS version 9.0 on variables with significance of $p<0.15$ on univariate analysis.

Univariate analysis and multivariable logistic regression were stratified by persons 17 years and younger and those 18 years and older.

**RESULTS**

<u>Confirmation and Description of Epidemic in Taft</u>

Incidence Rates

During the study period (2001-2004), there were a total of 4,351 cases of coccidioidomycosis in Kern County. There were 272 cases in Taft (excluding TCI) and 103 cases at TCI. The incidence of coccidioidomycosis in Kern County increased from 153.6 cases per 100,000 persons in 2002 to 181.1 cases per 100,000 persons in 2003 (Table 1). The incidence in the city of Taft (excluding TCI) increased from 221.1 cases per 100,000 persons in 2002 to 850.1 cases per 100,000 persons in 2003 (Table 2).

In 2003, the largest increase in incidence rate in Taft occurred in the age group 10-19 years where the incidence increased from 244.7 cases per 100,000 persons in 2002 to 1,631.3 cases per 100,000 persons in 2003 (rate ratio 5.7) (Table 2).

7

Demographics

During the epidemic period (2003-2004), there were 2,300 cases of coccidioidomycosis in Kern County. Of these, 186 cases were reported from the city of Taft (excluding TCI). The epidemic curve (Figure 1) reveals that both persons 17 years or younger and those 18 years or older were affected by the epidemic. In addition, the epidemic curve reveals a peak period of 96 cases that were diagnosed in Taft during August 2003 to November 2003.

Among the Taft cases, the median age at diagnosis was 24 years (range 0-82 years). 70 (38%) of the cases were 17 years or younger. 100 (54%) of the cases were male. Many of the cases (62, 33%) were white, but 78 (42%) had race listed as unknown. We did not impute race to those listed as unknown, as the percentage was too high to do this accurately.

Observational Assessment

We generated hypotheses that could explain the increased incidence of disease in Taft from our discussions with local Taft officials. We found that there were multiple possible dust-generating exposures. These included working in the prominent Taft oil industry, recent ongoing construction projects at several elementary schools, and popular local recreational activities, such as watching or participating in BMX racing.

Case-Control Study in Taft

We attempted to contact all 186 Taft cases diagnosed during 2003-2004, and 57 (31%) telephone surveys were successfully completed. The reasons that surveys were

8

US120

not completed included the following: 69 (37%) phone numbers were not listed in the internet white pages, were disconnected, or were wrong numbers, 29 cases (16%) were not available after four attempts at contact, and 9 cases (5%) refused to participate in the survey. We reached 18 cases (10%) by telephone who were Spanish-speaking only.

We attempted to contact 522 randomly selected controls for the study, and 134 (26%) successfully completed the survey. There were 133 (25%) phone numbers that had been disconnected, 103 (20%) were not available after four attempts at contact, 87 (17%) eligible controls refused to participate in the survey, and 46 (9%) had a prior history of coccidioidomycosis and were excluded. We reached 10 (2%) by phone, but they were Spanish-speaking only.

The questionnaires for cases and controls were translated into Spanish, and they will be administered to the Spanish-speaking respondents (18 cases and 10 controls) by Kern County Department of Public Health staff.

Description of Enrolled Cases and Controls

The median age of enrolled cases in the study was 16 years (range 3-81 years). Of the cases, 36 (63%) interviewed were male. The majority of enrolled cases (49, 86%) were white, and 9 (16%) identified themselves as Hispanic.

There were important demographic differences between the Taft cases interviewed for the case-control study, those from the epidemic period in Taft (2003-2004), and those identified as diagnosed during the peak period (August-November 2003). The percentage of cases who were 17 years or younger in the case-control study (53%) was larger than the percentage of cases 17 years or younger during the epidemic

9

period (43%), and the percentage of cases in the study who were male (63%) was larger than the percentage in the peak period who were male (48%) (Table 3).

All of the cases in the study were full-time Taft residents. Among the cases 17 years or younger (n=30), the median residence in Taft was 8 years (range 0.3-16 years), while among cases 18 years or older (n=27), it was 4 years (range 0.3-34 years).

While 9 (16%) of the enrolled cases were hospitalized due to their illness, 5 (9%) required hospitalization in the intensive care unit. An antifungal agent was used to treat 41 (72%) of the cases. Of those cases who were treated, 33 (81%) received fluconazole and 2 (5%) received amphotericin B; 28 (68%) of the cases were treated for 6 months or fewer. Since the time of diagnosis with coccidioidomycosis, 47 (83%) of the cases reported that their condition had improved.

The median age of the controls was 49.5 years (range 1.5-89 years). Of the controls, 52 (39%) were male. Most (126, 96%) of the controls were white, and 11 (8%) of the controls identified themselves as Hispanic. We found that 129 (96%) of the controls were full-time residents of Taft. The median residence in Taft of controls 17 years or younger (n=30) was 10 years (range 0.25-17 years), while among controls 18 years or older (n=104), it was 39.5 years (range 0.17-85 years).

Knowledge

The majority of cases and controls had heard of the disease "valley fever" or coccidioidomycosis (77% and 95%, respectively). However, only 32% of cases and 70% of controls knew the symptoms of the disease.

10

Risk Factors (17 Years or Younger)

On univariate analysis of the 30 cases and 30 controls who were 17 years or younger, cases were as likely as controls to participate in outdoor activities such as playing sports (OR 0.7, p=0.5) or biking (OR 1.0, p=1.0). Additionally, cases were as likely as controls to live or go to school near an unpaved road (OR 1.8, p=0.3), a construction site (OR 0.9, p=0.8), or an oil field (OR 0.5, p=0.2). There was no difference in median length of residence in Taft among cases and controls (p=0.5). No multivariable model has been developed yet for cases 17 years or younger.

Risk Factors (18 Years or Older)

On univariate analysis of the 27 cases and 104 controls who were 18 years or older, cases were significantly more likely than controls to be non-white (OR 7.7, 95% CI 1.7-33.4, p<0.01). The median length of residence in Taft was significantly different among cases and controls (4.0 vs 39.5 years, p<0.0001). There was no statistically significant difference among cases and controls on analysis of other demographic variables, such as female gender (OR 0.5, p=0.08).

Cases were as likely as controls to participate in outdoor activities such as doing yard work (OR 1.0, p=0.9) or biking (OR 2.7, p=0.1). Univariate analysis did reveal that cases 18 years or older were significantly more likely than controls to live or work near an unpaved road (OR 3.1, 95% CI 1.2-7.9, p<0.05). However, cases were as likely as controls to live or work near a construction site (OR 1.1, p=0.9) or an oil field (OR 0.8, p=0.5).

11

Multivariable analysis of persons 18 years or older showed that cases were more likely to be non-white (OR 6.3, 95% CI 1.2-32.5) or live near unpaved roads (OR 3.1, 95% CI 1.2-8.2).

Description of TCI Epidemic

There were 88 cases of coccidioidomycosis among inmates at TCI during the epidemic period (2003-2004). The incidence of coccidioidomycosis at TCI increased from 313.6 cases per 100,000 persons in 2002 to 2,240.1 cases per 100,000 persons in 2003 (Table 4).

Demographics

Among the TCI cases during 2003-2004, the median age at diagnosis was 36 years (range 21-71 years). 100% of the cases were male, as TCI incarcerates only male inmates. 39 (44%) of the cases were black, and 24 (27%) were Hispanic.

Descriptive Data

We discussed the program of early diagnosis and treatment with the two physicians who worked at the health clinic at TCI. They informed us that any inmate, regardless of race, who presents to the clinic with four days of respiratory symptoms, including fever, chills, night sweats, cough, fatigue, or pleuritic chest pain will have a complete blood count, and a PA and lateral chest x-ray performed. In addition, serological testing for coccidioidomycosis is performed for those inmates who are black, Native American, Asian, or Hispanic. The inmate is started on a course of antibiotic

12

therapy for pneumonia while awaiting results of the chest x-ray and serological studies. Once the laboratory tests are reviewed, any patient with an IgG complement fixation titer ≥1:2 is subsequently started on fluconazole 400 mg qd. Patients who are immunocompromised, however, are started on an antifungal agent immediately (prior to serological test results) and are referred for bronchoscopy if the serology is negative. All patients who test positive for coccidioidomycosis have monthly titers performed and are seen by a physician in clinic every three months. Inmates are usually treated with one year of fluconazole.

<u>TCI Evaluation</u>

We identified a total of 88 persons who were diagnosed with coccidioidomycosis during 2003-2004 while they were inmates at TCI. 50 (57%) were currently incarcerated at TCI, 12 (14%) had been released from TCI, and 26 (30%) had been transferred to other correctional facilities. Medical records for the inmates who had been transferred to other correctional facilities were not immediately available to us.

Ten records of the 26 inmates who have been transferred from TCI to another prison were reviewed by a BOP physician who completed the standardized case form. There are 16 outstanding medical records that are currently pending review. Upon receipt of these data abstraction forms, we will analyze the data.

**DISCUSSION**

In summary, this investigation identified that the incidence of coccidioidomycosis in the city of Taft in 2003 had increased 3.8 times compared with the incidence in 2002,

13

during which time it had remained relatively stable in the remainder of Kern County. We identified a high incidence rate of coccidioidomycosis among persons 17 years or younger during the epidemic period in Taft, and the greatest increase in incidence occurred among persons in the 10-19 years age group.

In contrast, prior surveillance for coccidioidomycosis in Kern County in 1995-1996 showed that the highest incidence of cases occurred in adults 18-64 years,[4] and the data we analyzed from 2001-2004 in Kern County also demonstrates this. The higher rates of disease among persons 17 years and younger in Taft suggest that there may be a particular risk factor unique to the younger population in that community. Initial analysis of the data gathered from the case-control study in Taft has not implicated any specific outdoor activity or location. However, we believe that there may be other risk factors that may increase this age group's risk of disease, such as construction at specific schools. While cases were not more likely to attend school near a construction site on the initial analysis performed, we would like to explore this hypothesis further to determine whether data related to school-specific construction is relevant.

Among persons 18 years or older, we found that cases were more likely to live near unpaved roads. The dust generated while driving on an unpaved road may contribute to increased rates of disease among this age group. Additionally, we found that cases 18 years or older were more likely to be non-white. Since non-whites are at increased risk for severe disease, these cases may have had more serious disease that prompted them to seek medical attention and increased their likelihood of diagnosis. The data that we have gathered from the study will allow us to determine whether non-white cases had more severe disease.

14

We also found that the median length of residence in Taft was significantly different among cases and controls 18 years or older; cases had a much shorter median length of residence. These cases may have moved to Taft recently from non-endemic areas and subsequently acquired disease.

The epidemic curve demonstrated a peak period of cases from August-November 2003, during which 52% of the cases from the epidemic period (2003-2004) were diagnosed. While more cases of coccidioidomycosis typically occur in the fall in Kern County, the cases in the peak period may also have had a common risk factor, such as exposure to construction or dust.

The investigation at TCI identified 88 cases of coccidioidomycosis during the epidemic period. The increase in incidence among the inmates may be partially due to improved recognition of the symptoms of the disease and increased testing of the inmates. Incidence calculations may be overestimating the amount of disease at TCI, since there is approximately 5% turnover of the inmate population each month. While no risk factor study was performed at TCI, the focus of the analysis of the data gathered from the medical record review will be to describe the clinical disease among inmates and to evaluate any measurable clinical benefit to the strategy of early diagnosis and treatment of the inmates. This evaluation is currently pending.

### RECOMMENDATIONS

**1. Encourage local health care providers to provide complete information on patients who have coccidioidomycosis.** Health care providers do not always include data such as race or age when they report cases of coccidioidomycosis to the local health

15

US127

department. This prevents the most accurate calculation of race- and age-specific incidence rates, and may hinder recognition of increased rate of disease among a specific population group.

**2. Education about coccidioidomycosis.** Local residents and health care providers should be educated frequently regarding the way the disease is acquired and the symptoms and signs of disease. This is especially important among the inmate population at TCI, as the inmates may be coming to Taft from non-endemic areas and may not be aware of this disease. Awareness could be promoted through television and newspaper for residents of Taft and during orientation when new inmates arrive at TCI.

Since there has been an increased incidence of disease among the younger population, educational efforts could also be targeted at school-age children, their parents, school nurses, and the staff at the schools. These efforts could focus on prevention efforts, such as keeping children indoors during dust storms and teaching adults to wet the ground before children play in the dirt outside.

**3. Consider active surveillance at Taft schools.** Since there has been an increased incidence of disease in persons 17 years or younger, consider increasing surveillance at local schools. A school official, such as a school nurse, may help identify numbers of ill children and adolescents by reviewing school records periodically. If children or adolescents are missing school because of flu-like symptoms, the school nurse may help encourage parents to seek medical attention to facilitate coccidioidomycosis diagnosis. A basic case report form could be developed to gather more information about exposures and activities to understand risk factors better in this specific population.

16

US128

**4. Encourage early diagnosis of coccidioidomycosis.** Residents should be encouraged to seek early care if they develop signs or symptoms of disease, and health care providers should strive to diagnose this disease early. Although the majority of symptomatic infections are mild and resolve spontaneously, IDSA guidelines recommend treatment for high-risk patients, such as those who are immunosuppressed, and for those with severe infections, including prolonged symptoms for more than two months.[5] Among immunocompetent patients with mild disease, early diagnosis may improve appropriate care by preventing inappropriate antibiotic use or unnecessary tests ordered for patients.

**5. Encourage vaccine development.** We recommend that the health department continue its support of vaccine development against coccidioidomycosis. An effective vaccine would prevent infection among susceptible persons.

17

## References

1. Chiller TM, Galgiani JN, Stevens DA. Coccidioidomycosis. *Infectious Disease Clinics of North America* 2003;17:41-57.

2. Petersen LR, Marshall SL, Barton-Dickson C, et al. Coccidioidomycosis among Workers at an Archeological Site, Northeastern Utah. *Emerging Infectious Disease* 2004;10:637-642.

3. Shneider E, Hajjeh RA, Spiegel RA, et al. A Coccidioidomycosis Outbreak Following the Northridge, Calif. Earthquake. *Journal of American Medical Association* 1997;277:904-908.

4. Rosenstein NE, Emery KW, Werner SB, et al. Risk Factors for Severe Pulmonary and Disseminated Coccidioidomycosis: Kern County, California, 1995-1996. *Clinical Infectious Diseases* 2001;32:708-715.

5. Galgiani JN, Ampel NM, Catanzaro A, et al. Practice Guidelines for the Treatment of Coccidioidomycosis. *Clinical Infectious Diseases* 2000;30:658-661.

US130

[1] Chiller, TM, Galgiani, JN, Stevens, DA.  Coccidioidomycosis.  Infectious Disease Clinics of North America 2003; 17: 41-57.
[2] Petersen, LR, Marshall, SL, Barton-Dickson, C, et al. Coccidioidomycosis among Workers at an Archeological Site, Northeastern Utah.  Emerging Infectious Disease 2004; 10: 637-642.
[3] Shneider, E, Hajjeh, RA, Spiegel, RA, Jibson, RW, et al.  A Coccidioidomycosis Outbreak Following the Northridge, Calif, Earthquake.  Journal of American Medical Association 1997; 277: 904-908.
[4] Rosenstein, NE, Emery, KW, Werner, SB et al.  Risk Factors for Severe Pulmonary and Disseminated Coccidioidomycosis: Kern County, California, 1995-1996.  Clinical Infectious Diseases 2001; 32:708-15.
[5]

19

C



**U.S. Department of Justice**

**Federal Bureau of Prisons**

Office of the Contract Oversight Specialist                     Taft, California 93268

September 17, 2004

MEMORANDUM TO RICH CHERWINSKI, PRIVATIZATION FIELD ADMINISTRATOR

THRU:     Glenn Harvey, Senior Secure Institution Monitor

FROM:     Zachary Currier, Secure Institution Monitor

RE:       Valley Fever Statistics

Coccidioidomycosis is a yeast like fungus that thrives in desert-like areas throughout Southwestern United States and Mexico. It is prevalent in areas that receive minimal rainfall of about 10 inches a year (Taft averages 5.58 inches/yr). The west side of the San Joaquin Valley in California is the most endemic area, even within this region the fungus is restricted to a few small areas. However, spores become airborne causing people outside of the endemic areas to inhale spores. The main problem is with population growth in endemic areas. People not previously exposed, move to the area and develop the disease. Some have mild forms and acquire immunity; others develop more severe ailments. The fungus can survive at 20 cm under the soil. These spores become aerosolized in late summer and fall. September through November are peak endemic months.

The following data is based on a survey of 86 inmates who have tested positive for Coccidioidomycosis (Valley Fever) at the Taft Correctional Institution. Some inmates have been released others have been transferred.

Inmates who have tested positive are often placed on medication called Diflucan. Not all inmates require the medication. The Cocci test provides results in a ratio format. Mild cases may range from 1:2, 1:4, and 1:8 while more severe cases run 1:16, 1:32, 1:64 and on upward. Typically, the Diflucan is prescribed in the more severe cases, however, it has been known to be prescribed in the less severe cases depending on other ailments and symptoms. In the most severe cases, where the ratio is 1:128, 1:256, 1:512 or higher, Amphotericin B is given via an intravenous drip. In mild cases where medication is not prescribed, the bodies immune system runs it's course. Below is a chart of the number of inmates currently taking medication for Valley Fever. 14 inmates have been released or transferred.

| Current pop | # on 01-01-04 | # on 06-15-04 | # on 09-09-04 |
|---|---|---|---|
| Positive with Meds | 34 | 40 | 43 |
| Positive no Meds | 4 | 3 | 2 |

9/27
5-1

In the last 16 months, TCI, as well as the surrounding community, has experienced an increased number of individuals testing positive for Valley Fever. Below are the monthly stats for 2003 and the first half of 2004. So far, the Spring numbers have doubled this year and the high season is in the Fall.

| Month tested pos+ | # |
|---|---|
| Jan 2003 | 0 |
| Feb 2003 | 0 |
| Mar 2003 | 2 |
| Apr 2003 | 0 |
| May 2003 | 3 |
| June 2003 | 2 |
| July 2003 | 2 |
| Aug 2003 | 2 |
| Sep 2003 | 8 |
| Oct 2003 | 14 |
| Nov 2003 | 8 |
| Dec 2003 | 9 |
| Before 2003 | 8 |

| tested pos+ | # |
|---|---|
| Jan 2004 | 0 |
| Feb 2004 | 3 |
| Mar 2004 | 1 |
| Apr 2004 | 1 |
| May 2004 | 7 |
| June 2004 | 7 |
| July 2004 | 3 |
| Aug 2004 | 6 |
| Sep 2004 | |
| Oct 2004 | |
| Nov 2004 | |
| Dec 2004 | |
| | |

A comparison based on race and ethnic background.

*History of Pos (+) according to Race/Ethnic*

| Race/Ethnic | # | % |
|---|---|---|
| African American | 45 | 52.3 |
| Hispanic | 18 | 20.9 |
| Caucasian | 15 | 17.4 |
| Asian | 6 | 7.0 |
| Native American | 2 | 2.3 |

*Current Pos (+) Inmates according to Race/Ethnic*

| Curr Pos + | Curr. Pop | % of race |
|---|---|---|
| 23 | 354 | 6.50% |
| 8 | 1132 | 0.71% |
| 9 | 642 | 1.40% |
| 3 | 113 | 2.65% |
| 2 | 26 | 7.70% |

A comparison between the Camp and the Low.

| Custody | # | % |
|---|---|---|
| In - Low | 59 | 68.6 |
| Out/Com - Camp | 27 | 31.4 |

The following are Care Levels set by the CCM's office at the time of designation.  Since all inmates do not have a Care Level in SENTRY the data is inconclusive.

| Care Levels | # | % |
|---|---|---|
| Care 1 | 14 | |
| Care 2 | 9 | |
| Care 3 | 8 | |
| Care 4 | 0 | |
| unknown | 54 | |

Taking the same sample, a comparison was done of the different work details each inmate had been assigned prior to testing positive for Valley Fever. The most common work detail was that of an Orderly.

| Work Details | Total | % |
|---|---|---|
| Unit Orderly | 32 | 39.5 |
| Education Ord | 9 | 11.6 |
| Compound | 6 | 7.0 |
| Admin Ord | 6 | 8.1 |
| Recreation | 6 | 8.1 |
| Unicor | 4 | 4.7 |
| Maintenance | 4 | 4.7 |
| Food Service | 5 | 8.1 |
| Clerk | 2 | 2.3 |
| Laundry | 2 | 2.3 |
| Utility Ord | 1 | 1.2 |
| Barber | 1 | 1.2 |
| Unassigned | 1 | 1.2 |

The next chart represents the age comparison.



Kern County Health Department Statistics:

Reported Coccidioidomycosis (Valley Fever) Cases among Kern County Residents,
1999-2003 (2003 data are incomplete)

Taking the statistics provided by the Kern County Health Department and focusing just on the institution to compare with the rates in the community the following data is provided.

| TCI  3 | | Rate per |
|---|---|---|
| Year | # of Cases | 100,000 |
| 1999 | 3 | 127.4 |
| 2000 | 6 | 254.8 |
| 2001 | 8 | 339.7 |
| 2002 | 7 | 297.2 |
| 2003 | 50 | 2123.1 |
| 2004 | ✳19 | |

| City of Taft 2 | | Rate per |
|---|---|---|
| Year | # of Cases | 100,000 |
| 1999 | 26 | 190.1 |
| 2000 | 20 | 146.3 |
| 2001 | 59 | 431.4 |
| 2002 | 41 | 299.8 |
| 2003 | 169 | 1235.8 |
| 2004 | ✳56 | |

| Bakersfield 2 | | Rate per |
|---|---|---|
| Year | # of Cases | 100,000 |
| 1999 | 333 | 117.5 |
| 2000 | 287 | 101.3 |
| 2001 | 616 | 217.4 |
| 2002 | 725 | 255.8 |
| 2003 | 783 | 276.3 |
| 2004 | ✳438 | |

| Kern County [1] | | Rate per |
|---|---|---|
| Year | # of Cases | 100,000 |
| 1999 | 504 | 76.1 |
| 2000 | 403 | 59.5 |
| 2001 | 989 | 142.4 |
| 2002 | 1062 | 149.1 |
| 2003 | 1279 | 175.2 |
| 2004 | ✳684 | |

[1] Population data from California Department of Finance Population Projections
* Cases per 100,000 population.
[2] Population data from US Census Bureau, 2000 Census American Fact Finder (www.census.gov).
[3] Population is based on an average institution population of 2355 inmates.
✳      2004 data are incomplete.

US12

D

*Valley Fever*

**From:**         "Daniel Jones" <taf1226.TAFADM1.TAFDOM1@bop.gov>
**To:**           <yphillips@bop.gov>
**Date:**         8/28/2008 12:31 PM
**Subject:**      Fwd: Valley Fever
**Attachments:**  Valley Fever

Ms Phillips
Please see attached letter on valley fever transfer procedures (2004) edition.
Other inmate with risk factors for valley fever would include inmates with the following medical conditions.
1. +HIV
2. Type one diabetics (Insulin dependant)
3. Type II asthmatics (those on steroid inhalers)
4. Those on immunosuppressant medications.
5. Those with +Hepatitis C on anti viral treatment.

    I believe this is the entire list we currently are using as a baseline for risk of valley fever.
If I can be of further assistance please let me know.
Thanks
Dan

### VALLEY FEVER TRANSFER PROCEDURES

After reviewing a number of cases at Taft Correctional
Institution (TCI), the Bureau of Prisons (BOP) has determined
that three classes of inmates may be appropriate for transfer.
These classes are: HIV positive inmates; inmates on chemotherapy;
and, inmates on immunosuppressants.

To facilitate the transfers, TCI is to request the transfer of
inmates meeting the above classes via a memorandum to the
designator, Western Regional Office, specifying "Valley Fever
Transfer." TCI medical staff should indicate if any inmates
warrant priority in the timeliness of transfer over others on the
list. Inmates on chemotherapy and HIV positive inmates with CD4
counts less than 150 will be referred via form 204,
Medical/Surgical and Psychiatric Referral Request in accordance
with the Statement of Work (SOW). These cases will be reviewed
and either transferred to a federal medical center, or referred
to the regional designator for placement in another institution.
In the Principal Reason for Referral block on the form 204, the
phrase: "Valley Fever Transfer" is to be included before the
narrative summary. Only HIV positive inmates and inmates on
chemotherapy and/or immunosuppressants may use this identifier.

Inmates approved for transfer may have to wait until a bed is
available at a suitable institution. TCI will ordinarily be
responsible for transporting inmates in accordance with the SOW.
Instructions concerning each inmate's transfer status will be
sent to TCI via GroupWise.

This process only applies to requests for transfer in accordance
with these valley fever transfer procedures. All other requests
for OMDT review will be in accordance with the SOW.

In order to mitigate future transfers from TCI, designators will
be instructed to refrain from designating or transferring HIV
positive inmates and inmates on chemotherapy and/or
immunosuppressants to TCI. Should an inmate arrive at TCI, or
pre-screening identifies an inmate covered by the classes
identified herein, TCI is to immediately submit a 204 requesting
transfer following the procedures outlined above.

BP 000823

E

| | |
|---|---|
| From: | Newton E. Kendig |
| To: | Joseph Gunja; Vanyur, John |
| Date: | Wed, May 25, 2005 8:33 AM |
| Subject: | coccidiodomycosis - "cocci" |

Mr. Vanyur and Mr. Gunja:

As you probably recall, we invited the CDC to investigate a cocci outbreak at our TAFT facility where one inmate died of cocci and many others were ill. I have received the CDC's report which confirms that the outbreak at our TAFT facility occurred simultaneously in 2003 with an outbreak in Kern county. The incidence of cocci among inmates was higher than persons in the community but the CDC attributes this to the fact that the inmates transferred to the facility were susceptible to the infection whereas many Kern county residents have developed host immunity. There were no epidemiologic factors that suggested that the Taft facility itself was located in a more vulnerable location or that the BOP was conducting any construction or other activities that contributed to the outbreak. The CDC has no specific recommendations for reducing exposures, i.e. abatement measures are probably ineffective as the cocci spores are easily aerosolized and inhaled and their dispersion, sporadic and largely unpredictable.

Cocci cases continue to occur at Taft at a lower rate, but future outbreaks are likely. I will be working with Dr. Pelton to develop guidance for our clinicians on screening and treating cocci cases both at Taft and elsewhere.

I will be happy to discuss the report and my discussions with the CDC with any of your staff who are located at TAFT or make frequent trips to the facility.   One personnel issue worth our discussing - is how we inform staff moving to Taft or applying for jobs at Taft about the environmental risk of this infection. (Persons with certain chronic illnesses or ethnicities are more susceptible to severe cocci). I can draft some information on cocci to give to staff if this would be helpful.

Newton

CC:        Conley, Joyce;  Jim Pelton;  Julie Wands;  Maryellen Thoms;  Nelson, Mike



F



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

**Centers for Disease Control
and Prevention (CDC)**

**Memorandum**

**Date:**   September 27, 2005

**From:**   Lauren A. Burwell, MD, EIS Officer, Mycotic Diseases Branch
Centers for Disease Control and Prevention, Atlanta, GA

**Subject:**   *Coccidioidomycosis*

**To:**   Newton Kendig, MD, Medical Director
Federal Bureau of Prisons, Washington, DC

**Executive Summary**

This memo is intended as a supplement to the Epi-Aid Trip Report titled "Increased *Incidence* of Coccidioidomycosis, California (EPI 2005-014)". It is intended for internal use within the Bureau of Prisons.

An epidemic of coccidioidomycosis at Taft Correctional Institution was recognized in 2003, and physicians there implemented a program of early diagnosis and treatment of inmates with the disease. An investigation by a team from the Centers for Disease Control and Prevention identified 88 inmates diagnosed with cocccidioidomycosis in 2003 and 2004. Seventy-five received antifungal therapy; 30 of these received fluconazole early (≤4 weeks after the onset of symptoms) and were included in the outcome analysis. Inmates who received early treatment with fluconazole were not more likely to have a better clinical outcome, a shorter time to improvement, or a lower CF titer compared to inmates who received late treatment (>4 weeks after the onset of symptoms).

Recommendations include facilitating early diagnosis in inmates and continuing to treat inmates according to the guidelines outlined by the Infectious Diseases Society of America (IDSA).

**Background**

In September 2004, the Federal Bureau of Prisons (BOP) notified the Centers for Disease Control and Prevention (CDC) regarding an increase in the number of cases of coccidioidomycosis (CM) among inmates at Taft Correctional Institution (TCI) starting in 2003. TCI is located in Kern County, CA, and the Kern County Department of Public Health also reported an increase in CM cases in the city of Taft starting in 2003. On November 30, 2004, a team from CDC traveled to Kern County to assist with the epidemiologic investigation in Taft and at TCI.

CM is a disease caused by the dimorphic fungus *Coccidioides immitis* or *Coccidioides posadasii*. This soil-dwelling fungus is endemic to the southwestern U.S. Inhalation of disrupted soil containing fungal spores can cause infection. While 60% of those infected do not

display any symptoms, the remainder have flu-like symptoms that typically resolve spontaneously within several weeks. Less than 1% of those infected will develop disseminated disease. Recognized risk factors for disseminated disease include immunosuppression or black or Asian race.

Physicians at the TCI health clinic implemented a program of early diagnosis and treatment when the CM epidemic was recognized in 2003. Per this program, inmates who presented to the clinic with several days of symptoms consistent with CM (cough, night sweats, fever, or fatigue) were evaluated for CM. They received a PA (Posterior-Anterior) and lateral chest x-ray (CXR) and serologic testing (IgM and IgG) for CM. Serologic testing included IgM EIA (enzyme immunoassay), IgM ID (immunodiffusion), IgG ID, and/or IgG CF (complement fixation) titer. Inmates whose tests came back positive for CM were started on fluconazole. Inmates who were immunosuppressed, such as those infected with HIV, were started on empiric antifungal treatment prior to receipt of serologic test results.

**Objectives**

Our goals were to describe the CM epidemic at TCI and to evaluate the early diagnosis and treatment program currently in place at TCI.

**Results**

We identified 88 persons who were diagnosed with CM in 2003 and 2004 while incarcerated at TCI. There were 37 inmates (42%) who were diagnosed during a peak period from September 2003 to December 2003 (Figure 1). A total of 79 medical records of the 88 inmates (90%) were available for review by staff from the Kern County Department of Public Health, BOP, and CDC.

Symptoms and Diagnosis of CM

The median time from incarceration at TCI to onset of CM symptoms was 53 weeks (range, 2-324 weeks, Figure 2). The median time from symptom onset to diagnosis of CM for all inmates was 3 weeks (range, <1-36 weeks). However, 25% of inmates were diagnosed after 5 weeks of symptoms. The most frequently reported symptoms at the time of diagnosis included cough, subjective fever, and night sweats (Table 1).

Table 1. Frequency of reported symptoms among inmates diagnosed with CM.

| Symptoms | n (%) |
|---|---|
| Cough | 57 (72) |
| Subjective fever | 40 (51) |
| Night sweats | 25 (32) |
| Myalgias | 24 (30) |
| Pleuritic chest pain | 23 (29) |
| Shortness of breath | 22 (28) |

2

US70

CXRs were performed on the majority of inmates at the time of diagnosis, and an infiltrate was frequently present. Almost all of the inmates were diagnosed by either IgM or IgG antibody testing (Table 2).

Table 2. Studies at time of diagnosis of CM.

| Diagnostic Study | n (%) |
|---|---|
| Infiltrate on CXR (n=68) | 51 (75) |
| IgM EIA positive (n=77) | 57 (74) |
| IgM ID positive (n=78) | 39 (50) |
| IgG ID positive (n=78) | 57 (73) |
| IgG CF titer ≥1:2 (n=77) | 67 (87) |

Inmates were stratified into risk categories as outlined in the TCI early diagnosis and treatment program (Table 3).

Table 3. Diagnostic studies and time to initiation of antifungal (AF) therapy from the date of evaluation, according to TCI risk of severity category.

| Category* | IgG titer performed | CXR performed | AF started at visit date or prior to visit date | AF 1-7 days after visit date | AF >7 days after visit date |
|---|---|---|---|---|---|
| Non-Hispanic Whites (n=11) | 11 | 9 (82%) | 2 (18%) | 2 (18%) | 7 (64%) |
| Blacks/Asians/Native Americans/Hispanics (n=63) | 61** | 54 (86%) | 5 (8%) | 16 (25%) | 39 (62%) |
| Immunosuppressed (n=2) | 2 | 2 (100%) | 0 (0%) | 2 (100%) | 0 (0%) |

*3 people not known to fit into any of the above categories
**1 diagnosed by bronchoscopy; 1 had positive IgM EIA, CF titer missing

All immunosuppressed patients, 4 (36%) non-Hispanic whites, and 19 (30%) blacks, Asians, Native Americans, and Hispanics received an IgG CF titer, a CXR, and an antifungal agent within one week of their diagnosis visit date. Five (45%) non-Hispanic whites and 32 (51%) blacks, Asians, Native Americans, and Hispanics received an IgG titer, a CXR and antifungal therapy, but antifungal therapy was started more than 7 days after their diagnosis visit date.

Approach to Treatment of CM

There were 55 inmates who received an antibacterial agent during their evaluation; 52 inmates received antibacterial agents prior to or on their date of diagnosis. Twenty-eight inmates continued to receive antibiotics, even after CM diagnosis. The most commonly prescribed antibacterial agents were trimethoprim/sulfamethoxazole (29, 53%), erythromycin (28, 51%), and doxycycline (15, 27%).

CM was treated with antifungal medication in 75 inmates (95%). All received fluconazole, and 4 (5%) received amphotericin B at some point during the course of their

3

therapy. At the time of medical record review, 20 inmates had discontinued fluconazole therapy (due to a physician's order or noncompliance), and the median duration of therapy was 27 weeks (range, <1-62 weeks). Inmates diagnosed with CM were followed in the clinic for a median of 24 weeks (range, 0-69 weeks).

Outcome Measures

Outcomes measured included (1) clinical outcome, (2) time to improvement (defined as a decrease in dose or discontinuation of fluconazole due to improved symptoms or a decrease in titer), and (3) CF titer. The median time from symptom onset to the start of an antifungal agent was 5 weeks (range, <1-40 weeks) (Figure 3). Inmates were categorized as having received either early treatment (fluconazole started ≤4 weeks after onset of symptoms) or late treatment (fluconazole started >4 weeks after onset of symptoms), and these outcomes were compared between the early and late treatment groups. Outcome analysis was limited to those inmates who received initial antifungal treatment with fluconazole and those who had at least one follow-up clinic visit. We performed analysis on 30 inmates in the early treatment group and 40 inmates in the late treatment group.

There was no difference in the clinical outcome at the inmates' last recorded visit up to 1 year after diagnosis. In the early treatment group, 87% had a good outcome (defined as improvement of symptoms) and in the late treatment group, 93% had a good outcome. Thus, almost all of the inmates had good clinical outcomes regardless of the timing of initiation of fluconazole.

We also categorized inmates into those who received fluconazole ≤8 weeks from the onset of symptoms and those who received fluconazole >8 weeks from the onset of symptom. Again, there was no difference in clinical outcome in these two treatment groups.

We performed Kaplan-Meier analysis in order to determine whether there was a difference in the time to improvement (defined as a decrease in dose or discontinuation of fluconazole due to improved symptoms or a decrease in titer) in the early vs. late treatment groups. Figure 4 shows the results of the Kaplan-Meier analysis. There was no significant difference in the time to improvement up to eight months after the initiation of fluconazole treatment in the two treatment groups. Similar analysis was performed using the categories of inmates who started fluconazole ≤8 weeks after symptom onset and those who started fluconazole >8 weeks after symptom onset. Again, there was no difference in the time to improvement in these treatment groups.

Lastly, preliminary analysis shows no difference in the trend of IgG CF titers over time among the early and late treatment groups. Thus, the IgG CF titers did not decrease more rapidly in the inmates who received early treatment compared with those who received late treatment.

Conclusions

While most inmates developed classic symptoms of CM, more than half were diagnosed after three weeks of symptoms. Reasons for a delay in diagnosis were not studied. There are several reasons that prompt diagnosis of CM is important. First, prompt diagnosis leads to appropriate care. In our cohort, for example, 70% of inmates who were diagnosed with CM received antibacterial agents. Prompt diagnosis will eliminate the need for unnecessary antibacterial agent use. Additionally, it will prevent the need for further diagnostic studies, such as CT scans or bronchoscopy. Prompt diagnosis also permits physicians to follow patients

4

regularly to ensure that their symptoms are improving and IgG CF titers are decreasing. While complications of CM, such as dissemination, are rare, regular clinic visits allow for early recognition of complications, should they occur.

According to the early diagnosis and treatment program at TCI, all higher risk inmates with CM should have received chest x-rays and antifungal medication. However, only 30% of the individuals who were black, Asian, Native American, or Hispanic received both a chest x-ray and an antifungal agent within 7 days after their diagnosis visit.

However, these data evaluating outcomes of CM suggest that early initiation of antifungal therapy does not impact the course of disease compared to patients receiving late antifungal therapy. As a result of these findings, we can not make a recommendation that antifungal therapy be initiated within a specific timeframe, such as within the first 4 weeks of symptom onset. Furthermore, we were unable to assess the impact of antifungal therapy compared to no therapy, since almost all of the inmates in the cohort received antifungal therapy. However, previous studies have suggested that early treatment of high risk individuals may prevent severe disease.

### Recommendations
**1. In an effort to standardize the approach to diagnosis and treatment of CM.**
    a. Improve compliance of performing chest x-rays in patients who are being evaluated for CM, as outlined in the program.
    b. Consider improving the compliance of antifungal treatment, in patients in whom treatment is indicated, upon receipt of test results. However, data did not demonstrate a benefit of treatment initiated ≤4 weeks after symptom onset.
**2. Continue to facilitate early diagnosis of CM.**
    a. Consider education of inmates about CM symptoms during initial intake at prison.
    b. Consider CM evaluation in all patients seen in the clinic for lower respiratory infection to avoid unnecessary use of antibacterial agents.
**3. Continue to treat higher risk individuals with fluconazole, as outlined in the IDSA guidelines.**

5

ฮ

Epidemic Curve of Coccidioidomycosis Cases at Taft Correctional Institution, CA, 2003-2004



Figure 1. Epidemic curve of coccidioidomycosis cases among inmates at Taft Correctional Institution, CA, 2003-2004.

6

US74

Weeks from Incarceration at Taft Correctional Institution to Symptom Onset, CA, 2003-2004



Figure 2. Time in weeks after incarceration at Taft Correctional Institution to symptom onset, CA, 2003-2004.

7

Weeks from Symptom Onset to Start of Antifungal Therapy,
Taft Correctional Institution, CA, 2003-2004



Figure 3. Time in weeks after symptom onset to the start of an antifungal therapy
among inmates with coccidioidomycosis at Taft Correctional Institution, CA, 2003-2004.

8





Figure 4.  Kaplan-Meier analysis demonstrating the time to improvement in the early and late treatment groups, Taft Correctional Institution, CA, 2003-2004.

9

US77

G



**Abt Associates Inc.**

# Contracting for Imprisonment in the Federal Prison System:

# Cost and Performance of the Privately Operated Taft Correctional Institution

Cambridge, MA
Lexington, MA
Hadley, MA
Bethesda, MD
Chicago, IL

October 1, 2005

*Prepared for*
National Institute of Justice
Office of Justice Programs
U.S. Department of Justice
Washington, D.C.  20531

*Prepared by*
Douglas C. McDonald, Ph.D.
Kenneth Carlson

Abt Associates Inc.
55 Wheeler Street
Cambridge, MA  02138

Nor did the statistical estimates of supplies account for regional differences in energy prices during this five year period. GEO spent a larger percentage of its materials and supplies costs on "communications, utilities and miscellaneous other" items than did 14 other low-security federal prisons, on average, which may reflect higher costs of electricity in California. If the Bureau operated the facility, it would have had to pay the same energy costs.

Comparisons of GEO's spending for insurance and self-insurance costs and the estimates of what the Bureau would have spent are not counting similar things. According to OMB's A-76 rules, the federal cost includes only the cost of casualty and personnel liability self-insurance, whereas the GEO costs include self-insurance for healthcare as well. Therefore, the costs of insurance/self-insurance were significantly higher than the estimate of what the Bureau would have had to spend—\$4.5 million versus \$2.5 million. This does not indicate any inherent difference in how private contractors and the federal government insure themselves. Rather, it reflects the high cost to this specific contractor of insuring against a disease that it did not know about when it designed its bid to operate the facility. GEO's spending for insurance and self-insurance nearly tripled between FY 1998 and 2002, largely due to the unanticipated costs of treating patients and staff infected with Valley Fever, or *Coccidioidomycosis*, a sometimes deadly disease caused by an infectious fungus that is endemic in the San Joaquin Valley, where Taft is located.[58] GEO's contract assumes all costs for healthcare and it has experienced high costs of hospitalization and care. Because of the facility's location, GEO has been unable to obtain third-party insurance that costs less than the cost of self-insurance, and GEO has consequently chosen to bear these costs on its own. If the Bureau of Prisons were operating this facility, its costs of self-insurance for medical care would be substantial, although would be counted not in the category of "insurance" but as another type of expense (perhaps "other services" in "materials, supplies, and other").

**Monitoring, Award Fees, Tax Payments, and Federal Government Overhead**

The differences associated with contracting and direct government provision are sharpest for four categories of cost: contract monitoring and administration, award fees, corporate income tax payments to the federal government that offset costs, and federal government overhead. The costs of contract monitoring and administration are incurred when contractors provide the service for the Bureau and are avoided altogether if the Bureau operates the prison directly. When the Bureau operates its prisons, monitoring is done by regional and national headquarters staff but is paid out of overhead accounts. Similarly, award fees are available to the contractor but not to Bureau employees. Because the contractor is a private for-profit firm, it is required to pay corporate income taxes to federal and state governments—a cost that is avoided by governmental departments of correction—but which also offset the costs of contracting to the federal government.

---

[58] *Coccidioides immitis* grows in the arid soil of the Central Valley of California, southern Arizona, and parts of Nevada, New Mexico, Utah, and Texas, as well as northern Mexico and parts of Central and South America (State of California, Health and Human Services Agency, "Valley Fever (*Coccidioidomycosis*," undated at Internet http://www.dhs.ca.gov/ps/dcdc/disb/disb-qa.htm). A large proportion of all reported infections in the U.S. are reported in California, and the San Joaquin Valley is the epicenter of the disease (Amber E. Barnato, Gillian D. Sanders, and Douglas K. Owens, "Cost-Effectiveness of a Potential Vaccine for Coccidioides immitis," *Emerging Infectious Diseases*, Vol. 5, no. 7 (Sept./October 2001).

---

*Inmates' Health Conditions*

As in federal prisons, the prevalence rates of tuberculosis, hepatitis, and mental health problems vary somewhat from one facility to the next. These differences result from the types of prisoners assigned to these facilities rather than being a consequence of the conditions at any of the prisons. However, one particular illness is attributable to living at the Taft Correctional Institution: Valley Fever, which is caused by *Coccidioides immitis*, a fungus found in the Southwestern US and Central and South America and in the San Joaquin Valley, where Taft in located. Spread by airborne spores, infected persons can develop flu-like symptoms that can last for several weeks and, in a small number of cases, to severe pneumonia, meningitis, and even death if not properly treated. Persons with compromised immune systems are at special risk and GEO requests that they be transferred to federal prisons in other regions of the country, although these requests are not always granted. According to the warden at Taft, there are more cases of diagnosed Valley Fever at his facility than in all other federal prisons combined. (As mentioned in Chapter 2, Kern County—where the facility is located— has one of the highest prevalence rates of Valley Fever in the U.S.) Although evidence of this claim was not obtained from the Bureau of Prisons, this risk was not known by the Bureau or by GEO until cases began to appear, and this has placed an unexpected burden on the facility's healthcare system. GEO's expenditures for hospital care is much higher than its anticipated; the firm is spending more for Valley Fever patients than it spends to treat HIV-positive inmates at its facility in Winton, North Carolina. To date, one prisoner has died from the disease.

*Rated Performance of GEO's Healthcare*

During the first three years, GEO was rated by monitors as delivering "good" and even "excellent" healthcare. This was one of the strongest areas of performance for the company. Monitors cited good performance in written plans and procedures, resources, inmate health records and outpatient care.[150] The facility received its accreditation from the Joint Commission on Accreditation of Healthcare Organizations (JCAHO) six months ahead of schedule.[151] Furthermore, JCAHO gave the department a 99 percent score for its behavioral health care and a 98 percent score for ambulatory care.[152]

---

[150]   Performance Monitor Report Six Month Summary, Period: August 20, 1998 to February 19, 1999.

[151]   Ibid.

[152]   Taft Correctional Institution Self Assessment Report, p. 8, February 26, 1999.

H



**U.S. Department of Justice**

**Federal BOP of Prisons**

**HAPPY NEW YEAR!**

*Washington, D.C. 20534*
January 2004

MEMORANDUM FOR ALL BOP HEALTH SERVICES STAFF

FROM:          Thomas J. Gora, Chief
                      Office of Quality Management

THROUGH:  CAPT Newton E. Kendig, M.D.
                      Medical Director

SUBJECT:    HEALTH SERVICES  QUALITY IMPROVEMENT NEWS MEMORANDUM

The Office of Quality Management (OQM) issues this update every other month, bringing you news on health care quality improvement initiatives from around the BOP and other available sources.

**In this issue:**
- *'JAYCO'* - What you <u>Need</u> to Know About *'Jayco'* and other JCAHO news.
- Periodic Performance Review (PPR)
- National Patient Safety Goals : "Do Not Use List" minimum requirement.
- Safety Goal #7 (Health Care Acquired Infection).
- Telemedicine Follow-up/Response
- A Recent Risk Management Concern - Coccidioidomycosis.
- Mortality Stats for CY 2003

**'JAYCO' and Other JCAHO News**
OQM staff have been invited to observe JCAHO surveys under the new survey process at non-BOP facilities in late January 2004. Thank you to our friends at the Bureau of Primary Health Care (BPHC) for allowing our staff to observe a JCAHO survey in their facilities. With this opportunity and what we have learned from the PPR process, we should be able to provide some valuable CENTRA based training to you in the near future (February 2004).

Institution personalized online sites found under the title *'JAYCO'* were issued by JCAHO in November 2003. What is it?

*'JAYCO'* is best described as an accredited institution's personalized JCAHO web site. You first need to access the JCAHO public web site at www.jcaho.org . Once there you will see the *'JAYCO'* link. When you enter the *'JAYCO'* link you will be required to provide a log in I.D. and password that are unique to your institution. Once you do that, you are now in your institution specific *'JAYCO'* site. JCAHO provides the login I.D. and password to you.

US95

How will you recognize it as being institution specific? At the top of this web page, your institution's name and address will be seen. To the right, you will see the name of your Warden (CEO).

If your institution has completed an electronic application for a survey during 2002 or 2003 you should have access to your personalized *'JAYCO'* site. Also, if you are required to complete the new Periodic Performance Review (PPR), you will be given access to your *'JAYCO'* site, that is where you will find the PPR. Eventually, all accredited institutions will have a *'JAYCO'* site.

Besides the PPR, what else will you find on your institution's *'JAYCO'* site?

- Other information specific to your institution, such as the survey application, a list of organization contact names (you can, and should update names as they change).

- Various reports such as your accreditation report (in 2004, accreditation reports will be available 48 hours after the survey). Other available reports include ORYX (for participating FMCs), Priority Focus Process, and the Quality Report (the public report).

- There is a "What's New" section to keep you updated on the latest news from JCAHO.

- There is a link to various standards. This is where you will be able to view new and/or changing standards. You will also be able to access a "Frequently Asked Questions" (FAQs) section, as well having the ability to submit standard specific questions you may have.

- There is a link to the 2004 survey

process with sample tools and forms.
- There is a link to Sentinel Events (SE) that provides you JCAHO's current statistics on SEs, and provides forms and tolls to conduct your own Root Cause Analysis.

Wow! Your institution's personalized *'JAYCO'* site contains a wealth of information! We **strongly encourage** you to become familiar with your *'JAYCO'* site.

Due to the national contract with JCAHO, we must establish a couple of rules regarding every institution's *'JAYCO'* site, and here they are:

*Rule #1* - the Warden must be listed as the Chief Executive Officer and the Chair of the Governing Body. There can be no exceptions to this!

*Rule #2* - the HSA should be named as the contact person on the *'JAYCO'* web page, and again, no exceptions.

As OQM staff monitor *'JAYCO'* sites we reserve the right to make those changes if you do not. Once again, these two simple requests are controlled by our contract with JCAHO.

Other things that we advise in regard to the PPR:

- Please call your liaison in OQM and allow us to walk through your PPR before you submit it to JCAHO

- It is important to print a complete copy of your PPR for your files. As we understand the process now, once you submit the PPR it will be gone and you will no longer be able to access it.

You should be impressed with how personalized these sites are! Try it, you'll like it!

Page 2 of 7

US96

A survey schedule for 2004 has yet to be negotiated, but we have been assured that no survey will occur prior to March 2004. The following institutions are scheduled for a JCAHO re-accreditation survey in 2004:

| | |
|---|---|
| FCI Oxford | MDC Los Angeles |
| FCI Tallahassee | USP Florence |
| FCI Allenwood | FCI McKean |
| MCC New York | FCI Seagoville |
| USP Leavenworth | FCI Big Spring |
| FCI Miami | FCI Bastrop |
| FCI Marianna | FCI El Reno |
| FCI Ashland | FPC Yankton |
| FCI Forrest City | USP Lompoc |
| USP Lewisburg | FCI Yazoo City |
| FCI Cumberland | MCC San Diego |
| FCI Gilmer | USP Pollock |

The HSA at each of these institutions has been instructed to notify the Office of Quality Management upon receipt of the online applications for survey. Please fax a copy of this notice to your respective regional OQM liaison to begin the application process. A new password and workload data numbers will be provided. The JCAHO Survey schedule for fiscal year 2004 will depend on the individual institution's survey anniversary date. We recommend that you plan for your survey to occur within two weeks of your survey dates three years ago.

### Periodic Performance Review (PPR)

Several institutions are currently involved in the JCAHO PPR process. As you should know by now, the PPR essentially amounts to what we know as an Operational Review. If your last survey was after July 1, 2002, you will be required to complete a PPR fifteen (15) months after your survey. Once notified by JCAHO, you have ninety (90) days to complete this process on a protected Internet site (your *'JAYCO'* site).

Assistance is available from the OQM staff to help you understand the PPR process. We cannot grade the standards for you.

Once again, we **strongly encourage** you to access your PPR as soon as you are notified, and contact OQM for assistance.

As you grade your compliance with standards, you will be able to view, and print standard compliance reports, plans of corrective action, measures of success, and other useful reports. The PPR will also always inform you how many days you have to the submission due date for your PPR. You will find this feature in the "JCAHO Message" section of the PPR. All of the features (reports and messages) are found in the left column of the PPR.

We also encourage you to begin your institution's PPR soon after receipt. Remember you have ninety (90) days to complete the PPR. **OQM will not negotiate extensions to the 90 days for any reason**.

How do you know the PPR is coming? Thirty (30) days in advance of the PPR starting date, your **Chief Executive Officer**, the Warden, will receive a letter from JCAHO. This is the **only** written correspondence you will receive. The letter informs you that the PPR process will begin in 30 days, and that you will be notified by e-mail. In this letter you are given the log in I.D. and password to your *'JAYCO'* site.

This is why it is important to update contact names by use of *'JAYCO'* for your institution. Remember the two rules, the Warden must be listed as the CEO, and the HSA must be listed as the contact. Again, there can be no exceptions!

When you are notified by e-mail you can access your PPR. Do not expect anything else in paper or in the mail from JCAHO, this process is all completed via the Internet.

Remember, OQM staff are always available to help you understand the PPR process. Call us if you have any questions.

Page 3 of 7

US97

**Do not send the completed PPR to JCAHO without the Office of Quality Management's review. Notify your respective OQM liaison prior to sending the PPR. The institution should save a printed copy of the PPR for future reference. Remember, once the PPR is forwarded to JCAHO, no further changes or access can be made to alter information in the completed PPR.**

In December 2003, OQM staff contacted the respective institutions providing initial information to start the completion process. You will find that OQM staff have entered and scored RI.1.10; RI.1.20 and RI.1.30 respectively to gain access to your PPR and placed a corresponding note in the organizational note section. Please review your PPR to ensure the scoring is correct. If there are any changes to the scoring, please make notes of the changes and contact us prior to making the correction.

Remember, you have **90 days** to complete the PPR. Ownership and responsibility are entirely on the institution. The majority of the PPR submission dates, so far, are due in the February 2004 time frame. Again, please review the information entered and if there are any corrective actions, prepare as you would ordinarily. Good luck !!!!

The following institutions are scheduled for an institutional Periodic Performance Review (PPR) starting January 2004.

| | |
|---|---|
| FDC Brooklyn | LSCI Allenwood |
| FPC Duluth | USP Allenwood |
| FPC Montgomery | USP Atlanta |
| FPC Seymour Johnson | FMC Lexington |
| FCI Edgefield | MCFP Springfield |
| FCI Fort Dix | FCI Schuylkill |
| FCI Milan | USP Terre Haute |
| FCC Oakdale | FCI Danbury |
| FCI Pekin | FMC Butner |
| FDC SeaTac | FMC Devens |

**National Patient Safety Goal # 7 (Health**

**Care Acquired Infections)**
The CDC hand hygiene recommendations which pertain to the National Patient Safety goals on healthcare-acquired infections can be found at www.cdc.gov/handhygiene (pp. 31-34). Compliance with Goal 7a will be surveyed through interviews with health care staff and by direct observation.

The staff should know what is expected of them with regard to hand hygiene and should practice it consistently. There are many recommendations which are strongly supported by experimental, clinical and epidemiological studies. You can also find important information on why health care personnel should not wear artificial nails and the discussion about the use of alcohol-based hand cleaners.

Goal 7b is a requirement to manage any unanticipated death or major permanent loss of function as a "Sentinel Event" (SE) even if the patient acquires a nosocomial infection. This in reality is not something new, but rather it is an extension of the SE requirement. In the past, many cases that met the criteria of unanticipated death or major permanent loss of function were not considered SE simply because infection was associated with the outcome. As a result, there were very few cases reported of unanticipated deaths associated with infection. The new requirement now includes this category of cases as SE which should have a root cause analysis done.

**OQM Temporary Realignment of Duties**
The following adjustment to OQM liaison responsibilities has been in place since 12/1/03.

- Jose Au Lay will serve as the OQM liaison for NER, MXR **and WXR** institutions.
- Fred L. Mumford will serve as the OQM liaison for the SER, SCR **and NCR** institutions.

US98

## Help Wanted

A vacancy announcement for the vacant OQM position will be posted soon. Here is a short synopsis of what the duties are (as liaison to all institutions in two BOP Regions):

- first line liaison for all Quality Management matters with institutions in respective regions.

- close contact with regional consultants and R/HSAs on institution concerns.

- mortality review (initial review, prep for consultant, final report, bi-weekly).

- medical-legal case review

- coordination of Clinical Director peer review, and final report preparation.

- support for JCAHO accreditation

- national performance measures (data entry, reports for institutions).

- ORYX measures (data entry, reports for institutions).

Additionally, the OQM Specialist will be involved in COTR responsibilities for either a contract or MOU. If you are selected for the job you will be required to obtain COTR certification.

## Follow-Up on Telemedicine and Credentialing: A Response from

**JCAHO:** We have received several questions pertaining to the credentialing, privileging, and competency assessment of physicians providing tele-health services. Are they considered 'consultants' or 'practitioners that

participate on the actual treatment'. This question was submitted from our office to the JCAHO Standards Interpretation Group (SIG).

**Question:** If a physician is providing tele-health services at the institution, is the clinician then a consultant versus a practitioner who is actually providing treatment? How is the clinician privileged? Like on-site consultants, are we required to keep a complete set of professional credentials on file? Some States require licensing for tele-health. Does the physician doing tele-health have to provide or have documentation of current competency in the local (health care) institution? When a National Practitioner Data Bank query match is found on licensed individual practitioners (LIPs) performing tele-health, a clearance of the match is reviewed, and signed by the Medical Director.

In summary, approximately 98% of the LIPs used for tele-health are as consultants with the final decision for treatment by the local physician. Would a credential file be necessary? The other 2%, i.e., psychiatrist, hematologist/oncologist for bone marrow, etc., are used differently, and their input used for actual treatment.

## JCAHO Response:

"An article was published in the February 2003 Perspectives which indicated the changes to the tele-medicine standards. Consultants never have to be credentialed and privileged because they do not provide, direct, or write orders for care. All interpretive readers were removed from tele-medicine and placed in the off-site credentialing standards at standard which is now at LD.3.50 in the 2004 CAMH. Please review the article and the standard LD.3.50 in the 2004 CAMAC for the new requirements."

For additional standards questions you might have, please visit the website at www.jcaho.org. Standards Clarification, **FAQs**, and use the online Standards Question form made available for use on the website.

The institution at some point may have standards question and any follow-up questions can be

Page 5 of 7

answered by calling the JCAHO Standards Interpretation Group at (630) 792-5900 or fax at (630) 792-5942.

For informational purposes:
Now available for free access - a special expanded issue of *Perspectives* on JCAHO's new Shared Visions-New Pathways accreditation process. Everything you need to know about Shared Vision-New Pathways is provided in this one special issue of *Perspectives*, including information updated since the release of the 2004 accreditation manuals. See the issue:

- http://jcrinc.co.mansellgroup.net/U M/T.asp?A2557.25634.587.1.20141.

**Risk Management Alert 'Valley Fever'**
Valley fever is another name for the sometimes deadly infection **coccidioidomycosis**. It is called valley fever because the organism that causes it is commonly found in the soil of the southwestern United States, Mexico, and parts of Central and South America.

Valley fever is caused by a fungus, *coccidioides immitis*, which grows in soils in areas of low rainfall, high summer temperatures, and moderate winter temperatures. These fungal spores become airborne when the soil is disturbed by winds, construction, farming and other activities.

These spores can live for a long time in harsh conditions such as heat, cold and drought. People can breathe in the spores and get valley fever. The disease is not a contagious disease and is not spread from person to person.

About 60% of infected person have no symptoms. The rest develop flu-like symptoms that can last for a month and tiredness that can sometimes last for

longer than a few weeks. Valley fever is diagnosed with a blood test or culture.

People with weakened immune systems are at increased risk for disseminated disease. HIV infection, as well as medical advances like chemotherapy and organ transplants, cripple the immune system and weaken resistance to fungus infections.

An estimated 50,000 to 100,000 persons develop symptoms of valley fever each year in the United States, with 35,000 new infections per year in California alone. In Arizona, the incidence of reported cases was 15 per 100,000 in 1995.

Valley fever is on the rise because of the growing number of people who are moving to areas where the disease is common (such as Arizona) and increases in the number of persons with weakened immune systems.

Diagnosis and treatment is often complicated and expensive, and current therapy is sometimes inadequate to cure patients. Persons at risk for valley fever should avoid exposure to dust and dry soil in areas where valley fever is common.

An organization was founded to investigate Valley Fever, the Valley Fever Center For Excellence, established in 1995. It is located in the Southern Arizona VA Healthcare System's facility. The mission of the VFCE is to mobilize resources for the eradication of Valley Fever (coccidioidomycosis) through public awareness and education about Valley Fever, high quality care for patients , and the pursuit and encouragement of research into all aspects of coccidioides sp. and the diseases that it causes.

The VFCE provides a multi-faceted awareness program to the public, medical practitioners and health care workers. It operates a HOTLINE - (520) 629-4777 - to give information about the disease, its diagnosis, and treatment. The VFCE has a website at vfever@arl.arizona.edu, and has developed a Valley Fever Syllabus for Medical Practitioners which has been transferred into electronic media as part of an internet, self-study

Page 6 of 7

CME course for health care professionals.

The BOP has recently experienced one suspected valley fever death. The patient had a history of a kidney transplant and was immuno-compromised, which increased the risk for this fungal infection.

This was a 54 year old male who had undergone a kidney transplant in 1999 for polycystic kidney disease. He complained of being very ill, feeling very weak with cold and flu symptoms for three weeks. His vital signs were stable. A chest x-ray revealed infiltrates. A cocci titre, CBC, and chemistry were drawn at that time. The inmate's symptoms continued with shortness of breath, along with cough, fever, chills and chest congestion. It was determined he had probable cocci pneumonia along with worsening renal insufficiency. He was transferred to the community hospital, treated aggressively for his renal condition and suspected cocci. All interventions failed.

Another inmate, diagnosed with Valley Fever, has filed legal action against the BOP. He alleges that staff at the institution failed to recognize 'Valley Fever' as the cause of his symptoms in a timely fashion, and provided inappropriate treatment.

Institutions should be alert to individuals with a history of kidney transplant compounded by immuno-compromise and other susceptible groups, that may be at an increased risk for fungal infection, especially in the southwest and western regions. Be aware of the possibility of such cases and discuss and review this issue with your staff at an IOP or Infection Control meeting.

### Goodbye and Thank You
By the time you read this, my stint with the Bureau will be history. My last work day is January 12th after which I will be retiring to Florida. I want to thank all the BOP staff who made my staff assist visits so enjoyable. To all the others whom I met at conferences or assisted over the phone, I hope I served you well, and I thank you for your patience. I wish you all the best in the new year.

*CAPT Rose Jenkins, USPHS Ret*

### Mortality Report 2003
In CY 2003, there were 348 deaths in BOP institutions. The following is a breakdown by type of institution, type of death, and category of natural cause of death. Additional information regarding BOP mortality and other quality management topics will be provided in OQM's Annual Report. Watch for issuance of this report in February 2004.

|  | 2001 | 2002 | 2003 |
|---|---|---|---|
| **MRC** | 178 | 213 | 227 |
| **GP** | 125 | 122 | 120 |
| **Total** | 303 | 335 | 347 |
| Mortality Rate (per 100,000) | 233* | 248 | 240* |
| Natural Causes | 269 | 310 | 325 |
| Suicide | 18 | 17 | 6 |
| Homicide | 8 | 3 | 5 |
| Accidental | 6 | 5 | 5 |
| Pending | 0 | 0 | 5 |
| Execution | 2 | | 1 |
| Cardiac | 76 | 89 | 94 |
| Cancer | 86 | 95 | 88 |
| Liver | 33 | 49 | 47 |
| AIDS | 22 | 17 | 14 |
| Renal | 8 | 10 | 11 |
| Pulmonary | 14 | 21 | 38 |
| Other | 30 | 29 | 32 |
| Unknown | | | 1 |

US101

I

BP-S563.044  **MULTI-LEVEL MORTALITY REVIEW**  CDFRM
JAN 95
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

Date      : September 5       , 2007

To        : Office of Quality Management

From      : Lauri Watts, HSA

Subject   : Multi-Level System of Review of Inmate Death


Inst: Taft Correctional Institution
Name: ███████ b ███ z ███████        ███ B ███ : █ ████        ███ H

Place of Death:      {_} Inst.  {X} Community Hospital  { } OTHER
Name of community hospital:_____

Nature of Death:      {_} Natural (Chronic)     {X} Natural (Acute)
            {_} Accidental :_____
            {_} Homicide
            {_} Suicide  (Method)_____

Cause(s) of Death: **Cardiopulmonary arrest secondary to disseminated
Coccidioidomycosis.**


**NARRATIVE SUMMARY:** (Should include components below)

**Date of admission** to the institution: October 01       , 2004
_____ New commit  _X_ transfer from MCC-SDC      _____ Holdover

**Status:**    _X_ Inpatient at:  _____ Institution _X_ Community Hospital
            _____ Outpatient

**Admitting diagnoses:**
    1. Bilateral pneumonia, r/o Coccidioidomycosis
    2. _____
    3. _____
    4. _____
    (Pls. Continue on supplementary page if necessary)

**Past Diagnosis:**
    1. Grave's disease
    2. _____
    3. _____
    4. _____
    (Pls. Continue on supplementary page if necessary)

**Significant mental health history**    _____ (Yes) _X_ (No) _____ (NA)

1

Include specific information as relevant to death:

_____

_____

_____

**Description of course of illness (past and present) and cause of the death** in sufficient detail to indicate circumstances of death, including treatment, medications, diagnostic testing, etc. Give findings of diagnostic exams. Insert pages in this section as required.

████████, ████ ██████ was a 39 year old white Hispanic male who arrived at TCI on 10-01-04. He had a history of latent TB infection with history of TB prophy which was completed on 4-21-05. He was also diagnosed with Euthroid Grave's disease by an outside endocrinologist, Dr. Ettinger, on 6-04-07 and was placed on Prednisone 40 mg by mouth twice a day starting the same evening. He had a follow-up with Dr. Ettinger on 7-02-07 and a BMP & TSI lab were requested. A CMP and TSI that were drawn on 6-25-07 were faxed Dr. Ettinger's office on 7-02-07. A referral request for follow-up with Dr. Ettinger was sent to the GEO Corporate physician on 7-11-07 and approved the same day with follow-up appointment to be done in 30-60 days. He was to be scheduled for follow-up with Dr. Ettinger in September 2007.

On 8-26-07 he arrived at the Health Services Department to be evaluated by the RN @ 1800 hours complaining that he was lying in his cubicle on his bed and felt pain/swelling in his throat. He stated that this had been occurring for the past 4 days and that he thought it may have been due to the Prednisone that he was taking. His vital signs at that time were 122/85, 99.7-100-20, pulse oximetry on room air was 92%. It is noted that he had a cough as well as urticaria/hives. He was given Benadryl 50 mg IM. Inmate was able to sit in hallway with pulse oximetry on while Benadryl took effect. Pulse oximetry results on room air @ 1805 94%, @ 1810 93% and @ 1815 92%. Report was given to the on-coming RN @ 1805 and he notes that the inmate stated that he "feels sick after taking Prednisone, feels esophagus swelling. Will not take tonight but will continue tomorrow morning." The inmate signed a medication treatment refusal for his evening dose of Prednisone. He was ordered Tussin DM 10 ml by mouth twice a day x 7 days and was to follow-up with MD on 8-27-07 @ 0830.

On 8-27-07 ████ ██████████z did not show up for his 0830 MD appointment. At 0910 hours a Medical Emergency was called and nurses arrived on scene in his housing unit @ 0914 hours. Vitals signs at that time were 92/54, 103.4-143-24, pulse oximetry on room air was 81%. He was transported to the medical unit where he was evaluated by the MD. He was placed on O2 6 liter/min. per nasal cannula. He complained of productive cough with orange sputum, fever and diminished appetite x 5 days. Vital signs @ 0930 were 90/52, 100.4-144-24, pulse oximetry 84%. Vital signs @ 0945 were 88/60, 102.7-154-22.

Hall ambulance was summoned @ 0935, arrived on site @ 0948 and transported inmate to San Joaquin Community Hospital (SJCH) emergency room @ 1012. Orders written to admit to ICU.

2

On 8-28-07 inmate was admitted to SJCH's ICU with preliminary diagnosis of bilateral pneumonia, r/o Coccidioidomycosis and continued on oxygen via nasal cannula, was started on IV antibiotics.

On 8-29-07 @ 0215 PICC line was inserted due to poor peripheral access, was intubated and placed on ventilator due to respiratory distress despite being on BiPAP. Security staff notified of worsening condition and notification of family was requested. By 1530 hours, ICU nurse had phoned facility MD to get authorization for Swan Ganz cath and arterial line placement. Permission was granted for these.

On 8-30-07 @ 0815 inmate remained in guarded/serious condition on ventilatory support, ARDS suspected. Blood cultures were negative, preliminary sputum cultures were negative also. HIV & Cocci serology pending. At 1800 facility MD was notified that Cocci serology had come back positive with titer being 1:512.

On 8-31-07 @ 1132 inmate remained in ICU on ventilator, condition critical. IV Levophed continued in attempt to maintain BP, IV Diflucan continued twice daily.

At 1330 ICU nurse reported that inmate had reached maximum dosages on Levophed and Dobutamine and BP still could not be maintained, oximetry reading 62%, with very minimal urine output noted. She stated that she had notified brother that condition was extremely grave.

At 1415  BP 59/11, CPR begun, ACLS protocol followed with cardiopulmonary resuscitation attempts being discontinued @ 1430.

| | | | |
|---|---|---|---|
| Intake Screening History and Physical present? | _X_ Yes | ___ No | ___ NA |
| Date of most recent History and Physical | 4-30-07 | | |
| Timeliness of Diagnostic and Treatment regimes? | _X_ Yes | ___ No | ___ NA |
| Discharge summary from Attending M.D. on chart | _X_ Yes | ___ No | ___ NA |
| Institution | _X_ Yes | ___ No | ___ NA |
| Community Hospital | | | |
| Autopsy | ___ Yes | _X_ No | ___ NA |
| Toxicology | ___ Yes | _X_ No | ___ NA |
| Death Certificate Available | _X_ Yes | ___ No | ___ NA |

INSTITUTIONAL MEDICAL CARE REVIEW:

3

| | | | |
|---|---|---|---|
| Severity of illness at time of admission to hospital / Health Services Unit | Critical | <u>Stable</u> | Unknown |
| Prognosis on admission to hospital / Health Services Unit | Poor | <u>Good</u> | NA |
| Were diagnostic procedure appropriate and timely | <u>X</u> Yes | ___ No | |
| Was treatment appropriate to diagnosis and instituted timely | <u>X</u> Yes | ___ No | |
| Prognosis with treatment | Poor | Good | <u>Unknown</u> |

Any Complications adversely affecting outcome: Describe briefly <u>No complications took place at the facility during the preparation for transfer that negatively affected the outcome for this patient.</u>      ___ Yes   <u>X</u> No

| | | | |
|---|---|---|---|
| Was treatment appropriate to complication | ___ Yes | ___ No | <u>X</u> NA |
| Surgical Procedures (list)_____ | ___ Yes | ___ No | <u>X</u> NA |
| _____ | | | |
| _____ | | | |
| Appropriate pre-operative evaluation completed, including lab, physical exam, updated history | ___ Yes | ___ No | <u>X</u> NA |
| Complications related to surgical procedures (describe) _____ | ___ Yes | ___ No | <u>X</u> NA |
| _____ | | | |
| _____ | | | |
| Prognosis following surgical procedure | <u>Poor</u> | Good | Unknown |
| Patient compliant with treatment / medications | <u>X</u> Yes | ___ No | ___ NA |
| Discussion with patient or patient's family regarding prognosis | <u>X</u> Yes | ___ No | ___ NA |
| DNR order | ___ Yes | _____ Date | <u>X</u> No |
| Advance Directive / Living Will | ___ Yes | <u>X</u> No | ___ NA |

LOCAL COMMUNITY HOSPITALIZATION ONLY

| | | | |
|---|---|---|---|
| Type of Admission | ___ Routine | <u>X</u> Emergency | ___ Other |
| Method of transportation appropriate to patient condition | <u>X</u> Yes | ___ No | ___ NA |

4

US81

| | | | |
|---|---|---|---|
| Severity of condition at time of admission to local hospital | <u>Critical</u> | Stable | Unknown |
| Prognosis on admission to local hospital | Poor | Good | <u>Unknown</u> |
| Were diagnostic procedures appropriate and timely | <u>X</u> Yes | ___ No | |
| Was treatment appropriate to diagnosis and instituted timely | <u>X</u> Yes | ___ No | |
| Prognosis with treatment | Poor | Good | <u>Unknown</u> |

**REVIEW OF EMERGENCY MEDICAL CARE:**

| | | | |
|---|---|---|---|
| Was death related to a medical emergency | ___ Yes | <u>X</u> No | |
| Response to medical emergency notification timely | <u>X</u> Yes | ___ No | ___ NA |
| Physician | <u>X</u> Yes | ___ No | <u>x</u> NA |
| Physician Assistant | ___ Yes | ___ No | <u>x</u> NA |
| Nurse Practitioner | ___ Yes | ___ No | <u>x</u> NA |
| Nurse(s) | <u>X</u> Yes | ___ No | ___ NA |
| Emergency Medical Techs | <u>X</u> Yes | ___ No | ___ NA |
| *Others* | | | |
| CPR | ___ Yes | ___ No | <u>X</u> NA |
| ACLS List protocol(s) used (if appropriate) | ___ Yes | ___ No | <u>X</u> NA |

_____
_____
_____

| | | | |
|---|---|---|---|
| Problems encountered during medical emergency, e.g., equipment, communications, transportation. Describe briefly:_____ | ___ Yes | <u>X</u> No | ___ NA |

_____
_____
_____
_____

| | | | |
|---|---|---|---|
| *Providers responding maintain current certification / credentials in BCLS, ACLS (if required)* | <u>X</u> Yes | ___ No | ___ NA |

**SUMMARY REVIEW:** The patient received appropriate care during the medical emergency that occurred on prison grounds.  He was appropriately transferred via ambulance to the community hospital for further evaluation and treatment.  Upon reviewing this case it was recognized that this patient had been receiving Prednisone 40 mg by mouth twice a day since June 4, 2007 and for that reason a re-designation to a facility where coccidioidomycosis is not indigenous should have been requested.

Following this review, re-designation was requested for 6 TCI inmates who are currently receiving either Prednisone or Methotrexate.

5

On 9-12-07 Dr. Ndukwe Odeluga, TCI Clinical Director and Dr. James Pelton, Western Region Medical Director for the BOP, discussed which inmates currently incarcerated at TCI should be re-designated due to their increased risk for coccidioidomycosis. Dr. Pelton recommended that all insulin-dependent diabetics, Stage II asthmatics, inmates with COPD and those with chronically low WBC's should also not be designated to TCI. Re-designations were requested on 9-13-07 for 42 additional inmates who met this criteria.

FMM is currently writing a Standard Operating Procedure regarding Valley Fever to cover diagnosis, treatment and re-designations for those at risk.

| | | | |
|---|---|---|---|
| Documentation in medical record reviewed by Mortality Review Committee and found to be within acceptable limits. If no, describe _____ | _X_ Yes | ____ No | ____ NA |

_____
_____
_____
_____
_____
_____
_____

| | | | |
|---|---|---|---|
| Did patient receive appropriate and adequate health care, consistent with community standards, during his incarceration in the Federal Bureau of Prisons? If no, explain _____ | _X_ Yes | ____ No | ____ NA |

_____
_____
_____
_____
_____
_____

State any strengths and weaknesses that existed:

Strengths: Medical Staff responded appropriately to the medical emergency in the dorm. Patient was carefully evaluated by the physician upon his arrival to the Health Services Unit and appropriately transported via ambulance to a community hospital for further evaluation and treatment.

Weaknesses: ███ ████████ had been on Prednisone since June 4, 2007 and should have been referred for redesignation due to Valley Fever risks while on the med.

27. Recommendations(s) if any: See above entitled "Summary Review"

6

28. Attachments:
   __X__ 1. Medical Record   __X__ 3. Death Certificate
   __X__ 2. Narrative Summary   ____ 4. Autopsy Report
   ____ 5. Other Documents as appropriate (list)_____

**ALL INFORMATION CONTAINED IN THIS REPORT IS EXEMPT AND TO BE CONSIDERED FOR REVIEW/VIEWING ON A NEED TO KNOW BASIS ONLY.**

REVIEW COMMITTEE:

Vdukwe N. Odeluga, MD, MPH
                Correctional Institution
                M.D. (CD)

_____ Warden
_____ RN, AHP HSA   _____   Inf. Dis. Nurse
_____ Nurs. Sup.   N/A   , PA

**OFFICE OF THE REGIONAL DIRECTOR**

Comments:  {_} Agree with Institution MRC
           {_} Disagree with Inst. MRC

           Recommendations or Action taken:

_____      _____

Regional HSA                  Date

_____      _____

Regional Director              Date

**OFFICE OF QUALITY MANAGEMENT**

Comments:_____
_____
_____
_____
_____
_____
_____

7

_____
Signature of Review Committee Member

(This form may be replicated via WP)

8

US85

J

Phone (510) 540-3233 Fax (510) 540-2570

mailto:jrosenbe@dhs.ca.gov <mailto:jrosenbe@dhs.ca.gov>

visit our web site at http://www.dhs.ca.gov/ps/dcdc/dcdcindex.htm
<http://www.dhs.ca.gov/ps/dcdc/dcdcindex.htm>

-----Original Message-----
From: Fridkin, Scott MD [mailto:SKF0@CDC.GOV]
Sent: Monday, September 27, 2004 7:18 AM
To: Rosenberg, Jon (DHS-DCDC-DISB-DI)
Cc: Park, Benjamin
Subject: cocci in Federal Prisons

Jon,

I received a call from Newton Kendig, the ID doc for the Federal BOP.
We
discussed his concerns about a rise in the amount of Coccidiomycosis
that inmates are developing in a Federal prison in Taft, near
Bakersfield. Although this is in an area of high endemic rates, he-and
the local prison doctors-are concerned it is beyond what there has
been
in the past. It may be a combination of moving susceptible persons to
an
endemic area, digging nearby (something about strategic oil reserves
nearby?), or unprotected high risk activities.  We will be talking
more
with the BOP this week to clarify the situation and better understand
the problem.

When we do, can you advise on how to best coordinate discussions with
CA
DOH or Kern County DOH. Thank you very much.

Scott K. Fridkin, M.D.

Mycotic Disease Branch

Centers for Disease Control and Prevention
1600 Clifton Road NE Mailstop C09
Atlanta, GA 30333
Tel (404) 639-4753
Fax (404) 639-0070
sfridkin@cdc.gov <mailto:sfridkin@cdc.gov>

K

**From:** Newton E. Kendig
**To:** James K. Pelton
**Date:** 9/24/2004 7:53:45 AM
**Subject:** Fwd: RE: cocci

fyi

>>> "Fridkin, Scott MD" <SKF0@CDC.GOV> 9/24/2004 10:16:08 AM >>>
We may be able to identify weather, construction, or other
dust-generating activities and implement dust suppression measures.
There could be prison-job related risks we could identify? That would be
novel and perhaps PPE (I wonder if N95 would be a hazard in a jail) play
a role. We would need to know a lot more about the facility and the town
before we came up with anything solid, but seems that we should be able
to do something to protect the prisoners.

Scott K. Fridkin, M.D.
Chief, Epidemiology Unit, Mycotic Diseases Branch
Divsion of Bacterial and Mycotic Diseases, NCID, CDC
(P) 404-639-4753
(F) 404-639-0070


-----Original Message-----
From: Kendig, Newton E.
Sent: Friday, September 24, 2004 10:05 AM
To: Fridkin, Scott MD
Subject: RE: cocci

Thanks.

We are moving susceptible high risk inmates out of TAFT - but staff are
also very concerned - Would be interested if there is any advice on
prevention of infection - would seem difficult considering the endemic
problem? Thanks for all of the assistence here.

>>> "Fridkin, Scott MD" <SKF0@CDC.GOV> 9/24/2004 8:51:59 AM >>>
Ok, on TAFT, lets get Ben and Jim Pelton to talk, we will await his
call. If in fact there is an unusually high rate of "new" disease
among
inmates at the facility, there could be a role for an EIS Officer
providing on-site assistance to you in an investigation to, hopefully,
come up with some prevention measures customized to the TAFT
setting(We
have done this with State run Prisons in GA and MS for MRSA). HIV or
STD
or Hepatitis may have worked in the Federal system, I can check with
my
collegues.


RE LRI/Atypical Pneumonia. I will cut/paste your note and see what
the
Respiratory Disease Section Chief thinks, and have someone contact
you.
We work a lot with the MN DOH.

US68

L

| | |
|---|---|
| **From:** | Newton E. Kendig |
| **To:** | Paul Laird |
| **Date:** | 9/23/2004 1:07:26 PM |
| **Subject:** | Taft - coccidioidomycosis ("cocci") |

We continue to have a large number of Taft inmates with the fungal infection known as "cocci" that can be a very serious medical condition in a subset of patients. This infection comes from the soil in the environment and is not transmitted person to person. We have been transferring some of these Taft inmates to medical referral centers, but I now believe it is medically necessary to liberalize the criteria for transferring at-risk Taft inmates to other BOP facilities. Our OMDT will review these inmates and determine, case by case, if the inmates should be sent to MRCs, referred to the WXR for regional designation, or maintained at Taft. I have given Ms. Flanagan our criteria for which Taft inmates should be referred to OMDT for review.

Please let me know if you have any concerns/questions about this decision.

CC:          James E. Burrell; Carla C. Flanagan; Joseph Gunja; Nelson, Mike; Pelton, James K.; Roy L. Morrison; Shakaib Syed; Yvonne Phillips

US56

M

Emerging Infectious Diseases    Volume 2    Number 3    July - September 1996

Synopses

# Coccidioidomycosis: A Reemerging Infectious Disease

**Theo N. Kirkland, M.D., and Joshua Fierer, M.D.**
Departments of Pathology and Medicine, University of California, San Diego School of Medicine
Department of Veterans Affairs Medical Center, San Diego, California, USA

Download Article

*Coccidioides immitis*, the primary pathogenic fungus that causes coccidioidomycosis, is most commonly found in the deserts of the southwestern United States and Central and South America. During the early 1990s, the incidence of coccidioidomycosis in California increased dramatically. Even though most infections are subclinical or self-limited, the outbreak is estimated to have cost more than $66 million in direct medical expenses and time lost from work in Kern County, California, alone. In addition to the financial loss, this pathogen causes serious and life-threatening disseminated infections, especially among the immunosuppressed, including AIDS patients. This article discusses factors that may be responsible for the increased incidence of coccidioidomycosis (e.g., climatic and demographic changes and the clinical problems of coccidioidomycosis in the immunocompromised) and new approaches to therapy and prevention.

Emerging infectious diseases have been defined as "infections that have newly existed in a population or have existed but are rapidly increasing in incidence or geographic range" (1). In what sense is coccidioidomycosis an emerging infectious disease? Coccidioidomycosis is not a new disease; it was first recognized and reported slightly more than 100 years ago by a medical student in Argentina (2). In fact, coccidioidomycosis has affected inhabitants of the desert Southwest for thousands of years (3). However, in the past several years, the number of cases of coccidioidomycosis has increased dramatically, and the clinical symptoms of this illness have changed in patients with acquired immunodefficiency syndrome (AIDS). In this article, we explore some of the reasons for the increased incidence of coccidioidomycosis, review the new clinical data, and discuss current approaches to therapy and prevention.

## Etiology

Coccidioidomycosis is caused by *Coccidioides immitis,* a dimorphic fungus that grows as a mold in the soil. The mold forms arthroconidia within the hypha, a type of conidia formation known as enteroarthric development (Figure 1) (4). *C. immitis* is the only species within the primary pathogenic fungi that has this type of conidia development. Alternate conidia undergo autolysis, leaving empty spaces between viable arthroconidia. The arthroconidia are released into the atmosphere when the wind ruptures the hypha. *C. immitis* infects humans and animals almost exclusively by the respiratory route (5). Once inhaled, the arthroconidia cluster in the lungs and undergo a dramatic morphologic change. The round cells, which develop into spherules, undergo repeated internal divisions until they are filled with hundreds to thousands of offspring, termed endospores. This process occurs over 48 to 72 hours (6). When the spherule ruptures, each released endospore has the capacity to develop into a

mature spherule.



**Figure 1. The dimorphic life cycle of *Coccidioides immitis*.**

## Epidemiology

*C. immitis* is primarily found in desert soil. It is present in highest numbers in the San Joaquin Valley in California, southern Arizona, southern New Mexico, west Texas, and the desert areas of northern Mexico (Figure 2). The organism is also found in scattered foci in coastal southern California, southern Nevada, and Utah (7) and is endemic in a few areas in Central and South America, especially in Venezuela (7). *C. immitis* is distributed unevenly in the soil and seems to be concentrated around animal burrows and ancient Indian burial sites (8,9); it is usually found 4 to 12 inches below the surface of the soil (7).

Case 2:09-cv-06535-GAF-PLA   Document 23   Filed 07/21/11   Page 83 of 132   Page ID #:317



**Figure 2. The geographic distribution of coccidioidomycosis. Cross-hatching indicates the heavily disease-endemic area, single hatching, the moderately disease-endemic area.**

Since *C. immitis* infects humans by the respiratory route, exposure to dust is one critical factor determining the risk for infection (10). Coccidioidomycosis is not spread from person to person, except in extraordinary circumstances. Coccidioidomycosis probably had its most profound effect on the population of the United States during World War II when several training airfields were built in the San Joaquin Valley. The rate of new infections in military personnel was 8% to 25% per year (10). Coccidioidomycosis was the most common cause of hospitalization at many airbases in the Southwest. Though the death rate was very low, many soldiers were sick for weeks to months, and their training was completely disrupted. At least in part because of efforts to minimize dust, the infection rate declined as the war went on (10).

The incidence of coccidioidomycosis varies with the season; it is highest in late summer and early fall when the soil is dry and the crops are harvested (10). If it rains at this time of the year (which is unusual in southern California), disease incidence declines as the amount of dust decreases. Dust storms are frequently followed by outbreaks of coccidioidomycosis. One particularly severe dust storm in 1977 carried dust from the San Joaquin Valley up to the San Francisco Bay area and resulted in hundreds of cases of nonendemic coccidioidomycosis in areas north of the San Joaquin Valley (11). More recently, an earthquake centered in Northridge, California, was associated with 170 cases of acute coccidioidomycosis in Ventura County, which normally has a low incidence of this disease. The airborne dust associated with landslides triggered by the earthquake was implicated in the increase in the number of cases (12).

Occupational or recreational exposure to dust is also an important consideration. Agricultural workers, construction workers, or others (such as archeologists) who dig in the soil in the disease-endemic area

are at increased risk for the disease (13,14). During World War II, C. E. Smith, one of the most perceptive and influential epidemiologists to study coccidioidomycosis, recommended dust control as a primary measure to reduce risk for exposure (10). However, because the desert is inherently dusty, many cases of coccidioidomycosis are acquired just by driving through the disease-endemic area.

**Clinical Illness**

*C. immitis* is transmitted by the respiratory route. Smith et al., in a prospective study of cases of coccidioidomycosis acquired during World War II by soldiers at three San Joaquin Valley airbases, skin-tested the airmen periodically and questioned them about illnesses in the interval. They found that most infections (60%) were asymptomatic and resolved spontaneously; 15% were not severe enough to require medical care, and 25% were clinically important and required a substantial amount of time off work (15). In symptomatic patients, the pulmonary illness ranges from a self-limited flulike illness to pneumonia (16). Approximately 5% of primary infections result in erythema nodosum or erythema marginatum with associated noninfectious arthritis; most of those patients have a self-limited infection (17). Particularly in persons with diabetes, multiple thin-walled chronic cavities tend to develop as a residual effect of pulmonary coccidioidomycosis (18). Unlike in tuberculosis, in coccidioidomycosis, dissemination almost always becomes evident within a few weeks of the primary pneumonia, although in cases of limited dissemination it may not become clinically evident until months later (15,19). Coccidioidomycosis can disseminate and cause miliary disease, bone and joint infection, skin disease, soft tissue abscesses, and meningitis (15,16). These extrapulmonary complications are uncommon (<5% of infections).

The risk for disseminated coccidioidomycosis is much higher among some ethnic groups, particularly African-Americans and Filipinos. In these ethnic groups, the risk for disseminated coccidioidomycosis is tenfold that of the general population (5,20). Presumably, a gene (or genes) that increases susceptibility to infection is more prevalent in these ethnic groups than in the general population. Such a resistance gene has been identified in mice (21-23), but not yet in humans. The mechanism by which the resistance genes affect the course of the disease in mice is not clear. Pregnant women and the immunosuppressed are also at high risk for developing disseminated disease (Figure 3) (24). One study demonstrated that the growth rate of spherules was influenced by human sex hormones, which may partially account for the increased risk of disseminated disease in pregnancy (25). Pregnancy also redirects the immune response toward humeral ($T_H2$) immunity and away from delayed hypersensitivity ($T_H1$) (26), which may influence resolution of coccidioidomycosis. Generalized suppression of cell mediated immunity also increases the risk of disseminated disease (27). Coccidioidomycosis is particularly severe in patients with organ transplants or AIDS.



**Figure 3. The most common clinical presentations of coccidioidomycosis in immunocompetent**

patients (16).

Though disseminated coccidioidomycosis is uncommon, and symptomatic coccidioidal pneumonia usually resolves without therapy, many of these patients are very ill for weeks to months. Galgiani reported that a group of college students in Tucson who had coccidioidomycosis required an average of six clinic visits before the disease resolved (16). Therefore, this can be an expensive illness in terms of medical costs and time lost from work or school, even when the infection resolves spontaneously.

## Coccidioidomycosis Epidemic in California

Kern County, in the San Joaquin Valley, California, is one of the most highly coccidioidomycosis-endemic regions. The number of new cases of coccidioidomycosis in the area has varied widely from year to year; a low incidence of coccidioidomycosis from 1987 to 1990 (<500 reported cases a year in Kern County), was followed by a high incidence from 1991 to 1994 (28-30). The number of reported cases, which were identified by serologic testing at the Kern County Health Department (the reference serology laboratory for the county), probably represent approximately 10% of the total number of infected persons in that county (Figure 4) (28). The medical costs for infected persons in Kern County are estimated at $66 million (29). In 1992, 4,500 new cases were reported to the California State Department of Health Services (30), most from Kern County; the number of new cases also increased in almost all counties in central and southern California (30). The increase in reported cases in California in 199192 was dramatic but certainly an underestimate of the magnitude of the problem (31).



**Figure 4. The number of new cases of coccidioidomycosis identified by serologic testing at the Kern County Public Health Laboratory (source of data: Dr. Ron Talbot). The asterisk indicates a projected number.**

The epidemic seems to be waning, for reasons that are not clear, but the marked increase in incidence from the 1980s to 1991 through 1993 is indisputable. What factors may account for this increase? One major consideration is the weather. C. E. Smith observed years ago that the number of cases of coccidioidomycosis was higher in the summer after a rainy winter than after a dry winter (10). In

March 1991, a 5-year drought in California ended with a heavy rainfall. Rainfall was also heavy in the winters of 1992 and 1993. Though the relationship between the weather and the density of *C. immitis* in the soil may never be understood in detail, the following scenario seems plausible. During drought years, the number of organisms competing with *C. immitis* decreases. *C. immitis* does not thrive, but it remains viable though dormant. After heavy rain, the arthroconidia germinate and multiply to a higher density than usual because of the lack of competing organisms. Once the soil dries in the late summer and fall, the arthroconidia become airborne and potentially infectious (29).

Another reason for the sudden increase in disease incidence might have been the number of susceptible persons in the disease-endemic area. The number may have been the result of both increased migration of susceptible persons and decreased immunity in the indigenous population. Immunity comes from prior infection and is manifest as a positive coccidioidin skin test. In almost all cases, coccidioidomycosis confers lifelong immunity. As a result of years of low incidence, the number of nonimmune persons may have increased, as evidenced by the decrease in prevalence of positive coccidioidin skin tests among local high school students. In 1939, 50% to 60% of high school students in the San Joaquin Valley had positive skin tests (17), but in the 1980s only 3% to 5% of high school students had positive skin tests (T. Larwood, pers. comm.). Given the historical data, this estimate seems low, but another study also found a low prevalence. In 1985, workers in Tucson estimated that 30% of a random sample of persons in a Hispanic neighborhood had positive skin tests (32). In addition to the drought, irrigation of fields, the increasing amount of land under cultivation, and a decrease in indoor dust due to the widespread use of air conditioning may also have played a role in the relatively low incidence of infections in the 1980s.

## Coccidioidomycosis in the Immunosuppressed

*C. immitis* is a primary pathogen that can cause disease in immunologically healthy persons. In the population as a whole, fewer than 5% of infected persons have persistent pulmonary infection or extrapulmonary dissemination of the disease (16). The incidence of clinically significant disease in immunosuppressed patients is much higher. In one study symptomatic coccidioidomycosis developed in 18 (7%) of 260 renal transplant patients in Arizona over a 10-year period, primarily in the first year after transplantation (33). This rate was substantially higher than the rate of infection in patients who were undergoing hemodialysis. Approximately 12 (67%) of infections in the patients with renal transplants were disseminated; the remainder were confined to the lung. Of patients with disseminated disease, 10 (83%) died, despite intensive therapy with amphotericin B. In another study from Tucson, all confirmed cases of coccidioidomycosis during a 4-year period were reviewed. The dissemination rate was 8 (73%) of 11 patients who were receiving immunosuppressive therapies, compared with only 15 (14%) of 110 healthy controls (34). As more patients in the disease-endemic area receive liver, lung, and heart transplants, this problem will increase.

Pregnant women, especially those in the third trimester, are at high risk for developing disseminated coccidioidomycosis if they become infected (24). In the first and second trimesters, the risk is much lower. The reason is not entirely clear, but two factors may play a role: 1) the high sex hormone levels found in late pregnancy enhance the growth of *C. immitis* in vitro (25), and 2) the shift in the T-cell immune response late in pregnancy toward $T_H2$ cytokines (26) interferes with resolving the infection. In experimental animals, pregnancy increases the severity of leishmaniasis, another infection hat is controlled by a $T_H1$ T-cell response (35).

Coccidioidomycosis in AIDS patients is also very likely to be life-threatening. The first cases of coccidioidomycosis described in AIDS patients were atypical, with a reticulonodular chest x-ray pattern, positive blood cultures, and infection of multiple organs (36). As we have gained more

Case 2:09-cv-06535-GAF-PLA    Document 23    Filed 07/21/11    Page 87 of 132    Page ID #:321

experience with coccidioidomycosis in HIV-infected persons, we have learned that the clinical spectrum is broader than originally reported. Fish and his colleagues collected data from 77 AIDS patients with coccidioidomycosis who were treated by physicians in Arizona and California (37). They grouped the patients according to their clinical symptoms (Figure 5).



**Figure 5. The most common clinical presentations of coccidioidomycosis in AIDS patients. The group "Other" includes dissemination to the lymph nodes, liver, spleen, and bone marrow. The antibody only group includes patients with serologic evidence of infection but no evident focus of infection. Since these were passively collected cases, a protocol to search for inapparent sites of infection had not been agreed upon (37).**

Although the largest group of patients had diffuse pulmonary infiltrates, a significant fraction had focal pulmonary disease, meningitis, or other extrapulmonary disease. Six patients had only a positive serologic test with no other evidence of infection. Excluding the patients who had only a positive serologic test, 81% of the patients in this series had a positive serologic test for coccidioidomycosis, either for IgM or IgG antibodies. However, only 69% of patients with diffuse pulmonary disease had a positive serologic test, and the death rate in this group was also the highest (70%). In all clinical groups, death was correlated with the number of circulating CD4 T-cells at the time of diagnosis. For clinicians, however, the most important message from this study is that coccidioidomycosis is not a uniformly fatal complication in patients with AIDS, and that many forms of this disease, including meningitis, respond to therapy. Patients with <200 CD4 T-cells/μl are more likely to have severe, disseminated infections.

A more recent prospective study of 170 HIV-infected persons in an area of Arizona where coccidioidomycosis is endemic showed a cumulative incidence of coccidioidomycosis of 25% over 41 months (38). The most important risk factors were the level of CD4 T-cells and the diagnosis of AIDS (as opposed to HIV infection). HIV-infected patients with AIDS or <250 CD4 T-cells/μl were 8 to 35 times more likely to get coccidioidomycosis. History of coccidioidomycosis, a history of a positive skin test for coccidioidomycosis, or a prolonged stay in the disease-endemic area were not associated with an increased risk for infection. These data suggest that most cases were primary infections in severely

immunosuppressed patients. Since patients with AIDS were not more likely to be exposed to the spores of *C. immitis* and all patients were seen prospectively at 4-month intervals and tested for antibody to *C. immitis*, severe immunosuppression appeared to increase their risk for infection, as well as disease. As in the retrospective study reviewed above, the clinical symptoms varied widely, ranging from mild to extremely severe. Only one patient had antibody titers to *C. immitis* by complement fixation test without any other evidence of disease.

## Treatment

Various drugs are now available for treating coccidioidomycosis. In addition to amphotericin B, which must be given intravenously and is considerably toxic, triazole compounds have been found to be active agents for treating most manifestations of coccidioidomycosis. Fluconazole, in an uncontrolled study, was reported to be effective primary therapy for coccidioidal meningitis; since untreated coccidioidal meningitis is uniformly fatal, robust conclusions could be drawn from this trial (39). Forty-seven consecutive patients were treated with 400 mg/day of fluconazole; during the first 6 months of therapy, 33 (70%) of the patients responded to therapy. (A response was defined as a 40% reduction in a score, on the basis of clinical measurements and cerebrospinal fluid findings.) Two patients who did not respond to therapy died of coccidioidomycosis; both were HIV-positive. Because of previous experience with high relapse rates when azole therapy is stopped, the authors recommended lifelong treatment with fluconazole. In a small study, four of five patients treated for meningitis with itraconazole as sole therapy responded favorably (40). A recent article emphasized the high relapse rate after azole therapy is stopped (41). The alternative treatment to the azoles is amphotericin B. If amphotericin B is used to treat meningitis, however, it must be given intrathecally as well as intravenously, and this greatly increases the risk for a toxic reaction to that drug.

Clearly, fluconazole and itraconazole can be used to treat patients with nonmeningeal coccidioidomycosis (42-44). Whether one of these drugs is superior to the other, or how either one compares to amphotericin B is not known. It seems prudent to treat extremely ill patients with amphotericin B, at least until their clinical situation stabilizes, although no published studies support that point of view. However, few (if any) patients with the acute miliary form of coccidioidomycosis have been included in any of the reported studies of any of the azole drugs. New agents that are more active against coccidioidomycosis are still sorely needed.

## Prevention

Simple environmental measures, such as planting grass or paving roads in highly populated areas, decrease the amount of airborne dust and lower the risk for coccidioidomycosis (10). These measures do not necessarily eradicate *C. immitis* from the soil but lower the risk for airborne dispersion of the organism. At present, no practical method exists for eliminating *C. immitis* from the soil.

## Vaccine Development

An alternative approach is to vaccinate persons at risk. A vaccine is feasible because natural infection almost always confers lifelong immunity from reinfection. Furthermore, good animal models exist to test vaccine candidates (21). Finally, genetically susceptible mice can be successfully immunized, which suggests that the genetically susceptible human population would also benefit from vaccination (21).

One vaccine that has been tested is a killed spherule vaccine developed by Pappagianis and Levine. It protected mice and other animals from experimental infection with *C. immitis* (45). Between 1980 and 1985, a double-blinded human study compared results of a formalin-killed spherule vaccine with

results obtained from a placebo. In this study, which involved almost 3,000 people, only a minority of the vaccinated persons had positive skin test results to *C. immitis*. Although the incidence of coccidioidomycosis was low while this study was conducted, no difference was found in the number of cases of coccidioidomycosis or the severity of the disease in the vaccinated group compared with that for the placebo-receiving control group (46). One explanation for the ineffectiveness of this vaccine may be that relatively small numbers of killed organisms could be injected into human without unacceptable local side effects of pain and swelling. Nevertheless, the vaccine trial made it clear that immunization with tolerable numbers of whole killed-spherules does not provide immunoprotection against coccidioidomycosis in humans.

Since the cell wall of *C. immitis* is made up primarily of nonprotein macromolecules, it contains a large amount of material presumably nonantigenic for T lymphocytes. Therefore, the whole organism is not the ideal vaccine candidate. Ideally, one would like to vaccinate patients selectively only with antigens that stimulate a protective T-cell-mediated immune response. These antigens have been difficult to identify, and a consensus on what they are does not exist. Various approaches have been used to obtain antigenic proteins. In one, a lysate of arthroconidia (coccidioidin) or spherules (spherulin) was made (47). Alkali treatment has also been used to extract antigens from arthroconidia and spherules (48). Another approach has been to use *C. immitis* antigens obtained without extraction or autolysis. The advantage of this method is that one should obtain reproducible preparations of intact proteins. Cole and co-workers (49) found that when the outer conidial wall was removed from arthroconidia, the organism released various proteins (called the soluble conidial wall fraction). This mixture of proteins was extraordinarily effective in stimulating the proliferation of *C. immitis*-immune T cells in mice. Another antigenic mixture is a membranous material consisting primarily of proteins and lipids that the spherule phase of the organism spontaneously releases (the spherule outer wall). This spherule wall fraction has been shown to be an active antigen in T-cell-mediated immune responses in mice (50).

All of these mixtures are heterogeneous and difficult to fractionate biochemically. This is probably due, at least in part, to differences in glycosylation, which makes physically separating the proteins difficult. To resolve this problem, Galgiani and his colleagues deglycosylated the proteins from a toluene spherule lysate by using hydrogen fluoride (51,52). Although this treatment does remove all sugars, it is extraordinarily harsh and yields less than 10% of the initial protein, with most of the protein forming an insoluble precipitate. Nevertheless, the resulting product reacts with reference antiserum to *C. immitis* in immunoelectrophoresis. This antigen also stimulated a proliferative T-cell response in patient lymphocytes but not in those of the control group (noninfected donors).

Another way to attack the problem of generating pure *C. immitis* antigens is to use molecular biologic techniques. The advantage to this approach is that once antigens are molecularly cloned, and the protein is expressed, an essentially unlimited source of completely defined antigen is available. Therefore, one would not have to repeatedly grow *C. immitis*, extract the antigen, and purify it from a complex mixture. In addition, with the molecular approach, antigens could be delivered as part of a living vaccine system, should that be required to effectively immunize people against coccidioidomycosis. We believe that systematically identifying and evaluating *C. immitis* T-cell reactive antigens in experimental animals is a rational approach to the ultimate development of a vaccine. Our laboratories, in collaboration with Garry Cole, have used a murine T-cell line that is specific for soluble conidial wall fraction antigens to identify one cloned fragment of a *C. immitis* protein (53). Recently, genomic DNA clones coding for this protein have been identified and sequenced. Significant homology exists between this *C. immitis* antigen and the human enzyme 4 hydroxyphenylpyruvate dioxygenase (54). This protein has been expressed in bacteria and was found to elicit T-lymphocyte proliferative responses in mice immune to *C. immitis*. We are testing its efficacy

as an experimental vaccine.

With the exception of alkali extracted spherules (55) and whole killed spherules (45), none of the T-cell reactive antigens have been shown to be immunoprotective in experimental models. However, it is reasonable to expect that some antigen, or mixture of antigens, will be found that can confer protective immunity in experimental animals. Molecular strategies are available to accomplish this task and are an important area of future research. Once a vaccine has been successfully tested in animals, another human vaccine trial would be feasible.

*Dr. Kirkland is associate professor of pathology and medicine; Dr. Fierer is professor of medicine and pathology and head of the Division of Infectious Diseases, University of California, San Diego School of Medicine. Drs. Kirkland and Fierer have worked together for the past 15 years. Currently, they are focusing on the genetic determinants for resistance to infection and on identifying candidates for a coccidioidomycosis vaccine.*

## Acknowledgments

We are grateful to Dr. Ron Talbot, Director of the Kern County Public Health Laboratory, and Dr. Tom Larwood for sharing unpublished data with us. The experimental work done in our laboratories has been supported by National Institutes for Health grants AI19149 and AI37232 and by the Research Service of the Department of Veterans Affairs.

**Address for correspondence:** Theo N. Kirkland, M.D., Department of Pathology and Medicine, University of California, San Diego School of Medicine, Department of Veterans Affairs Medical Center (111-F) 3350 La Jolla Village Dr., San Diego, CA 92161, USA; fax: 619-552-4398; e-mail: tkirkland@ucsd.edu.

## References

1. Morse SS. Factors in the emergence of infectious diseases. Emerging Infectious Diseases 1995;1:7-15.
2. Deresinski SC. History of coccidioidomycosis: "dust to dust." In: Stevens DA, editor. Coccidioidomycosis. New York: Plenum, 1980:1-20.
3. Harrison WR, Merbs CF, Leathers CR. Evidence of coccidioidomycosis in the skeleton of an ancient Arizona Indian. J Infect Dis 1991;164:436-7.
4. Cole GT, Sun SH. Arthroconidium-spherule-endospore transformation in *Coccidioides immitis*. In: Szaniszlo PJ, Harris L, editors. Fungal dimorphism: with emphasis on fungi pathogenic for humans. New York: Plenum, 1985:281-333.
5. Pappagianis D. Epidemiology of coccidioidomycosis. Curr Top Med Mycol 1988;2:199-238.
6. Converse JL. Effect of surface active agents on endosporulation of *Coccidioides immitis* in a chemically defined medium. J Bacteriol 1957;74:106-7.
7. Kamel SM, Wheat LJ, Garten ML, Bartlett MS, Tansey MR, Tewari RP. Production and characterization of murine monoclonal antibodies to *Histoplasma capsulatum* yeast cell antigens. Infect Immun 1989;57:896-901.
8. Lacy GH, Swatek FE. Soil ecology of *Coccidioides immitis* at Amerindian middens in California. Appl Microbiol 1974;27:379-88.
9. Maddy KT. The geographic distribution of *Coccidioides immitis* and possible ecologic implications. Ariz Med 1958;15:178-88.
10. Smith CE, Beard RR, Rosenberger HG, Whiting EG. Effect of season and dust control on coccidioidomycosis. JAMA 1946;132:833-8.
11. Pappagianis D, Einstein H. Tempest from Tehachapi takes toll or *Coccidioides* conveyed aloft

and afar. West J Med 1978;129:527-30.

12. CDC. Coccidioidomycosis following the Northridge earthquake—California, 1994. MMWR 1994;43:194-5.

13. Johnson WM. Occupational factors in coccidioidomycosis. J Occup Med 1981;23:367-74.

14. Werner SB, Pappagianis D. Coccidioidomycosis in northern California—an outbreak among archeology students near Red Bluff. Calif Med 1973;119:16-20.

15. Smith CE, Beard RR, Whiting EG, Rosenberg HG. Varieties of coccidioidal infection in relation to the epidemiology and control of diseases. Am J Public Health 1946;36:1394-1402.

16. Galgiani JN. Coccidioidomycosis. West J Med 1993;159:153-71.

17. Smith CE. Epidemiology of acute coccidioidomycosis with erythema nodosum ("San Joaquin" or "Valley Fever"). Am J Public Health 1940;30:600-11.

18. Baker EJ, Hawkins JA, Waskow EA. Surgery for coccidioidomycosis in 52 diabetic patients with special reference to related immunologic factors. J Thorac Cardiovasc Surg 1978;75:680-7.

19. Smith CE, Beard RR, Saito MT. Pathogenesis of coccidioidomycosis with special reference to pulmonary cavitation. Ann Intern Med 1948;29:623-55.

20. Williams PL, Sable DL, Mendez P, Smyth LT. Symptomatic coccidioidomycosis following a severe natural dust storm—an outbreak at the Naval Air Station, Lemoore, Calif. Chest 1979;76:566-70.

21. Kirkland TN, Fierer J. Inbred mouse strains differ in resistance to lethal *Coccidiodes immitis* infection. Infect Immun 1983;40:912.

22. Kirkland TN, Fierer J. Genetic control of resistance to *Coccidioides immitis*: a single gene that is expressed in spleen cells determines resistance. J Immunol 1985;135:548-52.

23. Cox RA, Kennell W. Suppression of T-lymphocyte response by *Coccidioides immitis* antigen. Infect Immun 1988;56:1424-9.

24. Wack EE, Ampel NM, Galgiani JN, Bronnimann DA. Coccidioidomycosis during pregnancy—an analysis of ten cases among 47,120 pregnancies. Chest 1988;94:376-9.

25. Powell BL, Drutz DJ, Huppert M, Sun SH. Relationship of progesterone- and estradiol-binding proteins in *Coccidioides immitis* to coccidioidal dissemination in pregnancy. Infect Immun 1983;40:478-85.

26. Wegmann TG, Lin H, Guilbert L, Mosmann TR. Bidirectional cytokine interactions in the maternal-fetal relationship: is successful pregnancy a $T_H2$ phenomenon? Immunol Today 1993;14:353-6.

27. Beaman L, Pappagianis D, Benjamini E. Significance of T-cells in resistance to experimental murine coccidioidomycosis. Infect Immun 1977;17:580-5.

28. Einstein HE, Johnson RH. Coccidioidomycosis: new aspects of epidemiology and therapy. Clin Infect Dis 1993;16:349-54.

29. Jinadu BA. Valley Fever Task Force report on the control of *Coccidioides immitis*.Bakersfield, CA: Kern Country Health Department, 1995.

30. Pappagianis D. Marked increase in cases of coccidioidomycosis in California: 1991, 1992, and 1993. Clin Infect Dis 1994;19:S14-8.

31. CDC. Update: Coccidioidomycosis--California, 1991-1993. MMWR 1994;43:421-3.

32. Dodge RR, Lebowitz MD, Barbee R, Burrows B. Estimates of *C. immitis* infection by skin test reactivity in an endemic community. Am J Public Health 1985;75:863-5.

33. Cohen IM, Galgiani JN, Potter D, Ogden DA. Coccidioimomycosis in renal replacement therapy. Arch Intern Med 1982;142:489-94.

34. Rutala PJ, Smith JW. Coccidioidomycosis in potentially compromised hosts: the effect of immunosuppressive therapy in dissemination. Am J Med Sci 1978;275:283-95.

35. Krishnan L, Guilbert LJ, Russell AS, Wegmann TG, Mosmann TR, Belosevic M. Pregnancy impairs resistance of C57BL/6 mice to *Leishmania major* infection and causes decreased

antigenspecific IFN-gamma response and increased production of T helper 2 cytokines. J Immunol 1996;156:644-52.

36. Bronnimann DA, Adam RD, Galgiani JN, Habib MP, Peterson EA, Porter B, et al. Coccidioidomycosis in the acquired immunodeficiency syndrome. Ann Intern Med 1987;106:372-9.

37. Fish DG, Ampel NM, Galgiani JN, Dols CL, Kelly PC, Johnson CH, et al. Coccidioidomycosis during human immunodeficiency virus infection—a review of 77 patients. Medicine (Baltimore) 1990;69:384-91.

38. Ampel NM, Dols CL, Galgiani JN. Coccidioidomycosis during human immunodeficiency virus infection: results of a prospective study in a coccidioidal endemic area. Am J Med 1993;94:235-40.

39. Galgiani JN, Catanzaro A, Cloud GA, Higgs J, Friedman BA, Larsen RA, et al. Fluconazole therapy for coccidioidal meningitis: the NIAID-Mycoses Study Group. Ann Intern Med 1993;119:28-35.

40. Tucker RM, Denning DW, Dupont B, Stevens DA. Itraconazole therapy for chronic coccidioidal meningitis. Ann Intern Med 1990;112:108-12.

41. Dewsnup DH, Galgiani JN, Leviner BE, Sharkey-Mathin PK, Fierer J, Stevens DA. Is it ever safe to stop azole therapy for Coccidioides immitis meningitis? Ann Intern Med 1996;124:305-10.

42. Catanzaro A, Fierer J, Friedman PJ. Fluconazole in the treatment of persistent coccidioidomycosis. Chest 1990;97:666-9.

43. Graybill JR, Stevens DA, Galgiani JN, Dismukes WE, Cloud GA, et al. Itraconazole treatment of coccidioidomycosis. Am J Med 1990;89:282-90.

44. Catanzaro A, Galgiani JN, Levine BE, Sharkey-Mathis PK, Fierer J, Stevens DA, et al. Fluconazole in the treatment of chronic pulmonary and nonmeningeal disseminated coccidioidomycosis. NIAID Mycoses Study Group. Am J Med 1995;98:249-56.

45. Levine HB, Cobb JM, Smith CE. Immunogenicity of spherule-endospore vaccines of Coccidioides immitis for mice. J Immunol 1961;87:218-27.

46. Pappagianis D, et al. Evaluation of the protective efficacy of the killed Coccidioides immitis spherule vaccine in humans. Am Rev Respir Dis 1993;148:656-60.

47. Huppert M, Spratt NS, Vukovich KR, Sun SH, Rice EH. Antigenic analysis of coccidioidin and spherulin determined by two-dimensional immunoelectrophoresis. Infect Immun 1978;20:541-51.

48. Cox RA, Britt LA. Isolation and identification of an exoantigen specific for Coccidioides immitis. Infect Immun 1986;52:138-43.

49. Cole GT, Kirkland TN, Sun SH. An immunoreactive, water-soluble conidial wall fraction of Coccidioides immitis. Infect Immun 1987;55:657-67.

50. Cole GT, Kirkland TN, Zhu M, Yuan L, Sun SH, Hearn VN. Immunoreactivity of a surface wall fraction produced by spherules of Coccidioides immitis. Infect Immun 1988;56:2695-701.

51. Dugger KO, Galgiani JN, Ampel NM, Sun SH, Magee DM, Harrison J, et al. An immunoreactive apoglycoprotein purified from Coccidioides immitis. Infect Immun 1991;59:2245-51.

52. Galgiani JN, Sun SH, Dugger KO, Ampel NM, Grace GC, Harrison J, et al. An arthroconidial spherule antigen of Coccidioides immitis: differential expression during in vitro fungal development and evidence for humoral response in humans after infection or vaccination. Infect Immun 1992;60:2627-35.

53. Kirkland TN, Zhu SW, Cruse D, Hsu LL, Seshan KR, Cole GT. Coccidioides immitis fractions which are antigenic for immune T lymphocytes. Infect Immun 1991;59:3952-61.

54. Wycoff E, Pishco J, Kirkland TN, Cole GT. Cloning and expression of a T-cell reactive protein from Coccidioides immitis: homology to 4-hydroxyphenylpyruvate dixygenase and the

mammalian Fantigen. Gene 1995;161:107-11.

55. Lecara G, Cox RA, Simpson RB. *Coccidioides immitis* vaccine: potential of an alkali-soluble, water-soluble cell wall antigen. Infect Immun 1983;39:473-5.

Table of Contents

*Updated: Thursday, July 25, 1996*

N

**From:**      "Fridkin, Scott MD" <SKF0@CDC.GOV>
**To:**        "Kendig, Newton E." <nkendig@bop.gov>
**Date:**      10/20/2004 9:52:25 AM
**Subject:**   RE: cocci in Taft

Newton, not sure if you received this email. Sorry for the delay in contacting you regarding the Taft situation.

After discussing with the local health authorities, both Kern Co. and CA DOH, it appears that according to their surveillance data (again, based on lab data mostly) there appears to be a bump in no. of cases not just at TCS, but in city of TAFT overall and excluding TCS inmates. County wide, a bump in cases began in 2001 I think, but the bump in TAFT began 2003 I think. From the Kern Co. DOH perspective, the TCS problem is a TAFT problem, which is likely a Kern Co. problem. Historically, bumps in Cocci incidence have been explained by weather patterns, etc, so state wide, or Kern Co. wide these bumps are not unexpected.

However, we identified several novel issues that would be amendable to more specific study as an epi-aid if you were interested.

This is the basis of the email from my EISO below. So, to reiterate.

1st)     we could assist the BOP in reviewing both numerator and denominator data to stratify prevalence/incidence data based on inmate susceptibility, to see if the bump is because of increased incarceration of susceptible people, or the bump is present among both susceptible (i.e., naïve to cocci endemic areas) and less susceptible (i.e., from Kern Co.) inmates.

2nd)     we could work with the BOP to develop a definition of severe disease, and go onsite to evaluate the cohort of TCI inmates diagnoses with cocci over the past 5 years, evaluate records for severe disease, and evaluate the impact of the fluconazole pre-emptive treatment program on the development of severe disease.

3rd)     we could work with BOP officials to perform a case-control study to quantify the risk of getting disease based on primary resisdence, length of incarceration, racial/demographic, and possibly if any TCS job places inmates at greater risk.

4th)     we could work with the Kern Co. DOH to perform a community Case-Control study to document if specific job activities, length of residence, etc. are risk factors for disease. (i.e., help local companies/oil industries determine if they need to be more pro-active in disease prevention).

Can we discuss this CDC-BOP first, and then bring in the local DOH (we would like to have the invitation from them, although not necessary). What times are good for you in the next few days?

Scott K. Fridkin, M.D.

O

MAJOR ARTICLE

# Outcomes among Inmates Treated for Coccidioidomycosis at a Correctional Institution during a Community Outbreak, Kern County, California, 2004

Lauren A. Burwell,[1,2] Benjamin J. Park,[2] Kathleen A. Wannemuehler,[2] Newton Kendig,[3] James Pelton,[3] Emma Chaput,[4] Babatunde A. Jinadu,[4] Kirt Emery,[5] Gil Chavez,[5] and Scott K. Fridkin[2]

[1]Epidemic Intelligence Service, Office of Workforce and Career Development, and [2]Mycotic Diseases Branch, Division of Foodborne, Bacterial, and Mycotic Diseases, National Center for Zoonotic, Vector-Borne, and Enteric Diseases, Centers for Disease Control and Prevention, Atlanta, Georgia; [3]Federal Bureau of Prisons, Washington, DC; [4]Kern County Department of Public Health, Bakersfield, and [5]California Department of Health Services, California

*Background.* Treatment of pulmonary coccidioidomycosis is typically limited to patients with severe disease or those with increased risk of dissemination. In response to an increase of coccidioidomycosis at a correctional institution in an endemic area, physicians initiated an enhanced diagnosis and treatment program.

*Methods.* Case patients were inmates with laboratory-confirmed coccidioidomycosis during January 1, 2003, through October 31, 2004. We abstracted medical record data, including demographics, IgG complement fixation (CF) titers, treatment, and clinical outcome for initial and follow-up visits. Case patients receiving antifungal treatment were categorized into early (≤4 weeks from symptom onset) and late treatment groups (>4 weeks after symptom onset). We evaluated clinical outcome, median IgG CF titer, and time to clinical improvement.

*Results.* Eighty-seven persons were diagnosed with coccidioidomycosis; 79 (91%) records were available. Median age was 36 years (range, 21–71 years), 34 (43%) were black, and all were male. Median time from symptom onset to diagnosis was 3 weeks (range, <1–36 weeks). Most (95%) received antifungal therapy; 32 were in the early treatment and 43 were in the late treatment group. Good clinical outcome was equally likely. In both groups, median peak IgG CF titers were 1:64. Titers in patients with early treatment did not decrease more rapidly. Median time to improvement was similar in early and late treatment groups (7 and 6 months, respectively; $P = .6$).

*Conclusions.* Persons incarcerated in endemic areas constitute a susceptible population that should be considered at risk for coccidioidomycosis. Further studies are needed to identify populations that may benefit from early antifungal treatment for pulmonary coccidioidomycosis.

Coccidioidomycosis, or valley fever, is an infection caused by *Coccidioides immitis* or *Coccidioides posadasii*. The soil-dwelling fungus is endemic in the southwestern United States, northern Mexico, and areas of Central and South America. Coccidioidomycosis is a reportable disease in the southwestern United States.

Infection occurs after inhalation of conidia [1, 2]. Sixty percent of persons who are infected are asymptomatic [3]. The remainder develop an influenza-like illness characterized by cough, fever, fatigue, and myalgias. Disseminated disease occurs in less than 1% of infected persons and may be manifested by skin, bone, or meningeal involvement. Risk factors for disseminated disease include immunosuppression, pregnancy, black race, or Filipino ancestry [1, 3, 4].

Most symptomatic patients will experience a self-limited infection that resolves without treatment. Though there are no data from randomized controlled trials, In-

Received 9 April 2009; accepted 19 July 2009; electronically published 2 November 2009.

Reprints or correspondence: Dr Benjamin J. Park, Centers for Disease Control and Prevention, 1600 Clifton Rd, MS-C09, Atlanta, GA 30333 (bjp5@cdc.gov).

**Clinical Infectious Diseases  2009;49:e113–9**
This article is in the public domain, and no copyright is claimed.
1058-4838/2009/4911-00E1
DOI: 10.1086/648119

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention or the Federal Bureau of Prisons. This information is distributed solely for the purpose of predissemination peer review under applicable information quality guidelines. It has not been formally disseminated by the Centers for Disease Control and Prevention or the Federal Bureau of Prisons. It does not represent and should not be construed to represent any agency determination or policy.

US146

fectious Diseases Society of America guidelines for the treatment of uncomplicated primary pulmonary coccidioidomycosis state that treatment is considered warranted in patients who are immunosuppressed, those who have diabetes or pre-existing cardiopulmonary disease, and for those patients who are at increased risk of developing disseminated disease, including those who are pregnant, black, Filipino, or have severe infection. Treatment is usually with an oral azole at a daily dose of 200–400 mg for 3–6 months [5].

As populations in endemic areas expand, reports of coccidioidomycosis have increased, possibly due in part to increased construction activity or increases in the susceptible population [6]. Furthermore, outbreaks of coccidioidomycosis have occurred among immunonaive persons who have traveled temporarily to endemic areas. This includes military recruits training or stationed in endemic areas [7, 8]; persons performing archeological excavations [9]; members of church groups performing construction [10, 11]; or persons performing recreational activities, such as model airplane flying [12]. Other groups, including prisoners incarcerated in endemic areas, especially those who may have previously lived in nonendemic areas, might be an underrecognized, susceptible population.

Taft, California is located approximately 35 miles southwest of Bakersfield in Kern County, a highly endemic region for coccidioidomycosis. The incidence of coccidioidomycosis in the city of Taft had increased ~4-fold in 2003 compared with 2002, an increase possibly due to climate and environmental factors. Similarly, a previous study of increased incidence of coccidioidomycosis in California, including Kern County, in 1991–1993 had also attributed the increase in disease to several years of drought followed by rainy winter and spring seasons [13].

In 2003, officials at a federal correctional institution in Taft, California, were concerned with an apparent increase in the frequency with which inmates were diagnosed with coccidioidomycosis. In response to this increase, treating physicians instituted a plan to enhance diagnosis and treatment of inmates with coccidioidomycosis. We describe the increase in coccidioidomycosis cases at the prison and evaluate the potential impact of the timing of treatment on outcome in inmates with coccidioidomycosis.

## METHODS

*Case definition and case finding.* We defined a case patient as an inmate of the correctional institution with laboratory confirmation of coccidioidomycosis during January 1, 2003, through October 31, 2004. Laboratory findings indicative of disease included culture or histopathological evidence of *Coccidioides* species or a serologic test positive for coccidioidal antibodies, including (1) a single positive IgM by enzyme im-

munoassay (EIA) or immunodiffusion (ID), or (2) a single positive IgG by ID or complement fixation (CF) titer ⩾1:2.

Since coccidioidomycosis is a reportable disease in Kern County, any positive coccidioidomycosis laboratory finding is reported to the Kern County Department of Public Health (KCDPH). The laboratory at the KCDPH performed all antibody testing on serum from persons incarcerated at the correctional institution. Case patients were identified by using the database at the KCDPH.

When the increase in the number of inmates diagnosed with coccidioidomycosis was recognized by the physicians at the prison clinic in the summer and fall of 2003, they increased efforts to identify and treat patients with the infection; inmates who came to the prison clinic and complained of at least 4 days of consistent symptoms, such as cough, fever, or pleuritic chest pain, were evaluated for coccidioidomycosis with serologic testing and a chest radiograph. Serologic test results were received within 1 week. If serologic tests were positive, the clinician made the treatment decisions on an individual case basis.

Patients diagnosed with coccidioidomycosis were evaluated in the prison clinic and IgG CF titer levels were drawn approximately once per month. Changes in antifungal regimen were based on patients' clinical status and laboratory testing results. Patients continued to be followed in clinic until they had been off antifungal medication for 3 months and were clinically stable.

Case patients' medical records at the prison were reviewed and data were abstracted by using a standardized data collection form. The standardized form included patients' demographics, clinical information, laboratory tests, radiologic studies, and antimicrobial treatment while at the correctional institution or other federal prisons. Medical records for inmates who had been transferred to other federal correctional facilities were reviewed, and the standardized form was completed by a Federal Bureau of Prisons' physician. This investigation constituted an evaluation of public health practice in response to an urgent public health response; as such, our investigation was not human subjects research and not subject to review and approval by an ethics committee.

*Incidence analysis.* Incidence of coccidioidomycosis in Taft was calculated by using reports of persons with coccidioidomycosis from the KCDPH and population data from the US Census 2000; incidence data for Taft and population data from the Census 2000 did not include the inmate population at the federal correctional institution. To estimate the incidence rates at the prison in 2002 and 2003, we used the population of the prison on November 1, 2004 (2232 inmates), as the denominator. Race-specific incidence was calculated by using the racial makeup of the prison population on November 1, 2004. Race

was classified as white, black, or other; ethnicity was categorized as Hispanic or non-Hispanic. As we had current information on the total number of cases only through October 2004, the partial incidence for 2004 was calculated by dividing annual incidence by 0.83.

*Outcome study.* Case patients who received antifungal treatment were categorized into early and late treatment groups; patients who did not receive antifungal treatment were excluded from the outcome study. Case patients were categorized in the early treatment group if they received treatment ≤4 weeks from symptom onset while the late treatment group received treatment >4 weeks after symptom onset.

Outcomes were compared between the case patients in the 2 treatment groups to evaluate whether early treatment was associated with improved outcomes. Three main outcomes were evaluated, including (1) clinical outcome, (2) median IgG CF titer, and (3) the time to clinical improvement. Good clinical outcome was defined as subjective improvement in symptoms, as documented in medical records, one year after diagnosis (or at the last clinic visit, if the patient was followed for <1 year). Poor clinical outcome was defined as the development of new, worsened, or no change in symptoms, or if death due to coccidioidomycosis infection occurred during this time period.

Individual patient's IgG CF titers were documented at the time of diagnosis and at each subsequent monthly clinic visit. Patients' IgG CF titers were plotted at monthly intervals from the time of symptom onset. If a patient had >1 IgG CF titer measured during a 1-month period of time, the higher IgG CF titer was plotted. The median IgG CF titer at each monthly interval was calculated for the case patients by treatment group. Time to improvement was defined as the time in months from initiation of fluconazole to a decrease in dose or discontinuation of fluconazole due to improved symptoms or a decrease in IgG CF titer, as decided by the physician at the correctional institution.

*Statistical analysis.* Data were entered into Microsoft Access databases and analyzed in SAS, version 9.1 (SAS Institute). The 3 outcome analyses were limited to those patients who received antifungal treatment. In addition, persons were excluded from analysis of clinical outcome if they did not have a documented clinical outcome. The $\chi^2$ test was performed to test for independence between clinical outcome and various demographic and clinical variables. The median IgG CF titers at each monthly interval were compared between the early and late treatment groups using the Wilcoxon test.

A log-rank test was used to test whether there was a difference in the time in months to improvement in the two treatment groups. Persons were excluded from the time to improvement analysis if initial antifungal treatment was with amphotericin B, or if they did not have any follow up clinic visit documented at the correctional institution (or at another federal correctional facility if they had been transferred).

## RESULTS

*Description of correctional institution.* The correctional institution was built in 1997 and houses approximately 2200 inmates; all are male. Inmates at this federal correctional institution may have initially resided in another part of the country or may have been transferred from another facility. Inmates spend much of the day outside and participate in recreational sports, including soccer, basketball, and softball. Inmates are also employed at the prison in jobs such as janitorial work, food service, or laundry service.

*Descriptive epidemiology.* The incidence of coccidioidomycosis at the correctional institution increased ~7-fold from 314 cases per 100,000 in 2002 to 2240 cases per 100,000 in 2003. At the correctional institution, 87 persons were diagnosed with coccidioidomycosis and reported to the KCDPH during the study period January 1, 2003, through October 31, 2004 (Figure 1), compared with 7 persons at the correctional institution who were diagnosed with coccidioidomycosis in 2002.

By comparison, the incidence of coccidioidomycosis in the city of Taft (excluding inmates at the correctional institution) increased ~4-fold from 221 cases per 100,000 in 2002 to 850 cases per 100,000 in 2003. A total of 186 Taft residents were diagnosed during January 1, 2003, through October 31, 2004 (Figure 1). Of these, 100 (54%) were male and 115 (62%) were at least 18 years of age or older. There was a peak of Taft residents diagnosed with coccidioidomycosis during August through November 2003 and a similar peak among inmates during September through November 2003; a total of 126 (46%) persons were diagnosed in the city of Taft and at the correctional institution during the peak months.

*Description of patients at correctional institution with coccidioidomycosis.* Of the 87 case patients identified, 79 (91%) medical records were available for review. The case patients were of varied race and ethnicity; many were black or Hispanic white (Table 1). Very few case patients were immunosuppressed. The most frequent symptoms at the time of diagnosis included cough, subjective fever, or night sweats. The median time from symptom onset to diagnosis was 3 weeks (range, <1–36 weeks). Almost all of the inmates (78 [99%]) were diagnosed by IgM and/or IgG antibody testing, and 1 inmate was diagnosed by bronchoscopy and culture. Most (68 [86%]) had a chest radiograph performed at the time of diagnosis, 51 (75%) of these had a pulmonary infiltrate present.

Fifty-five patients (70%) were treated with an antibacterial agent prior to establishment of a diagnosis of coccidioidomycosis; the most commonly prescribed antibacterial agents were trimethoprim-sulfamethoxazole, erythromycin, or doxy-



**Figure 1.** Histogram of persons with coccidioidomycosis in the city of Taft (excluding correctional institution) and at correctional institution, and percentage of total cases at each site by month of diagnosis, January 2003–October 2004. Two persons in the city of Taft had only a documented year of diagnosis and have been excluded from the histogram.

cycline (Table 1). More than one-half (28 [51%]) of the patients continued to receive antibiotics, even after the diagnosis of coccidioidomycosis had been established.

The majority (95%) of patients received antifungal therapy. All received fluconazole, and 4 patients also received amphotericin B at some point during the course of their treatment (Table 1). Of the 71 patients who received only fluconazole therapy, 68 (96%) received an initial dose of 400 mg. The median time from symptom onset to the initiation of an antifungal agent was 5 weeks (range, <1–40 weeks). At the time of the on-site investigation, 20 patients had discontinued fluconazole therapy due to a physician's order; the median duration of therapy was 27 weeks (range, <1–62 weeks).

Of the 79 case patients for whom records were available, 4 did not receive any antifungal treatment and were therefore classified neither in the early nor late treatment group. A total of 32 persons (41%) were classified in the early (≤4 weeks)

treatment group and 43 persons (54%) in the late (>4 weeks) treatment group. The early and late treatment groups did not vary by age, race, history of diabetes, immunosuppression, hospitalization, initial IgG CF titer, presence of an infiltrate on initial chest radiograph, or initial dose of fluconazole therapy.

*Outcome analysis.* Of the 74 case patients for whom clinical outcomes were known, 67 case patients' (85%) symptoms improved at the last clinic visit up to 1 year after diagnosis. Six case patients had no change, new, or worsening symptoms, and 1 case patient died. The case patient who died was immunosuppressed because of a history of renal transplantation and subsequent treatment with immunosuppressive medications. He was hospitalized soon after being diagnosed with coccidioidomycosis and died in December 2003 from complications due to the infection.

Clinical outcome was documented for 71 of the 75 case patients who received antifungal treatment. Patients who were

US149

**Table 1.   Characteristics of Patients with Coccidioidomycosis at a Correctional Institution, January 2003–October 2004**

| Characteristic | Patients (n = 79) |
|---|---|
| Demographic | |
| Median age (range), years | 36 (21–71) |
| Male sex | 79 (100) |
| Race/ethnicity | |
| Black | 34 (43) |
| Hispanic white | 22 (28) |
| Non-Hispanic white | 12 (15) |
| Diabetes | 7 (9) |
| Immunosuppressed | 2 (3) |
| Symptom | |
| Cough | 57 (72) |
| Subjective fever | 40 (51) |
| Night sweats | 25 (32) |
| Positive serology | |
| IgM EIA | 57 (72) |
| IgM ID | 39 (49) |
| IgG ID | 57 (72) |
| IgG CF titer ⩾1:2 | 67 (85) |
| Antibacterial agent prior to diagnosis | |
| Any antibiotic | 55 (70) |
| Trimethoprim-sulfamethoxazole | 29 (53) |
| Erythromycin | 28 (51) |
| Doxycycline | 15 (27) |
| Antifungal therapy | |
| Any antifungal agent | 75 (95) |
| Fluconazole | 75 (100) |
| Amphotericin B | 4 (5) |
| Early treatment[a] | 32 (41) |
| Late treatment[b] | 43 (54) |

**NOTE.** Data are no. (%) of patients, unless otherwise indicated. CF, complement fixation; EIA, enzyme immunoassay; ID, immunodiffusion.

[a] Defined as ⩽4 weeks after symptom onset.

[b] Defined as >4 weeks after symptom onset.

treated early were as likely as those treated late to have a good clinical outcome (42% vs 58%; $P = .7$).

All 75 case patients who received antifungal treatment were included in the analysis of IgG CF titer levels. The number of patients with an IgG CF titer measured and documented at a clinic visit at any specific month after diagnosis varied; it ranged from 5 to 26 patients in the early treatment group and from 9 to 24 patients in the late treatment group. The median IgG CF titer was highest at 2 months after symptom onset in the early treatment group (1:64), while it was highest at both 2 and 3 months after symptom onset in the late treatment group (1:64; Figure 2). There was no difference between the median titers at each monthly interval since symptom onset in the early and late treatment groups (Figure 2). In addition, the IgG CF titers in patients who received early treatment did not decrease more rapidly than the titers of those in the late treatment group.

The 70 patients who were treated initially with fluconazole and had at least 1 follow-up visit were included in the time to improvement analysis. Eleven case patients had a decrease or discontinuation of fluconazole treatment due to improved symptoms or a decreased titer; 4 patients were in the early treatment group, and 7 patients were in the late treatment group. The median time to improvement was similar among the patients in the early treatment group (7 months) and the late treatment group (6 months) ($P = .6$).

## DISCUSSION

We investigated a coccidioidomycosis outbreak among inmates incarcerated at a correctional institution in Kern County, an area known to be highly endemic for the disease. This investigation identified prisoners at a correctional institution located in an endemic area for coccidioidomycosis as a susceptible population, similar to military recruits, workers, and travelers to endemic areas [7–12]. Prison officials and public health authorities should be aware that this population may be highly susceptible to coccidioidomycosis and should consider this diagnosis in inmates in endemic areas. Since the time of this investigation, the correctional institution has implemented a local policy in an effort to decrease morbidity and mortality due to coccidioidomycosis. Staff members review new inmates' medical records prior to their arrival, identify inmates who are immunosuppressed, and relocate them to another institution in a nonendemic area.

The incidence of coccidioidomycosis among prisoners in this study was found to be quite high, with an incidence of over 2%. Although poor clinical outcomes were infrequent, many prisoners nonetheless had significant and prolonged symptoms as well as radiographically confirmed pneumonia. Although only limited information was available regarding residence prior to incarceration, it is likely that many of the prisoners were from outside an endemic area. State and federal prison authorities should consider prior residence in a nonendemic area when deciding where to place inmates, especially with inmates who are immunosuppressed and are at higher risk of developing severe coccidioidomycosis should they become infected.

This investigation evaluated differences in outcome among a cohort of persons with primary pulmonary coccidioidomycosis. The data do not demonstrate any significant differences in outcomes among patients who received early (⩽4 weeks) treatment compared to those who received late (>4 weeks) treatment. Three prior, nonrandomized studies have considered the impact of timing of treatment on patients' outcome, although the outcomes in these analyses were limited by the ability to control for the decision to use antifungal medication. In the retrospective study by Caldwell et al [14], patients who were treated early had significantly decreased peak IgG complement fixation titer, dissemination, and chronic disease.

US150



**Figure 2.** Median IgG complement fixation (CF) titers among patients receiving early *(dashed line)* and late *(solid line)* treatment by month since onset of symptoms. The subset of patients at month 0 reported that their symptom onset date corresponded to the date the initial CF fixation titer was performed.

In another study, oral antifungal therapy for patients with mild coccidioidomycosis prevented severe disease [4]. Another more recent study did not find a difference among treated and untreated persons, although it clearly demonstrated the factors associated with the decision to use therapy [15]. Our findings highlight the controversy surrounding this issue, and emphasize the need for a randomized, clinical trial to determine the effectiveness and timing of antifungal therapy. Newer antifungal agents, such as posaconazole, have been shown to be safe and effective in salvage studies and may be worthy of further study [16, 17].

When the outbreak was recognized at the prison, physicians aggressively tested for coccidioidomycosis in patients who had several days of influenza-like symptoms. Although the issue of antifungal treatment in acute pulmonary coccidioidomycosis is controversial, early diagnosis of disease does provide benefit in that it facilitates appropriate patient management and prevents further diagnostic testing and unnecessary treatment with the use of antibacterial agents [18]. Of note, in this patient population, slightly over one-half of the patients who initially received antibacterial agents continued to receive them even after the diagnosis of coccidioidomycosis was made. This finding highlights the need for further education on appropriate antimicrobial use.

This investigation had several limitations. As mentioned above, we had only limited information on prisoners' residences prior to incarceration at the correctional institution. Thus, we were not able to determine whether the case patients had been living in nonendemic areas. Additionally, prison physicians may have tested for coccidioidomycosis more frequently in response to the outbreak; this may have introduced mild surveillance artifact in the case counts. As the majority of the case patients received antifungal treatment, we were unable to determine whether early antifungal treatment was beneficial compared with no antifungal treatment. Lastly, the cohort of case patients was confined to 1 prison, so the findings may not be representative of all patients with coccidioidomycosis.

In conclusion, immunologically naive prisoners incarcerated in areas that are endemic for coccidioidomycosis are a population susceptible for infection. Upon arrival at any correctional institution located in an area endemic for coccidioidomycosis, prisoners should receive education regarding symptoms of coccidioidomycosis so they may obtain medical care early should they develop symptoms consistent with the disease. Clinicians working at the prison clinic should also be aware of coccidioidomycosis in order to facilitate early diagnosis. Although we did not find that early treatment was beneficial in this population, early diagnosis can facilitate appropriate management. Once a vaccine for coccidioidomycosis is available, persons incarcerated in endemic areas may represent a segment of the population that would benefit from vaccination.

## Acknowledgments

We thank Zachary Currier, Dr Royce Johnson, Glen Harvey, Kelly Hugunin, Corey Watts, and the medical staff at the correctional institution for their assistance with this investigation.

*Potential conflicts of interest.*   All authors: no conflicts.

## References

1. Pappagianis D. Epidemiology of coccidioidomycosis. Curr Top Med Mycol 1988; 2:199–238.
2. Edwards PQ, Palmer CE. Prevalence of sensitivity to coccidioidin, with special reference to specific and nonspecific reactions to coccidioidin and to histoplasmin. Dis Chest 1957; 31:35–60.
3. Smith CE, Beard RR, Whiting EG, Rosenberger HG. Varieties of coccidioidal infection in relation to the epidemiology and control of the diseases. Am J Public Health 1946; 36:1394–402.
4. Rosenstein NE, Emery KW, Werner SB, et al. Risk factors for severe pulmonary and disseminated coccidioidomycosis: Kern County, California, 1995–1996. Clin Infect Dis 2001; 32:708–15.
5. Galgiani JN, Ampel NM, Blair JE, et al. Coccidioidomycosis. Clin Infect Dis 2005; 41:1217–23.
6. Park BJ, Sigel K, Vaz V, et al. An epidemic of coccidioidomycosis in Arizona associated with climatic changes, 1998–2001. J Infect Dis 2005; 191:1981–7.
7. Crum N, Lamb C, Utz G, Amundson D, Wallace M. Coccidioidomycosis outbreak among United States Navy SEALs training in a *Coccidioides immitis*-endemic area—Coalinga, California. J Infect Dis 2002; 186:865–8.
8. Standaert SM, Schaffner W, Galgiani JN, et al. Coccidioidomycosis among visitors to a *Coccidioides immitis*-endemic area: an outbreak in a military reserve unit. J Infect Dis 1995; 171:1672–5.
9. Petersen LR, Marshall SL, Barton-Dickson C, et al. Coccidioidomycosis among workers at an archeological site, northeastern Utah. Emerg Infect Dis 2004; 10:637–42.
10. Cairns L, Blythe D, Kao A, et al. Outbreak of coccidioidomycosis in Washington state residents returning from Mexico. Clin Infect Dis 2000; 30:61–4.
11. Coccidioidomycosis in travelers returning from Mexico—Pennsylvania, 2000. MMWR Morb Mortal Wkly Rep 2000; 49:1004–6.
12. Coccidioidomycosis among persons attending the world championship of model airplane flying—Kern County, California, October 2001. MMWR Morb Mortal Wkly Rep 2001; 50:1106–7.
13. Pappagianis D. Marked increase in cases of coccidioidomycosis in California: 1991, 1992, and 1993. Clin Infect Dis 1994; 19(Suppl 1):S14–8.
14. Caldwell JW, Johnson RH, Einstein HE, Welch G. Evaluation of response to early azole treatment in primary coccidioidomycosis. In: Einstein HE, Catanzaro A, eds. *Coccidioidomycosis: proceedings of the 5th international conference.* Bethesda, MD: National Foundation for Infectious Diseases; 1996:275–84.
15. Ampel NM, Giblin A, Mourani JP, Galgiani JN. Factors and outcomes associated with the decision to treat primary pulmonary coccidioidomycosis. Clin Infect Dis 2009; 48:172–8.
16. Catanzaro A, Cloud GA, Stevens DA, et al. Safety, tolerance, and efficacy of posaconazole therapy in patients with nonmeningeal disseminated or chronic pulmonary coccidioidomycosis. Clin Infect Dis 2007; 45:562–8.
17. Stevens DA, Rendon A, Gaona-Flores V, et al. Posaconazole therapy for chronic refractory coccidioidomycosis. Chest 2007; 132:952–8.
18. Galgiani JN. Coccidioidomycosis: a regional disease of national importance. Rethinking approaches for control. Ann Intern Med 1999; 130(4 Pt 1):293–300.

US152

P

| MEDICAL RECORD | | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 2 5 04 |
|---|---|---|---|

**1. LAST NAME - FIRST NAME - MIDDLE NAME**
Parah, Arsang

**2. IDENTIFICATION NUMBER**
10413 - 055

**3. GRADE AND COMPONENT OR POSITION**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP Code)*
5361 Gray log St
Rancho Palos Verdes, 90275

**5. EMERGENCY CONTACT** *(Name and address of contact)*
Pau + MAT Parah
( 310 ) 373 6212

| 6. DATE OF BIRTH 7 22 68 | 7. AGE 35 | 8. SEX ☐ FEMALE ☒ MALE | 9. RELATIONSHIP OF CONTACT Parents |
|---|---|---|---|

**10. PLACE OF BIRTH** Iran

**11. RACE** ☐ WHITE ☐ BLACK

☐ AMERICAN INDIAN/ ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☒ ASIAN/PACIFIC ISLANDER

| 12a. AGENCY BOP | 12b. ORGANIZATION UNIT | 13. TOTAL YEARS GOVERNMENT SERVICE |
|---|---|---|
| | | a. MILITARY | b. CIVILIAN |

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
Metropolitan Correctional Center, 80 29th Street, Brooklyn, N.Y. 11232

**15. RATING OR SPECIALTY OF EXAMINER**

**16. PURPOSE OF EXAMINATION**

## 17. CLINICAL EVALUATION

| NOR-MAL | ABNOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL | NOR-MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR-MAL |
|---|---|---|---|---|---|---|
| | | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| | | B. EARS - GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | P. TESTICULAR | |
| | | | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulae) (Hemoccult Results) | |
| | | C. DRUMS (Perforation) | | | R. ENDOCRINE SYSTEM | |
| | | D. NOSE | | | S. G-U SYSTEM | |
| | | E. SINUSES | | | T. UPPER EXTREMITIES (Strength, range of motion) | |
| | | F. MOUTH AND THROAT | | | U. FEET | |
| | | G. EYES - GENERAL (Visual acuity and refraction under items 26, 29, and 36) | | | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| | | H. OPTHALMOSCOPIC | | | W. SPINE, OTHER MUSCULOSKELETAL | |
| | | I. PUPILS (Equality and reaction) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| | | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | Y. SKIN, LYMPHATICS | |
| | | K. LUNGS AND CHEST | | | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| | | L. HEART (Thrust, size, rhythm, sounds) | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| | | M. VASCULAR SYSTEM (Varicosities, etc.) | | | BB. BREASTS | |
| | | N. ABDOMEN AND VISCERA (Include hernia) | | | CC. PELVIC (Females only) | |

**NOTES:** *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary.)*

WNL, one st on Arox3

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

NSN 7540-00-634-4038
88-126
Designed using Perform Pro, WHS/DIOR, Jan 97

**STANDARD FORM 88** (Rev. 10-94) (EG)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-9.202-1

MD000014

| NAME | | | | | IDENTIFICATION NUMBER | | NO. OF SHEETS ATTACHED |
|---|---|---|---|---|---|---|---|
| Panah, Arjang | | | | | 10413-055 | | |

**MEASUREMENTS AND OTHER FINDINGS**

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | | | | 25. TEMPERATURE |
|---|---|---|---|---|---|---|---|---|
| 5'9'' | 240 | Br | Br | ☐ SLENDER | ☐ MEDIUM | ☑ HEAVY | ☐ OBESE | 98. |

| 26. BLOOD PRESSURE (Arm at heart level) | | | | | | 27. PULSE (Arm at heart level) | | | |
|---|---|---|---|---|---|---|---|---|---|
| A. SITTING | SYS. 120 / DIAS 57 | B. RECUM-BENT | SYS. / DIAS. | C. STANDING (5 mins.) | SYS. / DIAS. | A. SITTING 71 | B. RECUMBENT | C. STANDING (3 mins) | D. AFTER EXERCISE | E. 2 MINS. AFTER |

| 28. DISTANT VISION | | | 29. REFRACTION | | | 30. NEAR VISION | | |
|---|---|---|---|---|---|---|---|---|
| RIGHT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |
| LEFT 20/ 20 | CORR. TO 20/ | BY | S. | CX | | CORR. TO | | BY |

| 31. HETEROPHORIA (Specify distance) | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |

| 32. ACCOMMODATION | | 33. COLOR VISION (Test used and result) | 34. DEPTH PERCEPTION (Test used and score) | UNCORRECTED |
|---|---|---|---|---|
| RIGHT | LEFT | in tact | | CORRECTED |

| 35. FIELD OF VISION | | 36. NIGHT VISION (Test used and score) | 37. RED LENS TEST | 38. INTRAOCULAR TENSION | |
|---|---|---|---|---|---|
| RIGHT | LEFT | | | RIGHT | LEFT |

| 39. HEARING | | | 40. AUDIOMETER | | | | | | | | 41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| RIGHT WV | in tact | /15SV | /15 | | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 | |
| LEFT WV | | /15SV | /15 | RIGHT | | | | | | | | | |
| | | | | LEFT | | | | | | | | | |

| 42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY |
|---|

Allergies Ø
Medication Ø
Surgery Ø
Hospital Ø
Hx Infectious dz
Hx Drug abuse _amphetamines 6m ago_
Hx Hepatitis
Hx Homosexuality Ø
Psychiatric _1m ago_
S Ø
Ø (h 3/4 idiatric

| 43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnosis with item numbers) |
|---|

healthy

| 44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify) | | 45A. PHYSICAL PROFILE | | | | | |
|---|---|---|---|---|---|---|---|
| Ø | | P | U | L | H | E | S |

| 46. EXAMINEE (Check) | | full duty | 45B. PHYSICAL CATEGORY | | | |
|---|---|---|---|---|---|---|
| A. ☑ IS QUALIFIED FOR | | | | | | |
| B. ☐ IS NOT QUALIFIED FOR | | | | | | |

| 47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER | A | B | C | E |
|---|---|---|---|---|
| | | | | |

| 48. TYPED OR PRINTED NAME OF PHYSICIAN | SIGNATURE |
|---|---|
| | |

| 49. TYPED OR PRINTED NAME OF PHYSICIAN   M. Borecky, MD   1048 | SIGNATURE Michal Borecky m |
|---|---|
| MDC Brooklyn | |

| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN (indicate which) | SIGNATURE |
|---|---|
| | |

| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY | SIGNATURE |
|---|---|
| | |

STANDARD FORM 88 (Rev. 10-94) BACK

MD000015

Q


The GEO Group, Inc.

**HEALTH SERVICES**
**Taft Correctional Institution**

**Name:** Panah, Arjang Dante    **Reg #:** 10413-055

## DUTY STATUS ASSIGNMENTS

☑ REG DUTY          ☑ REG DUTY W (please check restrictions below)      ☐ NO DUTY
☑ YES F/S           ☐ NO F/S                                            ☐ NOT MED CL

| | |
|---|---|
| ☐ ALLRG/WOOL | ALLERGIC TO WOOL |
| ☐ ART LIMB | ARTIFICIAL ARM OR LEG |
| ☐ ATH RESTR | NO SPORTS/NO WEIGHT LIFTING |
| ☐ BLIND | TOTAL BLINDNESS |
| ☐ COLD/WIND | NO EXCESS COLD/WIND |
| ☐ DEAF | TOTAL DEAFNESS |
| ☐ DRIV RESTR | GLASSES REQUIRED FOR DRIVING |
| ☐ HEAR LOSS | PARTIAL HEARING LOSS |
| ☐ HEAR RESTR | NO WORK IN HIGH NOISE AREAS |
| ☐ HGT RESTR | NO LADDERS/NO UPPER BUNK |
| ☐ HSD1 | HSD REVIEW STATUS GROUP |
| ☐ HUNGR STRK | HUNGER STRIKE |
| ☐ LD | LEARNING DISABLED |
| ☐ LIMIT SUN | NO EXCESS SUN |
| ☐ LOWER BUNK | LOWER BUNK REQUIRED |
| ☐ MEN ILL | MENTALLY ILL |
| ☐ MEN RET | MENTALLY RETARDED |
| ☐ MISS EXT L | MISSING LOWER EXTREMITY |
| ☐ MISS EXT U | MISSING UPPER EXTREMITY |
| ☐ NO DRIVING | NO DRIVING-MEDICAL CONDITION |
| ☐ NO POLLUT | ASSIGN TO POLLUTION FREE AREA |
| ☐ ORTH SHOES | ORTHOPEDIC SHOES |
| ☐ ORTHO DISB | ORTHOPEDIC DISABILITY |
| ☐ PARAL LOW | PARTIAL PARALYSIS, LOWER |
| ☐ PARAL UPR | PARTIAL PARALYSIS, UPPER |
| ☐ PARALYSIS | TOTAL PARALYSIS |
| ☐ REPAT MEN | REPATRIATION MENTAL |
| ☐ REPAT PHY | REPATRIATION PHYSICAL |
| ☐ REPAT SUM | REPATRIATION SUMMARY REPORT |
| ☐ SMOKE FREE | ASSIGN TO SMOKE FREE WORK/QTRS |
| ☐ SOFT SHOES | SOFT SHOES ONLY |
| ☐ SPEC DIET | SPECIAL DIET - MEDICAL COND |
| ☐ STAND RSTR | NO PROLONGED STANDING |
| ☐ SUIC WATCH | SUICIDE WATCH |
| ☐ TERMINAL | TERMINALLY ILL |
| ☐ VISION IMP | VISUAL IMPAIRMENT |
| ☐ WGT 15 LB | WEIGHT-NO LIFTING OVER 15 LBS |
| ☐ WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS |
| ☐ WGT 25 LB | WEIGHT-NO LIFTING OVER 25 LBS |
| ☐ WHEELCHAIR | REQUIRES WHEELCHAIR |
| ☐ WIRED JAW | WIRED JAW - POST DENTAL |

ENTERED _Heidi Jorda, MA_
Heidi Jordan, MF
Taft Correctional Institution  4/5/05

OTHER (List restrictions below)

☐ _____

Signature/Stamp: _Sharon Zuccaro LVN_     Date: _4-1-85_    Time: _1600_
                  Sharon Zuccaro LVN                                    (53)

MD000212

R

**GEO** ®
The GEO Group, Inc.

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOL**
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: *Fever* | | ALLERGIES: NKDA |
|---|---|---|---|
| 12/20/05 | Time of onset: 3 day | Pain: Sinuses / ears / forehead / throat | Pain Intensity Scale 1-10: 3 |
| 1200 | Nasal congestion: Ø | Sneezing: Ø | Fever/chills: ✓ |
| circle one: | Runny nose (describe): Ø | Muscle aches: Ø | |
| sick call | Cough: Ø | If productive, describe sputum: Ø | |
| walk-in | Eyes itching/watering: Ø | | Smoker (how much QD): Ø |
| self ER | Nausea/vomiting: Ø | Diarrhea: Ø | |
| true ER | Exposed to anyone with same symptoms: Ø | | Vaccination status (flu vaccine): Ø |

96 % O₂ Sat        0700  102.2

| | |
|---|---|
| O.) BP= 120/76 | P=84  Normal /weak / bounding   R= 18   T=99.4   WT= 220 |
| Weakness: | Fatigue: | Recent weight loss: Ø |

Respiratory rhythm: **even**/uneven                    Unlabored/ labored              Shallow/ **normal**/ deep
Retractions/Accessory muscle use: Ø
Skin: **normal** (warm/pink/dry) / pale / flushed /cyanotic / diaphoretic / dusky:
Eyeballs sunken: Ø        Mucosa: moist:        Skin turgor: **normal** / slightly decreased / tenting:
Lung sounds: clear / wheezes / rhonchi / rales / diminished;   R m↓
Swollen glands (describe): Ø        Enlarged tonsils: Ø
Throat: **normal** / red / white patches / pus        Nasal mucosa red: Ø        Swollen: Ø
Ears: **normal** / red / drainage:        Tympanic membranes: **normal** / bulging/ perforated
Eyes red:        Swollen: Ø        Drainage: Ø
Overall appearance: no acute **distress** / mild distress / moderate distress / severe distress

A.) Health maintenance  CXR Rm↓ infiltrate

P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression.
Gargle with salt water gargle & use throat lozenges q.i.d.  for sore throat:
The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days :
or Ibuprofen 200 mg, two tablets bid p.o. x 3 days:
The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms:
or Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms: Ø
or If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days:
Encourage oral fluids and bedrest:
*Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection:*
CXR, CBC, Cocci, LFT, Doxycycline 100mg ī po Bid x 14 dy
Passes/referrals given:  V.O. real. Ime k̄ Dr. Odeluga

E.)
Counseled to avoid smoking: ✓
Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting: ✓
Instructed to return to medical if symptoms persist/worsen: ✓        Inmate verbalized understanding: ✓

| NURSE SIGNATURE & TITLE: | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | |
|---|---|---|---|
| *Marcella Aumack LF* | | | |
| Marcella Aumack, LVN | PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| Taft Correctional Institution  DEC 2 0 2005 | Panah, Arjang Dante | | M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| 1200 | SPONSOR'S NAME | | ORGANIZATION |
| Ndukwe N. Odeluga, MD, MPH | | | |
| Taft Correctional Institution | DEPART./SERVICE | SSN/IDENTIFICATION NO. 10413-055 | DATE OF BIRTH 7/22/68 |

CHRONOLOGICAL RECORD OF MEDICAL CARE     STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MD000093

S



**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOL**
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: | Pneumonia | ALLERGIES: NKDA |
|---|---|---|---|
| 12/29/05 | Time of onset: 12 days | Pain: Sinuses / ears / forehead / throat | Pain Intensity Scale 1-10 ⊖ |
| 0800 | Nasal congestion: ⊖ | Sneezing: ⊖ | Fever/chills: no |
| Circle one: | Runny nose (describe) ⊖ | Muscle aches: ⊖ | |
| sick call | Cough: ✓ | If productive, describe sputum: ⊖ | |
| walk-in | Eyes itching/watering: ⊖ | | Smoker (how much QD): ⊖ |
| self ER | Nausea/vomiting: ⊖ | Diarrhea: ⊖ | |
| true ER | Exposed to anyone with same symptoms: ⊖ | | Vaccination status (flu vaccine): yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| O.) BP= 100/60 | | P=92 | Normal /weak / bounding | R= 18 | T= 97.8 | WT= 220 |
| Weakness: | | Fatigue: ⊖ | | Recent weight loss: ⊖ | | |
| Respiratory rhythm: even/ uneven | | | Unlabored/ labored | | Shallow/ normal/deep | |
| Retractions/Accessory muscle use: ⊖ | | | | | | |
| Skin: normal (warm/pink/dry) / pale / flushed /cyanotic / diaphoretic / dusky: | | | | | | |
| Eyeballs sunken: ⊖ | | Mucosa moist: ✓ | | Skin turgor: normal / slightly decreased / tenting: | | |
| Lung sounds: clear / wheezes / rhonchi / rales / diminished: Rm & Rd | | | | | | |
| Swollen glands (describe): ⊖ | | | Enlarged tonsils: ⊖ | | | |
| Throat: normal / red / white patches / pus | | | Nasal mucosa red: ⊖ | | Swollen: ⊖ | |
| Ears: normal / red / drainage: | | | Tympanic membranes: normal / bulging/ perforated | | | |
| Eyes red: ⊖ | | Swollen: ⊖ | | Drainage: ⊖ | | |
| Overall appearance: no acute distress / mild distress / moderate distress / severe distress | | | | | | |

| | |
|---|---|
| A.) Health maintenance | |
| P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression. | |
| Gargle with salt water gargle & use throat lozenges q.i.d. for sore throat: | |
| The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days : | |
| or Ibuprofen 200 mg, two tablets bid p.o. x 3 days: KOP | |
| The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms: | |
| or Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms: ⊖ | |
| or If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days: | |
| Encourage oral fluids and bedrest: | |
| Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection: | |
| | called Dept. Public Health neg culture <1:2 |
| Passes/referrals given: | |
| E.) | |
| Counseled to avoid smoking: ✓ | |
| Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting: | |
| Instructed to return to medical if symptoms persist/worsen: ✓ | Inmate verbalized understanding: ✓ |

| NURSE SIGNATURE & TITLE: *Marcella Aumack L* | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | | |
|---|---|---|---|---|
| Marcella Aumack, LVN<br>Taft Correctional Institution | PATIENT'S NAME (Last, First, Middle Initial) Pana M. Arjana Dante | | | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION | |
| | DEPART./SERVICE | SSN/IDENTIFICATION NO. 10413 55 | | DATE OF BIRTH /68 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MD000091

T



**The GEO Group, Inc.**

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOL**
**UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL**

| DATE/TIME | S.) CHIEF COMPLAINT: *Cough fever congestion* | ALLERGIES: |
| --- | --- | --- |
| *12-24-09* | Time of onset: *1 WK* | Pain: Sinuses / ears / forehead /throat | Pain Intensity Scale 1-10: |
| *0620* | Nasal congestion: *yes* | Sneezing: | Fever/Chills: *wheeze* |
| **Circle one:** | Runny nose (describe) *yellow* | Muscle aches: *yes* | *I cough* |
| **sick call** | Cough: *yes* | If productive, describe sputum: *None* | |
| **walk-in** | Eyes itching/watering: *yes* | | Smoker (how much QD): |
| **self ER** | Nausea/vomiting: *yes* | Diarrhea: | |
| **true ER** | Exposed to anyone with same symptoms: *cold symp* | Vaccination status (flu vaccine): *yes* | |

O.) BP= *110/64*   P= *102*   Normal /weak / bounding   R= *24*   T= *103³*   WT=

| | | |
| --- | --- | --- |
| Weakness: *O₂ 95%* | Fatigue: *yes* | Recent weight loss: |
| Respiratory rhythm: even / uneven | Unlabored / labored | Shallow / normal / deep |

Retractions/Accessory muscle use: *no*
Skin: normal (warm/pink/dry) / pale / flushed / cyanotic / diaphoretic / dusky:
Eyeballs sunken: *no*   Mucosa moist:   Skin turgor: normal / slightly decreased / tenting:
Lung sounds: clear / wheezes / rhonchi / rales / diminished:
Swollen glands (describe): *no*   Enlarged tonsils: *no*
Throat: normal / red / white patches / pus   Nasal mucosa/red:   Swollen
Ears: normal / red / drainage:   Tympanic membranes: normal / bulging / perforated
Eyes red: *NC*   Swollen: *NC*   Drainage: *NC*
Overall appearance: no acute distress / mild distress / moderate distress / severe distress

A.) *Severe cough on inhalation   Temp 103²¹*

P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression.

Gargle with salt water gargle & use throat lozenges q.i.d. for sore throat:

The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days :

*or* Ibuprofen 200 mg, two tablets bid p.o. x 3 days:

The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms:

*or* Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms:

*or* If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days:

Encourage oral fluids and bedrest:

Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection: *MD notified*
*order Benadryl 50 mg PO T'd   N Tylenol 325 ¹ q 6° PRN*
*continue Doxycyclin today in order   1 for X Ray order when cleared*
Passes/referrals given:

E.)

Counseled to avoid smoking:

Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting:

Instructed to return to medical if symptoms persist/worsen:   Inmate verbalized understanding:

| NURSE SIGNATURE & TITLE: | | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | | |
| --- | --- | --- | --- | --- | --- |
| | | PATIENT'S NAME (Last, First, Middle Initial) | | | SEX M |
| | | RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| *PANAH ADRIANG DANTE* | | SPONSOR'S NAME | | ORGANIZATION | |
| **Tom Soggin, RN** **Taft Correctional Institution** | | DEPART./SERVICE | SSN/IDENTIFICATION NO. | | DATE OF BIRTH *7/22/68* |

*10413-055*

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

57

MD000092

U

**GEO**
The GEO Group, Inc.

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOL**
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: flu pneumonia | ALLERGIES: NKDA |
|---|---|---|
| 12/27/05 | Time of onset: 10 days | Pain: Sinuses / ears / forehead / throat    Pain Intensity Scale 1-10: 8 |
| 1500 | Nasal congestion: | Sneezing: ∅    Fever/chills: ✓ at night |
| Circle one: | Runny nose (describe) ✓ | Muscle aches: ✓ |
| Lock call | Cough: ✓ | If productive, describe sputum: ∅ |
| Walk-In | Eyes itching/watering: ∅ | Smoker (how much QD): ∅ |
| Self ER | Nausea/vomiting: ∅ | Diarrhea: ∅ |
| True ER | Exposed to anyone with same symptoms: ∅ | Vaccination status (flu vaccine): ∅ |

92% O₂ Sat

| O.) BP= 100/62 | P= 100 | Normal /weak / bounding | R=18 | T=101.6 | WT=# 225 |
|---|---|---|---|---|---|

Weakness:                    Fatigue:                    Recent weight loss:
Respiratory rhythm: even / uneven        Unlabored / labored        Shallow / normal / deep
Retractions/Accessory muscle use: ∅
Skin: normal (warm/pink/dry) / pale / flushed / cyanotic / diaphoretic / dusky:
Eyeballs sunken: ∅        Mucosa: moist: ✓        Skin turgor: normal / slightly decreased / tenting:
Lung sounds: clear / wheezes / rhonchi / rales / diminished: RML, R↓↓
Swollen glands (describe): ∅        Enlarged tonsils: ∅
Throat: normal / red / white patches / pus        Nasal mucosa red: ∅        Swollen ∅
Ears: normal / red / drainage:        Tympanic membranes: normal / bulging / perforated
Eyes red: ∅        Swollen: ∅        Drainage: ∅
Overall appearance: no acute distress / mild distress / moderate distress / severe distress

A.) Health Maintenance

P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression.
Gargle with salt water gargle & use throat lozenges q.i.d.  for sore throat:
The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days :
or  Ibuprofen 200 mg, two tablets bid p.o. x 3 days:  KOP
The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms:
or  Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms:
or  If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days: on antibiotics
Encourage oral fluids and bedrest:
Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection:
repeat CXR, cocci pending, RTC 12/29/05
U.O read back Dr. Odoluga

Passes/referrals given:

E.)
Counseled to avoid smoking:
Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting:
Instructed to return to medical if symptoms persist/worsen: ✓        Inmate verbalized understanding: ✓

| NURSE SIGNATURE & TITLE: Marcella Aumack, LVN    Taft Correctional Institution | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION    Dante | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial) Yamah Aryana | | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| Ndukwe N. Odeluga, MD, MPH    Taft Correctional Institution | DEPART/SERVICE | SSN/IDENTIFICATION NO. 10413-055 | DATE 12/28/05 |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MD000088

V

# GEO
The GEO Group, Inc.

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOLS**
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: Flu *Pneumonia* | ALLERGIES: NKDA |
|---|---|---|
| 1-8-06 | Time of onset: 14 days | Pain: Sinuses / ears / forehead / throat | Pain Intensity Scale 1-10: |
| 0900 | Nasal congestion: yes | Sneezing: no Fever/chills: |
| Circle one: | Runny nose (describe): yes | Muscle aches: yes |
| sick call | Cough: yes | If productive, describe sputum: N/A |
| walk-in | Eyes itching/watering: no | Smoker (how much QD): N/A |
| self ER | Nausea/vomiting: X Diarrhea: no | |
| true ER | Exposed to anyone with same symptoms: N/A | Vaccination status (flu vaccine): no |

O.) BP= 106/60    P= 90 / Normal / weak / bounding    R= 22   T= 98°  WT= 220
Weakness: yes    Fatigue: yes    Recent weight loss:
Respiratory rhythm: even / uneven    Unlabored / labored    Shallow / normal / deep
Retractions/Accessory muscle use: no
Skin: normal (warm/pink/dry) / pale / flushed /cyanotic / diaphoretic / dusky:
Eyeballs sunken: no    Mucosa moist: no    Skin turgor: normal / slightly decreased / tenting:
Lung sounds: clear / wheezes / rhonchi / rales / diminished: L & R  course
Swollen glands (describe): no    Enlarged tonsils:
Throat: normal / red / white patches / pus    Nasal mucosa red: no    Swollen: no
Ears: normal / red / drainage: no    Tympanic membranes: normal / bulging / perforated
Eyes red: no    Swollen: no    Drainage: no
Overall appearance: no acute distress / mild distress / moderate distress / severe distress

A.) 20 days since onset c little improvement

P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression. X
Gargle with salt water gargle & use throat lozenges q.i.d. for sore throat:
The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days : ) Renew
or Ibuprofen 200 mg, two tablets bid p.o. x 3 days:
The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms: X
or Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms: X
or If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days: no
Encourage oral fluids and bedrest: yes yes O2
Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection: N/A

Passes/referrals given: no Renewed Lay in X 2 days

E.)
Counseled to avoid smoking: no O2
Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting: done
Instructed to return to medical if symptoms persist/worsen: yes    Inmate verbalized understanding: yes

| NURSE SIGNATURE & TITLE: Tom Seguin, RN Taft Correctional Institution | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | |
|---|---|---|---|
| | PATIENT'S NAME (Last, First, Middle Initial): RANJATI, FIRJANG | | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| | SPONSOR'S NAME | | ORGANIZATION |
| | DEPART/SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MD000089

W


**GEO**
The GEO Group, Inc.

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOL**
**TESTICULAR PAIN / SWELLING PROTOCOL**

| DATE/TIME | S.) CHIEF COMPLAINT: swollen testicle | ALLERGIES: NKDA |
|---|---|---|
| 1/9/06 1000 | | |
| Circle one: | Time of onset: 1 Day | |
| sick call | Activity at onset: ADL | |
| walk-In | Pain location: ® testicle | Pain Intensity Scale 1-10: 8 |
| self ER | Radiation: | |
| true ER | Character/type of pain: sharp | |
| | Constant or intermittent: | |
| | Cause or injury: | |
| | Urinary frequency: no    Burning: ⊖    Penile discharge: ⊖ | |

O.) BP= 110/60   P= 127   us 80mm   R= 20   96% O₂ sat   T= 97.7   WT= # 215
Skin: normal (warm/pink/dry) / pale / flushed / cyanotic / mottled / diaphoretic / cool
Bruising: ⊘                                         ⊕ pustule, ...
Redness: ⊘                                         prominent soft & tenderness
Heat: ⊘                                            ® ® scrotal swell ⊕ ® testic
Swelling or mass: (describe location/size) ® testicle    transclucent
Perineal pain: ⊘          Lumbosacral backache: ⊖   ® hemiscrotum ⊖
Overall appearance: no acute distress/ mild distress/moderate distress/ severe distress
Clean catch, midstream urine dipstick results: wnl

A.) Pain related to swollen teste

P.) Apply cold compresses/ice packs for 24 hrs (on 45 min/ off 15): R/o Cocci Pneumonia
   Complete bedrest until symptoms subside: R/o Intratesticular cystic  or...
   Elevate scrotum with athletic supporter or rolled towel: ✓ ® Hydrocele vs Paraepididymis
   Schedule for next physician sick call: ✓ Tylenol 325 mg ⊕ Tid 89 Day
   The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days
   or Ibuprofen 200 mg, two tablets bid p.o. x 3 days.
   If severe pain / signs of secondary infection / or signs of systemic problems (fever, chills), notify physician for specific
   orders: ✓ Lay-in x 2 weeks  RTC 1 wk
   C+S sore Darish HIV E-Mycin 333 mg Tid x14d
   U.A. read back Dr. Odeluga ⊕

Referrals/passes given:

E.) Instructed patient to avoid heavy lifting/straining, strenuous work/sports activity until problem resolved: ✓
Return to medical if problem persists or worsens: ✓
Inmate verbalized understanding: ✓

| NURSE SIGNATURE & TITLE: | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | |
|---|---|---|---|
| *Marcella Aumack* Marcella Aumack, LVN Taft Correctional Institution | PATIENT'S NAME (Last, First, Middle Initial) Panah, Aryana Dante | | SEX M |
| | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| JAN 0 9 2006 | SPONSOR'S NAME | | ORGANIZATION |
| *Ndukwe N. Odeluga, MD, MPH* Ndukwe N. Odeluga, MD, MPH Taft Correctional Institution | DEPART./SERVICE | SSN/IDENTIFICATION NO. 10415-055 | DATE OF BIRTH 7/22/68 |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

MD000087

X

PREVIOUS EDITION IS USABLE

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

01|11|06
0800

S) Assessment for TB
O) Last PPD — 01|10|05
A) Health Maintenance
P) PPD skin test administered
   0.1 ml ID/Rt forearm
E) Return to Health Services in 2 days

Virginia DeLaO, RMA
Taft Correctional Institution
V. DeLaO

01|13|06
0800

S) Assessment of TB skin test
O) PPD administered  01|11|06
A) Health Maintenance
P) Skin test read as ___ 0mm

Virginia DeLaO, RMA
Taft Correctional Institution
V. DeLaO

1-20-06
1740

S) Lab analysis ordered
O) Tests ordered: ___
A) Health Maintenance   Next Lab draw 2-2-06
P) Chart Collection:
E) Results will be available after reviewed by M.D.

Dan Jones, RN
Taft Correctional Institution

1/25/06
0925

Wut 205, BP-110/72  P-104  T-98.3, R-20

Ndukwe N. Odeluga, MD, MPH
Taft Correctional Institution

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| TAFT CORRECTION INSTITUTION | | | |
| SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENTS IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Panah, Arjang Dante
DOB: 07/22/68

REGISTER NO.
1043-055

WARD NO.

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9-202-1

MD000080

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|------|-----|
| 1/25/06 0925 | P Advised patient he is not fit to travel now, will discuss to USM to contact case worker. we hold on transfer for medical reasons, patient not very happy with it but understands that health maintenance is primary priority |
| | F/U in 2 weeks / Rtc prn |
| | And no ccc |
| | Ndukwe N. Odeluga, MD, MPH  Taft Correctional Institution  _(signature)_ |
| FEB 07 2006 1225 | MD NOTE Labs reviewed ↓WBC / Platelets |
| | Plan F/U in sick call in a |
| | Continue Motrin 600mg po BID for x BID days  Ndukwe N. Odeluga, MD, MPH  Taft Correctional Institution  _(signature)_ |

S. Robles, LVN
Taft Correctional Institution

S. Robles LVN
Taft Correctional Institution
1/25/06 1600

S. Government Printing Office: 1996 - 404-783/20098

STANDARD FORM 600 BACK (REV. 5-84)

MD000081

Y


The GEO Group, Inc.

**HEALTH SERVICES**
**NURSING ASSESSMENT PROTOCOLS**
UPPER RESPIRATORY: COLDS / FLU / SORE THROAT / SINUSITIS PROTOCOL

| DATE/TIME | S.) CHIEF COMPLAINT: | | ALLERGIES: NKDA | |
|---|---|---|---|---|
| 1/11/06 | Time of onset: 12/30/05 | Pain: Sinuses / ears / forehead / throat | Pain Intensity Scale 1-10: 8 | |
| 1000 | Nasal congestion: | Sneezing: O | Fever/chills: ✓ | |
| Circle one: | Runny nose (describe) O | Muscle aches: 8 | | |
| sick call | Cough: | If productive, describe sputum: O | | |
| walk-in | Eyes itching/watering: O | | Smoker (how much QD): O | |
| self ER | Nausea/vomiting: O | Diarrhea: O | | |
| true ER | Exposed to anyone with same symptoms: O | | Vaccination status (flu vaccine) O | |

| | O.) BP= 118/62 | P= 120 | Normal /weak/ bounding | R= 18 | 97% O₂ sat T= 97.4 | WT= 215 |
|---|---|---|---|---|---|---|
| | Weakness: | | Fatigue: ✓ | | Recent weight loss: O | |
| | Respiratory rhythm: even /uneven | | Unlabored/ labored | | Shallow/ normal/ deep | |
| | Retractions/Accessory muscle use: | | | | | |
| | Skin: normal (warm/pink/dry) / pale / flushed /cyanotic / diaphoretic / dusky: | | | | | |
| | Eyeballs sunken: ✓ | Mucosa: moist: ✓ | | Skin turgor: normal / slightly decreased / tenting: | | |
| | Lung sounds: clear / wheezes / rhonchi / rales / diminished | | | | | |
| | Swollen glands (describe): ✓ submandib | | Enlarged tonsils: O | | | |
| | Throat: normal / red / white patches / pus | | Nasal mucosa red: O | | Swollen: O | |
| | Ears: normal / red / drainage: | | Tympanic membranes: normal / bulging/ perforated | | | |
| | Eyes red: O | Swollen: O | Drainage: O | | | |
| | Overall appearance: no acute distress / mild distress / moderate distress / severe distress | | | | | |

| | A.) Health maintenance | | | |
|---|---|---|---|---|
| | P.) The Nurse may offer Patient Guiatussen syrup 10 ml po tid x 3 days for chest congestion or Dextromethorphan syrup 10 ml po bid x 3 days for cough suppression. | | | |
| | Gargle with salt water gargle & use throat lozenges q.i.d. for sore throat: | | | |
| | The Nurse may offer Patient the choice of Aspirin or Acetaminophen 325 mg, two tablets bid p.o. x 3 days : | | | |
| | or Ibuprofen 200 mg, two tablets bid.p.o. x 3 days: | | | |
| | The Nurse may offer Patient the choice of Benadryl 25 mg, 1-2 tabs p.o., b.i.d. x 3 days for severe allergy symptoms: | | | |
| | or Chlorpheniramine 4 mg, 1 tab b.i.d. x 3 days for mild allergy symptoms: | | | |
| | or If allergy symptoms accompany nasal/sinus congestion, The Nurse may offer Patient Bromatapp 1 tab every 12 hrs x 3 days: called Public Health EDA + Agm + Agg+ | | | |
| | Encourage oral fluids and bedrest: titer 1:512 HIV ⊝ ✓ | | | |
| | Notify physician if T> 100.4, respiratory distress, severe symptoms, or sign of infection: | | | |
| | Diflucan 400mg po qam | | | |
| | Diflucan 200mg po qHS | | | |
| | Passes/referrals given: Motrin 600mg po tid | | | |
| | E.) MD appt in 2 wks notify CID | | | |
| | Counseled to avoid smoking: ✓ U.O. read back Dr. Odoluga | | | |
| | Instructed not to rub eyes, to clean one eye at a time with new cloth to avoid cross-contamination and use warm cloth to soften crusting: | | | |
| | Instructed to return to medical if symptoms persist/worsen: ✓ Inmate verbalized understanding: | | | |

| NURSE SIGNATURE & TITLE: | RECORDS MAINTAINED AT: | TAFT CORRECTIONAL INSTITUTION | | |
|---|---|---|---|---|
| *Marcella Aumack* Marcella Aumack, LVN Taft Correctional Institution | | PATIENT'S NAME (Last, First, Middle Initial) Pana N. Aryana Danto | | SEX M |
| | | RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| JAN 11 2006 | | SPONSOR'S NAME | | ORGANIZATION |
| Ndukwe N. Odeluga, MD, MPH Taft Correctional Institution | | DEPART./SERVICE | SSN/IDENTIFICATION NO. 10413-    5 | DATE OF BIRTH 1/2/68 |
| | | CHRONOLOGICAL RECORD OF MEDICAL CARE | STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505 | |

MD000083

Z

# FSL LA TUNA
# MEDICAL DUTY STATUS

<u>WORK</u>

_____ NO DUTY - NO DUTY DUE TO MEDICAL CONDITION

_____ NOT MED CL - NOT MEDICALLY CLEARED

_____ REGULAR DUTY - NO RESTRICTIONS

___✓___ REGULAR DUTY W - REG DUTY W/MED RESTRICIONS

___✓___ NO F/S - NO FOOD SERVICE WORK

_____ YES F/S - CLEARED FOR FOOD SERVICE

<u>QUARTERS</u>

___✓___ LOWER BUNK - LOWER BUNK REQUIRED

_____ SMOKE FREE - ASSIGNED TO SMOKE FREE WORK QUARTERS

<u>RESTRICTIONS</u>

_____ ALLRG/WOOL - ALLERGIC TO WOOL

___✓___ ATH RESTR - NO SPORTS/NO WEIGHT LIFTING

_____ BLIND - TOTAL BLINDNESS

_____ COLD/WIND - NO EXCESS COLD-WING

_____ DEAF - TOTAL DEAFNESS

_____ DRIV RESTR - GLASSES REQUIRED FOR DRIVING

_____ HEAR LOSS - PARTIAL HEARING LOSS

_____ HEAR RESTR - NO WORK IN HIGH NOISE AREAS

___✓___ HGT RESTR - NO LADDERS/NO UPPER BUNK

_____ LIMIT SUN - NO EXCESS SUN

_____ NO DRIVING - NO DRIVING-MEDICAL CONDITION

_____ NO POLLUT - ASSIGNED TO POLLUTION FREE AREA

_____ OPRTH SHOES- ORTHOPEDIC SHOES

_____ OTHER - OTHER MEDICAL RESTRICTIONS

_____ SOFT SHOES- SOFT SHOES ONLY

_____ SPEC DIET - SPECIAL DIET -MEDICAL CONDITION

___✓___ STAND RSTR - NO PROLONG STANDING

_____ VISION IMP - VISUAL IMPAIRMENT

_____ WGT 15 LB - WEIGHT -NO LIFTING OVER 15 LB

_____ WGT 20 LB - WEIGHT - NO LIFTING OVER 20 LB

___✓___ WGT 25 LB - WEIGHT - NO LIFTING OVER 25 LB

<u>PHYSICAL DISABILITIES</u>

_____ ART LIMB - ARTIFICIAL ARM OR LEG

_____ MISS EXT L - MISSING LOWER EXTREMITY

_____ MISS EXT U - MISSING LOWER EXTREMITY

_____ ORTHO DISB - ORTHOPEDIC DISABILITY

_____ PARAL LOW - PARTIAL PARALYSIS, LOWER

_____ PARAL UPR - PARTIAL PARALYSIS, UPPER

_____ WIRED JAW - POST DENTAL

_____ WHEELCHAIR - REQUIRES WHEELCHAIR

<u>SPECIAL ASSIGNMENTS</u>

_____ HUNGR STRK - HUNGER STRIKE

DATE STARTED:_____

DATE STOPPED: _____

_____ SUIC WATCH - SUICIDE WATCH

DATE STARTED:_____

DATE STOPPED:_____

<u>INMATE NAME AND NUMBER</u>

Panah, Arjang
10413-055
FSL Latuna

N. Villalobos, MLP
Health Services Unit
FCI La Tuna, TX

_N. Villalobos_ 6/12/06
INTERVIEWER          DATE

D. Thorn, D. D.
Clinical Director
CHIEF MEDICAL OFFICER          6/12/05
                                    DATE

MD000213

AA



The Web Site of The Sacramento Bee

This story is taken from Sacbee / Politics / California Politics.

# Disease clouds a prison's future

## A deadly outbreak of valley fever is sparking doubts about expanding the Pleasant Valley lockup in Fresno County.

**By Andy Furillo - Bee Capitol Bureau**
*Published 12:00 am PDT Sunday, September 9, 2007*

The records show that Javier Garcia received a term of six years and four months in 2004 on convictions for inflicting corporal injury on his spouse and for second-degree burglary.

But Garcia's punishment now has turned into a far more serious one than the time given him by a Fresno County judge.

When Garcia, 37, was paroled from Pleasant Valley State Prison in June, he was in a coma and near death. Infected in a valley fever epidemic that has torn through the prison the past two years, Garcia came out with a lifetime sentence of valley fever meningitis.

Last week, Garcia was back in the Community Regional Medical Center in Fresno, where he had surgery to drain fluids from his brain. Although he will need to make visits to the hospital for the rest of his life, Garcia's situation could be worse. At least four inmates and one staff member at Pleasant Valley have died of valley fever-related illnesses in the past two years.

"I think that prison should be shut down," said his father, Jesse Garcia, a retired Marine sergeant.

Nobody in a position of authority is calling for Pleasant Valley's closure, but some of the prison system's top medical officials and other experts are coming pretty close to it.

They say there likely will be more illness, and possibly death, among inmates and staff if California goes ahead with a construction plan to add prison beds there and at other San Joaquin Valley lockups.

Construction stirs the soil and contributes to the spread of valley fever spores, and prisoners are thought to contract the disease at a higher rate than the population at large because they haven't built up specific immunity that lifelong valley residents have, generally have higher rates of compromised immune systems and spend a good deal of time outdoors in the yards at their facilities.

A recent report commissioned by the federal medical care receiver called on the California Department of Corrections and Rehabilitation to hold off on building 12 dorms at five prisons in the "hyperendemic" disease area, including two slated for Pleasant Valley.

The report also said that if the state can't reduce valley fever exposure at the prison, where 300 inmates are being treated for the disease, prison officials should "consider relocating all inmates from this institution."

The recommendations conflict with California's recently enacted Assembly Bill 900, the $7.9 billion prison construction program designed to keep the federal courts from imposing a cap on

Exhibit 6

the inmate population. More than a third of the 16,000 new "infill" beds contained in AB 900 are supposed to be built in the five San Joaquin Valley prisons, including 600 at Pleasant Valley.

In interviews with The Bee, the prison system's regional medical director for the Fresno area and the top doctor at the prison suggested it would be a bad idea for California to break more ground at a place where the disease clinically known as Coccidioidomycosis already is costing the state millions.

It's a good bet, they said, that dorm construction at Pleasant Valley will increase chances of prisoners and staff becoming ill.

"It's up to the Legislature to decide where they are going to build these beds," said Dr. Elena Tootell, the prison system's regional medical director who reports to Robert Sillen, the federal receiver. "But it will certainly make our job more difficult if we have to create beds here where people will be exposed to cocci (pronounced cox-see). ... We are putting more people who might be at a higher risk for dissemination and more morbidity associated with cocci into this area."

Dr. Felix Igbinosa, the prison's medical director, said the "experts" have already made it clear that "they don't believe it would be safe" to build the dorms at Pleasant Valley.

"Historically," Igbinosa said, "the disease is about exposure. It means if you bring in more people, you expose more people."

Correctional officials say they have responded to the epidemic by transferring inmates with weakened immune systems, at a rate of 30 a month. They say they also are taking steps to screen inmates away from Pleasant Valley if they are at high risk of contracting the disease.

Sillen, in spite of the recommendations in the report he commissioned, said he is not in favor of stopping the infill construction program at the valley prisons. He said there are "construction techniques and groundskeeping techniques," such as watering, laying concrete and planting grass and trees, that serve to mitigate valley fever's spread.

"I want to make sure the state knew that we wouldn't accept not taking those things into consideration when they do their desert construction," Sillen said.

Prison officials say contractors also will be laying gravel pads on dirt roads, adding stabilizers to the soil before it is broken, planting windbreaks and improving air filtration systems to defend against valley fever.

Gov. Arnold Schwarzenegger showed no concern over the problem at a Sacramento news conference last week. "We will go ahead and build," he said.

Lawmakers from both parties concur that the state should go ahead with the infill program in the valley fever zone.

"We're building the beds to keep bad people in prison," said Assembly Republican leader Mike Villines of Clovis. "We can deal with valley fever as a separate issue."

State Sen. Dean Florez, D-Shafter, agreed.

"There are many health risks associated with prisons and we should mitigate those risks to the best of our ability, but we also have an obligation of keeping people behind bars," he said.

From South America to the deserts of Arizona and California, valley fever almost forever has sprung from the soil to attack people with immune systems incapable of fighting off its afflictions. About half the people infected shrug it off with no observable problems. The other half show symptoms ranging from colds to flu to pneumonia. About 1 percent develop skin lesions, or severe bone-and-joint problems, or, in the worst-case scenario, valley fever meningitis.

Embedded in the soil, the cocci fungus grows when moistened by rain, then goes airborne when

the dirt dries and the wind blows. Soil-disturbing events such as earthquakes or earth-moving construction projects compound the chances of an outbreak.

Experts say that inmates transported into the "hyperendemic" areas are much more susceptible to valley fever than natives to the region. They say that longtime residents who are exposed to the disease over a lifetime build immunities that protect them for life. Adults inhaling valley fever spores for the first time -- especially African Americans, who are overrepresented in the prison population -- are at greater risk.

"Once you're recovered from the disease, you are protected against infection," said Dr. Demosthenes Pappagianis of the University of California, Davis, School of Medicine, one of the leading valley fever experts in the country.

Researchers believe the construction of a state mental hospital next to the prison ignited Pleasant Valley's cocci epidemic in 2005.

Last year, Fresno County health authorities documented 776 new cases of valley fever. Some two-thirds of those cases were reported at Pleasant Valley. Those Pleasant Valley victims, in turn, totaled about 10 percent of the prison's population. New infections at the prison have continued this year at a rate of 17 to 20 a month, according to Igbinosa.

About 300 inmates at Pleasant Valley are currently being treated with the anti-fungal antibiotic Diflucan, prison officials said.

One of them is Arthur Bussiere, 44, a second-degree murderer from San Diego County. Bussiere came down with symptoms in 2004. He spent five months in the hospital in 2005 after his right lung collapsed. He now has a 2-foot-long scar across his back as a result of valley fever surgeries.

"They removed all the muscles in my back, removed all the ribs and threw them away," Bussiere said. "They removed part of my right lung and then left me open for four and a half months. They kept packing it and unpacking it twice a day, to drain out the valley fever."

Mark King, 50, who has three years to serve on a second-degree robbery conviction, showed cold symptoms in December. Lesions then developed on his legs. He spent four months in the hospital and lost 30 pounds.

"It got so bad I almost died," King said.

In addition to the prisoners, 37 prison staff workers came down with valley fever in 2005. The prison's warden, Jim Yates, said that 26 staff members have filed workers' compensation cases over the past year, claiming that they are suffering from valley fever. Two haven't returned.

No staff members agreed to be interviewed during a recent visit to Pleasant Valley by The Bee. But a correctional lieutenant at the nearby Claremont Custody Center, a community correctional center operated by the city of Coalinga, contracted valley fever meningitis in December 2005 and never shook it.

Walt Sanders, 36, twice went to the hospital for months-long stays. His weight dropped from 200 to 130. He said he remembered looking out the window of his Stockton hospital room at a nearby cemetery and envisioned himself winding up there as a result of his valley fever infection.

"Before this disease started eating away at me, I could bench-press 315 pounds," Sanders said. "It got so bad in the hospital I couldn't open up my own water bottle. I remember my father and I, we both started crying -- I couldn't open my own water bottle."

Sanders hasn't gone back to work.

"I'm told I'll never get rid of the disease because there's no cure for it," Sanders said.

Dr. George Rutherford, a public health professor at the University of California, San Francisco, and an expert on valley fever, said Sanders is right.

"You never really kill it," Rutherford said of valley fever meningitis. "On a spectrum of bad to horrible, it's on the horrible end."

And the cost to treat valley fever is growing.

According to a report by Pappagianis, the UC Davis expert, it costs about $34,000 to hospitalize a typical valley fever prison patient and $788,000 for the more serious cases such as Walt Sanders and Javier Garcia.

Pleasant Valley officials did not have a price tag on the disease at their prison. The receiver's office has estimated the cost at no less than $11 million for the last fiscal year.

Go to: Sacbee / Back to story

This article is protected by copyright and should not be printed or distributed for anything except personal use.
The Sacramento Bee, 2100 Q St., P.O. Box 15779, Sacramento, CA 95852
Phone: (916) 321-1000

Copyright © The Sacramento Bee